IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **HOWARD SUPPLY COMPANY, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CASE NO. _____ |
| | § | |
| **HAMILTON WELL SERVICE, LLC,** | § | |
| **and BRETT JENSEN** | § | |
| | § | |
| **Defendants.** | § | |

## TABLE OF EXHIBITS

| | | |
|---|---|---|
| Exhibit A: | 04.11.2016 | Plaintiff's Original Petition and Request for Disclosure |
| Exhibit B: | 04.14.2016 | Return Citation re Hamilton Well Service, Inc. |
| Exhibit C: | 05.20.2016 | Plaintiff's 1st Supplemental Original Petition and Request for Disclosure |
| Exhibit D: | 05.31.2016 | Civil Process Request |
| Exhibit E: | 06.02.2016 | Civil Process Pick-up Form |
| Exhibit F: | 06.20.2016 | Defendant's Suggestion of Bankruptcy |
| Exhibit G: | 06.21.2016 | DCA General Letter re Status Conference |
| Exhibit H: | 06.22.2016 | Proposed Order on Plaintiff's Motion to Sever as to Defendant Hamilton Well Service, LLC |
| Exhibit I: | 06.22.2016 | Plaintiff's Motion to Sever as to Defendant Hamilton Well Service |
| Exhibit J: | 06.23.2016 | Return Citation re Brett Jensen |
| Exhibit K: | 07.05.2016 | Defendant, Brett Jensen's, Answer to Plaintiff's 1st Supplemental Original Petition |
| Exhibit L: | 07.19.2016 | Notice of Submission |

| | | |
|---|---|---|
| Exhibit M: | 07.19.2016 | Proposed Order on Plaintiff's Motion to Sever as to Defendant Hamilton Well Service LLC |
| Exhibit N: | 08.05.2016 | Nonsuit/Dismissal Partial (R162) |
| Exhibit O: | 08.05.2016 | Notice of Nonsuit with Prejudice |
| Exhibit P: | | Docket Sheet from the Harris District Clerk Courts |
| Exhibit Q: | | List of all counsel of record & parties |