# Exhibit A

4/11/2016 4:30:12 PM
Chris Daniel - District Clerk Harris County
Envelope No. 10060150
By: Nelson Cuero
Filed: 4/11/2016 4:30:12 PM

NO. _____

| | | |
|---|---|---|
| **HOWARD SUPPLY COMPANY, LLC** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | _____ **JUDICIAL DISTRICT** |
| | § | |
| **HAMILTON WELL SERVICE, LLC** | § | |
| | § | |
| **Defendant.** | § | **OF HARRIS COUNTY, TEXAS** |

### PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

#### DISCOVERY LEVEL

1.    Discovery in this case is intended to be conducted under level 2 of rule 190 of the Texas Rules of Civil Procedure.

#### PARTIES AND SERVICE

2.    Plaintiff, Howard Supply Company, LLC, is a Texas Limited Liability Company.

3.    Defendant Hamilton Well Service, LLC, a Limited Liability Company based in The Woodlands, Texas, may be served with process by serving the registered agent of said company, Brithhaney Smith, 16 Waterway Court, The Woodlands, Texas 77380, its registered office.

#### JURISDICTION AND VENUE

4.    This court has jurisdiction over the parties because both Plaintiff and Defendant are Texas residents.  The subject matter in controversy is within the jurisdictional limits of this court.

5.    Venue is proper in Harris County is proper in this cause under Section 15.002(a)(2) of the Texas Civil Practice and Remedies Code because this county was the county of residence of Hamilton Well Service, LLC, Defendant herein, at the time the cause of action

accrued.

## SWORN ACCOUNT

6.      In the usual course of business, Plaintiff sold to Defendant one or more items of goods, wares, merchandise, or services, as shown on the affidavit of Jeff Price attached as Exhibit A and invoices attached as A-1.  Defendant accepted each item and became bound to pay Plaintiff the designated price, which is a reasonable, usual, and customary price for such an item. Exhibits A and A-1 are incorporated herein for reference.  This account represents a transaction or series of transactions for which a systematic record has been kept.

7.      Defendant has defaulted by failing to make payments on the account.  The principal balance due Plaintiff on the account is $124,863.72 after all just and lawful offsets, payments, and credits have been allowed, as shown on Exhibit A.  Plaintiff has demanded that Defendant pay this amount, but Defendant has not done so.

8.      All conditions precedent have been performed or have occurred.

## BREACH OF CONTRACT

9.      Without waiving the foregoing, Plaintiff sues Defendant for breach of contract. Plaintiff and Defendant entered into an agreement under which Plaintiff would provide goods and/or services to Defendant at Defendant's request.  Plaintiff provided goods and/or services ordered by Defendant and Defendant accepted all goods and/or services.

10.      Despite the foregoing, Defendant failed and refused to pay Plaintiff pursuant to the agreement.

11.      There is currently due the sum of $124,863.72.  *See* Exhibits A and A-1.  Plaintiff has demanded that Defendant pay this debt, but Defendant has failed to do so.

13.      All conditions precedent have been performed or have occurred.

## QUANTUM MERUIT

14.     Alternatively, and without waiving the foregoing, Plaintiff sues Defendant to recover in quantum meruit.  Plaintiff re-alleges the facts set forth above.  Defendant accepted and retained the goods and/or services as set forth on Exhibit A-1.  Defendant has been unjustly enriched as a result.  Plaintiff should recover the reasonable value of the benefits conferred upon Defendant at the time Plaintiff furnished the goods and/or services in the sum of $124,863.72, together with interest, attorney's fees, and court costs, all of which Plaintiff sues for herein.

### ATTORNEY'S FEES

15.     Defendant's default has made it necessary for Plaintiff to employ the undersigned attorney to file suit.  This claim was timely presented to Defendant and remains unpaid.  Plaintiff is entitled to recover reasonable attorney fees pursuant to Tex. Civ. Prac. & Rem. Code §38.001 *et. seq.*

### REQUEST FOR DISCLOSURE

16.     Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendant is hereby requested to disclosure the information and/or material as set forth in Rule 194.2.

### PRAYER

17.     Plaintiff prays that-

a.     Defendant be cited to appear and answer;

b.     Plaintiff be granted judgment for $124,863.72 as the principal amount due on the account;

c.     Plaintiff be granted judgment for prejudgment and postjudgment interest at the highest legal or contractual rate allowed by law;

d.     Plaintiff be granted judgment for reasonable attorney's fees, with

additional contingent amounts in the event of appellate proceedings;

e.       Plaintiff be granted judgment for all costs of court; and

f.       Plaintiff be granted all further relief to which Plaintiff may be entitled.


                        Respectfully submitted,


                   By:  */s/ Hilary G. Reagin*_____
                        Hilary G. Reagin
                        Texas Bar No. 24012704
                        Email:  hilary@reaginlaw.com
                        P.O. Box 431801
                        Houston, TX 77243
                        Tel. (713) 725-4931
                        Attorney for Plaintiff
                        Howard Supply Company, LLC

4/11/2016 4:30:12 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 10060150
By: CUERO, NELSON
Filed: 4/11/2016 4:30:12 PM

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____ COURT *(FOR CLERK USE ONLY)*: _____

STYLED HOWARD SUPPLY COMPANY, LLC V. HAMILTON WELL SERVICE, LLC

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br>Hilary G. Reagin | Email:<br>hilaryreagin@gmail.com | Plaintiff(s)/Petitioner(s):<br><br>Howard Supply Company, LLC<br>___ | ☒Attorney for Plaintiff/Petitioner<br>☐*Pro Se* Plaintiff/Petitioner<br>☐Title IV-D Agency<br>☐Other: _____ |
| Address:<br>P.O. Box 431801 | Telephone:<br>713-725-4931 | | Additional Parties in Child Support Case: |
| City/State/Zip:<br>Houston | Fax: | Defendant(s)/Respondent(s):<br><br>Hamilton<br>Well Service, LLC<br>___ | Custodial Parent:<br><br>Non-Custodial Parent:<br><br>Presumed Father: |
| Signature:<br>_____ | State Bar No:<br>24012704 | | |
| | | [Attach additional page as necessary to list all parties] | |

**2. Indicate case type, or identify the most important issue in the case** *(select only 1)*:

| Civil | | | Family Law | |
|---|---|---|---|---|
| | | | | Post-judgment Actions |
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **(non-Title IV-D)** |
| *Debt/Contract*<br>☐Consumer/DTPA<br>☒Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract:<br><br>*Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract: | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>☐Accounting<br>☐Legal<br>☐Medical<br>☐Other Professional<br>  Liability:<br>☐Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>☐Asbestos/Silica<br>☐Other Product Liability<br>  List Product:<br><br>☐Other Injury or Damage: | ☐Eminent Domain/<br>  Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property: | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>☐With Children<br>☐No Children | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other |
| | | | | **Title IV-D** |
| | | | | ☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order |
| | | **Related to Criminal Matters** | **Other Family Law** | **Parent-Child Relationship** |
| | | ☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus—<br>  Pre-indictment<br>☐Other: | ☐Enforce Foreign<br>  Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities<br>  of Minority<br>☐Other: _____ | ☐Adoption/Adoption with<br>  Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Paternity/Parentage<br>☐Termination of Parental<br>  Rights<br>☐Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment: | ☐Administrative Appeal<br>☐Antitrust/Unfair<br>  Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: | | |
| **Tax** | | *Probate & Mental Health* | | |
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: _____ | |

**3. Indicate procedure or remedy, if applicable** *(may select more than 1)*:

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court<br>☐Arbitration-related<br>☐Attachment<br>☐Bill of Review<br>☐Certiorari<br>☐Class Action | ☐Declaratory Judgment<br>☐Garnishment<br>☐Interpleader<br>☐License<br>☐Mandamus<br>☐Post-judgment | ☐Prejudgment Remedy<br>☐Protective Order<br>☐Receiver<br>☐Sequestration<br>☐Temporary Restraining Order/Injunction<br>☐Turnover |

**4. Indicate damages sought** *(do not select if it is a family law case)*:

[Watermark: Unofficial Copy Office of Chris Daniel District Clerk]

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☒ Over $100, 000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

Rev 2/13



Unofficial Copy Office of Chris Daniel District Clerk

4/11/2016 4:30:12 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 10060150
By: CUERO, NELSON
Filed: 4/11/2016 4:30:12 PM

# CIVIL PROCESS REQUEST FORM

> FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING PER PARTY
> FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** _____     **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Original Petition _____

**FILE DATE OF MOTION:** 04/11/16

                       Month/      Day/      Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

1.  NAME:  Hamilton Well Service, LLC

    ADDRESS:  16 Waterway Court, The Woodlands, Texas 77380

    AGENT, (if applicable):  Britthaney Smith, Registered Agent

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): _____

**SERVICE BY** (check one):

- [ ] **ATTORNEY PICK-UP**        [ ] **CONSTABLE**
- [x] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: Joseph Morse _____  Phone: (832) 209-7760
- [ ] **MAIL**                  [ ] **CERTIFIED MAIL**
- [ ] **PUBLICATION:**
      Type of Publication:    [ ] **COURTHOUSE DOOR,  or**
                               [ ] **NEWSPAPER OF YOUR CHOICE:** _____
- [ ] **OTHER**, explain _____

### ATTENTION:  Effective June1, 2010

**For all Services Provided by the DISTRCT CLERKS OFFICE requiring our office to MAIL something back to the Requesting Party, we require that the Requesting Party provide a Self-Addressed Stamped Envelope with sufficient postage for mail back.  Thanks you,**

*********************************************************************************************

2.  NAME: _____

    ADDRESS: _____

    AGENT, (if applicable): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): _____

**SERVICE BY** (check one):

- [ ] **ATTORNEY PICK-UP**        [ ] **CONSTABLE**
- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____  Phone: _____
- [ ] **MAIL**                  [ ] **CERTIFIED MAIL**
- [ ] **PUBLICATION:**
      Type of Publication:    [ ] **COURTHOUSE DOOR,  or**
                               [ ] **NEWSPAPER OF YOUR CHOICE:** _____
- [ ] **OTHER**, explain _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: ____Hilary G. Reagin_____  TEXAS BAR NO./ID NO. 24012704____

MAILING ADDRESS:  P.O. Box 431801_____

PHONE NUMBER:  (713) 725-4931 _____  FAX NUMBER:  (832) 201-7978

             area code       phone  number                  area code    fax  number

EMAIL ADDRESS:  hilaryreagin@gmail.com_____

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO
CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE.
SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____    AMENDED PETITION
_____    SUPPLEMENTAL PETITION

COUNTERCLAIM
_____    AMENDED COUNTERCLAIM
_____    SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____    AMENDED CROSS-ACTION
_____    SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____    AMENDED THIRD-PARTY PETITION
_____    SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____    AMENDED INTERVENTION
_____    SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____    AMENDED INTERPLEADER
_____    SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
    ORDER TO: _____
                          (specify)
    MOTION TO: _____
                           (specify)

PROCESS TYPES:

NON WRIT:

CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

S:\FormsLib\Civil Bureau\Civ Fam Intake & Customer Svc\Civintake\Civil Process Request Form                                        Rev. 5/7/10

Unofficial Copy Office of Chris Daniel District Clerk

# EXHIBIT A

Unofficial Copy Office of Chris Daniel District Clerk

## AFFIDAVIT

STATE OF _Wyoming_ §
                               §
COUNTY OF _Natrona_ §

        BEFORE ME, the undersigned authority, on this day personally appeared _Jeff Price_, who swore on oath that the following facts are true:

        "My name is _Jeff Price_. I am of sound mind. I am capable of making this affidavit, and I have personal knowledge of the facts stated herein.

        "I am a custodian of the records of _Howard Supply Co., LLC_, hereinafter referred to as the "Creditor". Attached hereto are records from the Creditor. These records are kept by the Creditor in the regular course of business, and it was the regular course of business of the Creditor for an employee or representative of the Creditor with knowledge of the act, event, condition, or opinion recorded to make the record or to transmit information thereof to be included in the record, and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

        "The attached records and the account included therein, in favor of **the Creditor** and against _Hamilton Well Service, LLC_, for the principal sum of $ _124,863.72_ as reflected in those records, is just, true, and due. All just and lawful offsets, payments, and credits have been allowed."

                                                         Affiant

Sworn and subscribed before me by _Jeff Price_ on _March 14_, 20_16_.

Notary Public

NOTARY PUBLIC
CONNIE S. BROOKS
STATE OF WYOMING
COUNTY OF NATRONA
My Commission Expires Sept. 18, 2018

My Commission Expires on: _Sept. 18, 2018_

# EXHIBIT A-1

Unofficial Copy Office of Chris Daniel District Clerk



**INVOICE**

Please Remit to:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50531590 | |
| Invoice Date | Page |
| 5/29/2015 14:26:58 | 1 of 1 |
| ORDER NUMBER | |
| 10569817 | |
| | |

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 3020008 | Ordered By: Stefanie Forgey A/P BILLING | 6/28/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 5/27/2015 16:08:04 | 30550906 | Victoria Store | MRIVERA |

| Quantities | | | | | | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | Item ID | Item Description | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (002) 7106927 | CRO-G2130  3.25T  ABT  SHACKLE  5/8 | EA | 33.8500 Y | 33.85 |
| | | | | 1019490 | | | | |

Total Lines: 1

| | |
|---|---|
| **SUB-TOTAL:** | 33.85 |
| **SALES TAX:** | 2.80 |
| **AMOUNT DUE:** | **36.65** |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ¹ 12.4.219, 05/26/2010

Rev 4



**HSC**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

# INVOICE

| INVOICE | |
|---|---|
| 50533139 | |
| Invoice Date | Page |
| 6/5/2015 07:43:55 | 1 of 2 |
| ORDER NUMBER | |
| 10566333 | |
| | |

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
16 WATERWAY CT
THE WOODLANDS, TX 77380-2641
USA

**Customer ID:** 131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 302-0005 | Ordered By: Stefanie Forgey A/P BILLING | 7/5/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 5/14/2015 14:29:48 | 30552562 | Victoria Store | | MRIVERA |

| Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 17.00 | 17.00 | 0.00 | (001) 7166762 | PAC-FIRST AID KIT 10 PLASTIC | EA | 17.2625 Y | 293.46 |
| 2 | 4.00 | 4.00 | 0.00 | (002) 7221493 | MAS-LOCKOUT STATION 4 LOCK 2 HASP 12 TAG | EA | 95.7600 Y | 383.04 |
| 3 | 5.00 | 5.00 | 0.00 | (003) 7193586 | PAC-EYE WASH STATION SKIN | EA | 19.2267 Y | 96.13 |
| 4 | 15.00 | 15.00 | 0.00 | (004) 7183103 | MSA-HAT V-GARD GREEN RATCHET SUSP | EA | 13.9067 Y | 208.60 |
| | | | | Ordered As: | 475370 | | | |
| 5 | 15.00 | 15.00 | 0.00 | (005) 7180187 | SAF-GLASSES ZTEK PYR CLR/CLR | PR | 1.3067 Y | 19.60 |
| 6 | 5.00 | 5.00 | 0.00 | (006) S467 | STATION LENS CLEANING DISPOSABLE | EA | 10.7067 Y | 53.53 |
| 7 | 18.00 | 18.00 | 0.00 | (007) 7180686 | NOR-12701 BLOODBORNE PATH KIT | EA | 27.1277 Y | 488.30 |
| 8 | 5.00 | 5.00 | 0.00 | (008) 7204777 | PAC-FIRST AID KIT WHITE 3 SHELF | EA | 127.1733 Y | 635.87 |
| 9 | 3.00 | 3.00 | 0.00 | (010) S15383 | 300-sheet SDS binder, 36" chain/hardware | EA | 93.3333 Y | 280.00 |
| 10 | 9.00 | 9.00 | 0.00 | (011) 12X18ALSIGN | SIGN, BACK IN PARKING ONLY 12X18 ALUMINU | EA | 15.5000 Y | 139.50 |
| 11 | 3.00 | 3.00 | 0.00 | (012) 12X18ALSIGN | SIGN, ENTRANCE ONLY 12"X18" ALUMINUM | EA | 15.5000 Y | 46.50 |
| 12 | 3.00 | 3.00 | 0.00 | (013) 12X18ALSIGN | SIGN, EXIT ONLY 12"X18" ALUMINUM | EA | 15.5003 Y | 46.50 |
| 13 | 8.00 | 8.00 | 0.00 | (014) 12X18ALSIGN | SIGN, VISITORS SIGN IN 12"X18" ALUMINUM | EA | 15.5000 Y | 124.00 |
| 14 | 4.00 | 4.00 | 0.00 | (015) 12X18ALSIGN | SIGN, BUCKLE UP 12"X18" ALUMINUM | EA | 15.5000 Y | 62.00 |
| 15 | 7.00 | 7.00 | 0.00 | (016) 12X18ALSIGN | SIGN, PROPER PPE 12"X18" ALUMINUM | EA | 15.5000 Y | 108.50 |
| 16 | 9.00 | 9.00 | 0.00 | (017) 12X18ALSIGN | SIGN, CAUTION PROPER PPE 12"X18" ALUMINU | EA | 15.5000 Y | 139.50 |
| 17 | 16.00 | 16.00 | 0.00 | (018) 12X18ALSIGN | SIGN, DANGER HIGH VOLTAGE 12"X18" ALUMIN | EA | 15.5000 Y | 248.00 |
| 18 | 8.00 | 8.00 | 0.00 | (019) 12X18ALSIGN | SIGN, WASH BAY 12"X18" ALUMINUM | EA | 15.5000 Y | 124.00 |
| 19 | 8.00 | 8.00 | 0.00 | (020) 12X18ALSIGN | SIGN, CAUTION EQUIP 12"X18" ALUMINUM | EA | 15.5000 Y | 124.00 |
| 20 | 13.00 | 13.00 | 0.00 | (021) 12X18ALSIGN | SIGN, CAUTION H PRESS 12"X18" ALUMINUM | EA | 15.5000 Y | 201.50 |
| 21 | 6.00 | 6.00 | 0.00 | (022) 12X18ALSIGN | SIGN, LOAD RTG 250LB 12"X18" ALUMINUM | EA | 15.5000 Y | 93.00 |
| 22 | 4.00 | 4.00 | 0.00 | (023) 12X18ALSIGN | SIGN, USE HAND RAILS 12"X18" ALUMINUM | EA | 15.5000 Y | 62.00 |
| 23 | 8.00 | 8.00 | 0.00 | (025) 12X18ALSIGN | SIGN, OVERHEAD CRANE 12"X18" ALUMINUM | EA | 15.5000 Y | 124.00 |
| 24 | 14.00 | 14.00 | 0.00 | (026) 12X18ALSIGN | SIGN, FLAMMABLE 12"X18" ALUMINUM | EA | 15.5000 Y | 217.00 |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

\* \* 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50533139 | |
| Invoice Date | Page |
| 6/5/2015 07:43:55 | 2 of 2 |
| ORDER NUMBER | |
| 10566333 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
16 WATERWAY CT
THE WOODLANDS, TX 77380-2641
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| | Ordered | Shipped | Remaining | Disp. | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 25 | 14.00 | 14.00 | 0.00 | | (027) 12X18ALSIGN | SIGN, NON-FLAMMABLE 12"X18" ALUMINUM | EA | 15.5000 Y | 217.00 |
| 26 | 3.00 | 3.00 | 0.00 | | (028) 12X18ALSIGN | SIGN, CAUTION HP AREA 12"X18" ALUMINUM | EA | 15.5000 Y | 46.50 |
| 27 | 10.00 | 10.00 | 0.00 | | (029) 12X18ALSIGN | SIGN, CAUTION WELDING AREA 12"X18" ALUMI | EA | 15.5000 Y | 155.00 |
| 28 | 8.00 | 8.00 | 0.00 | | (030) 12X18ALSIGN | SIGN, CAUTION MOVING PARTS 12"X18" ALUMI | EA | 15.5000 Y | 124.00 |
| 29 | 75.00 | 75.00 | 0.00 | | (031) 4X12SMSTICK | SIGN, FIRE EXTINGUISHERS 4X12 SM STICKER | EA | 4.5000 Y | 337.50 |
| 30 | 75.00 | 75.00 | 0.00 | | (032) 4X12SMSTICK | SIGN, NO SMOKING 4X12 SM STICKERS | EA | 4.5000 Y | 337.50 |
| 31 | 18.00 | 18.00 | 0.00 | | (033) 7X10LGSTICK | SIGN, NO SMOKING LG STICKERS | EA | 6.2000 Y | 111.60 |
| 32 | 15.00 | 15.00 | 0.00 | | (034) 12X8LGSTICK | SIGN, EXIT 12X8 LG STICKERS | EA | 4.9500 Y | 74.25 |
| 33 | 15.00 | 15.00 | 0.00 | | (035) S-14306 | SAFETY TOE COVERS LARGE 10-11 | EA | 40.0000 Y | 600.00 |

*Total Lines:  33*

**SUB-TOTAL:** 6,321.88
**SALES TAX:** 521.61
**AMOUNT DUE:** 6,843.49

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

# INVOICE

| INVOICE | |
|---|---|
| 50533349 | |
| Invoice Date | Page |
| 6/5/2015 12:33:32 | 1 of 1 |
| ORDER NUMBER | |
| 10571753 | |
| | |

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**

**Branch:**    Howard Supply - Victoria

3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**    131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 32-0011 | Ordered By: Stefanie Forgey A/P BILLING | 7/5/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 6/3/2015 07:11:00 | 30552777 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7117908 | RID-31030 WRENCH PIPE 24 C-IRON | EA | 67.3550 Y | 67.36 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7117909 | RID-31035 WRENCH PIPE 36 C-IRON | EA | 144.4475 Y | 144.45 |

Total Lines:  2

| | |
|---|---|
| **SUB-TOTAL:** | 211.81 |
| **SALES TAX:** | 17.48 |
| **AMOUNT DUE:** | 229.29 |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

\* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50534333 | |
| Invoice Date | Page |
| 6/9/2015 16:50:06 | 1 of 1 |
| ORDER NUMBER | |
| 10572634 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 114 PO 6020364 | Ordered By: Stefanie Forgey A/P BILLING | 7/9/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 6/4/2015 14:42:53 | 30553816 | Victoria Store | | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 6.00 | 6.00 | 0.00 | (001) 7193903 | RIG-290-9910 PLATE DN750 ROD ELEV3/4X7/8 | EA | 11.1429 Y | 66.86 |
| 2 | 4.00 | 4.00 | 0.00 | (002) 7193902 | RIG-290-9905 PLATE DN625 ROD ELEV5/8X3/4 | EA | 11.1429 Y | 44.57 |
| 3 | 4.00 | 4.00 | 0.00 | (003) 7193901 | RIG-290-9915 PLATE DN100 ROD ELEVATOR 1 | EA | 11.1429 Y | 44.57 |
| 4 | 28.00 | 28.00 | 0.00 | (004) 7193700 | E&E-PLATE SCREW WEATHERFORD ROD ELEV | EA | 1.1638 Y | 32.59 |
| 5 | 1.00 | 1.00 | 0.00 | (005) 7205885 | SQW-SQWINCHER QUIK STIK ORANGE 50PK | PK | 20.6200 Y | 20.62 |
| 6 | 1.00 | 1.00 | 0.00 | (006) 7205887 | SQW-SQWINCHER QUIK STIK GRAPE 50PK | PK | 20.6118 Y | 20.61 |
| 7 | 1.00 | 1.00 | 0.00 | (007) 7205884 | SQW-SQWINCHER QUIK STIK PUNCH 50PK | PK | 19.9397 Y | 19.94 |
| 8 | 1.00 | 1.00 | 0.00 | (008) 7205886 | SQW-SQWINCHER QUIK STIK LEMONADE 50PK | PK | 19.2764 Y | 19.28 |
| 9 | 2.00 | 2.00 | 0.00 | (009) 7117610 | WIK-GAUGE WIKA 2.5 LIQ 1/4LM 1500PSI | EA | 20.0000 Y | 40.00 |
| 10 | 1.00 | 1.00 | 0.00 | (010) 7222355 | CHE-GAUGE 4 LF SS/SS 1/2 LM 5K | EA | 30.0000 Y | 30.00 |
| 11 | 1.00 | 1.00 | 0.00 | (011) 7217440 | IMP BUSHING FS 1/2 X 1/4 | EA | 0.9180 Y | 0.92 |

Total Lines:   11

**SUB-TOTAL:**     339.96

**SALES TAX:**     28.06

**AMOUNT DUE:**     **368.02**

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**HSC**

Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

# INVOICE

| INVOICE | |
|---|---|
| 50537572 | |
| Invoice Date | Page |
| 6/22/2015 11:37:47 | 1 of 1 |
| ORDER NUMBER | |
| 10577721 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0458 RIG 114 | Ordered By: Stefanie Forgey A/P BILLING | 7/22/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 6/22/2015 09:52:06 | 30557187 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 7193764 | MSA-CHINSTRAP ASSY WEB SHGRD | EA | 6.6548 Y | 13.31 |
| 2 | 2.00 | 2.00 | 0.00 | (002) 7188267 | WFC-HITCH BALL TRIPLE MOUNT | EA | 63.9429 Y | 127.89 |
| 3 | 1.00 | 1.00 | 0.00 | (003) 7222961 | PEN-PUP JOINT 2-3/8X10 N80 | EA | 169.3470 Y | 169.35 |
| 4 | 2.00 | 2.00 | 0.00 | (004) 551715 | DAW-DISH SOAP DAWN LIQUID 38oz | EA | 7.2143 Y | 14.43 |
| 5 | 1.00 | 1.00 | 0.00 | (005) 7201325 | PEN-COUPLING 2-3/8 N80 | EA | 26.3889 Y | 26.39 |
| 6 | 1.00 | 1.00 | 0.00 | (006) 7195286 | MAG-BROOM WAREHOUSE STRAW | EA | 10.5753 Y | 10.58 |
| 7 | 2.00 | 2.00 | 0.00 | (007) 7133885 | CRO-S2130   4.75T   ABT   SHACKLE   3/4 1019524 | EA | 37.7571 Y | 75.51 |
| 8 | 2.00 | 2.00 | 0.00 | (008) 7106927 | CRO-G2130   3.25T   ABT   SHACKLE   5/8 1019490 | EA | 28.9928 Y | 57.99 |
| 9 | 6.00 | 6.00 | 0.00 | (009) 7222020 | ARN-3712 OIL DELO 15-40W 1 GAL | GL | 15.8039 Y | 94.82 |
| 10 | 5.00 | 5.00 | 0.00 | (010) 7204964 | SAF-GLOVE   COTTON   ORNGE   DOT   10oz ORG CUFF | DZ | 9.7358 Y | 48.68 |
| 11 | 1.00 | 1.00 | 0.00 | (011) 7194021 | AME-O-RING   KIT   NITRILE   (BUNA-N)   70 DURO | EA | 34.4613 Y | 34.46 |
| 12 | 1.00 | 1.00 | 0.00 | (012) 7223074 | SAF-GLOVE NITRILE 8 MIL PF XL 50/BX | BX | 9.2143 Y | 9.21 |

*Total Lines:  12*

**SUB-TOTAL:**    682.62
**SALES TAX:**    56.31
**AMOUNT DUE:**    738.93

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

# INVOICE

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50537573 | |
| Invoice Date | Page |
| 6/22/2015 11:38:20 | 1 of 1 |
| ORDER NUMBER | |
| 10577662 | |
| | |

**Howard Supply Company, LLC**

**Branch:**    Howard Supply - Victoria

3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**    131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020451 RIG 114 | Ordered By: Stefanie Forgey A/P BILLING | 7/22/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 6/22/2015 09:03:28 | 30557188 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | *Carrier:* | | | | *Tracking #:* | | | |
| 1 | 4.00 | 4.00 | 0.00 | (001) 7193902 | RIG-290-9905   PLATE   DN625   ROD ELEV5/8X3/4 | EA | 11.1429 Y | 44.57 |
| 2 | 8.00 | 8.00 | 0.00 | (002) 7193700 | E&E-PLATE   SCREW   WEATHERFORD   ROD ELEV | EA | 1.1638 Y | 9.31 |

Total Lines:  2

**SUB-TOTAL:**        53.88

**SALES TAX:**        4.45

**AMOUNT DUE:**        **58.33**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50537580 | |
| Invoice Date | Page |
| 6/22/2015 11:44:10 | 1 of 1 |
| ORDER NUMBER | |
| 10577697 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020452 RIG 113 | Ordered By: Stefanie Forgey A/P BILLING | 7/22/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 6/22/2015 09:31:17 | 30557191 | Victoria Store | JDAVILA |

| # | Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.00 | 1.00 | 0.00 | | (001) 7218772 | IRW-60147 15PC DRILL BIT SET 3/8 SHANK | EA | 43.8439 Y | 43.84 |
| 2 | 22.00 | 22.00 | 0.00 | | (002) 179905 | DBL-PIN 5-1/16 SQUARE WIRE PIN 2PK | PK | 1.7571 Y | 38.66 |
| 3 | 2.00 | 2.00 | 0.00 | | (003) 7204964 | SAF-GLOVE COTTON ORNGE DOT 10oz ORG CUFF | DZ | 9.7358 Y | 19.47 |
| 4 | 4.00 | 4.00 | 0.00 | | (004) 7204746 | AND-BRUSH SCRUB 2-1/4 UTILITY LONG HDLE | EA | 7.9589 Y | 31.84 |
| 5 | 4.00 | 4.00 | 0.00 | | (005) 7182175 | DIX-DCP21 COUPLING PLUG END 1/4X1/4MNPT | EA | 1.2152 Y | 4.86 |
| 6 | 4.00 | 4.00 | 0.00 | | (006) 7107672 | DIX-DC20 COUPLING AIR 1/4X1/4 INDUSTRIAL | EA | 4.8205 Y | 19.28 |
| 7 | 4.00 | 4.00 | 0.00 | | (007) 7193903 | RIG-290-9910 PLATE DN750 ROD ELEV3/4X7/8 | EA | 11.1429 Y | 44.57 |
| 8 | 1.00 | 1.00 | 0.00 | | (008) 7193901 | RIG-290-9915 PLATE DN100 ROD ELEVATOR 1 | EA | 11.1429 Y | 11.14 |
| 9 | 16.00 | 16.00 | 0.00 | | (009) 7193700 | E&E-PLATE SCREW WEATHERFORD ROD ELEV | EA | 1.1638 Y | 18.62 |
| 10 | 1.00 | 1.00 | 0.00 | | (010) 7205884 | SQW-SQWINCHER QUIK STIK PUNCH 50PK | PK | 19.9397 Y | 19.94 |
| 11 | 1.00 | 1.00 | 0.00 | | (011) 7205886 | SQW-SQWINCHER QUIK STIK LEMONADE 50PK | PK | 19.2764 Y | 19.28 |
| 12 | 1.00 | 1.00 | 0.00 | | (012) 7205885 | SQW-SQWINCHER QUIK STIK ORANGE 50PK | PK | 20.6200 Y | 20.62 |

**Total Lines:   12**

**SUB-TOTAL:** 292.12
**SALES TAX:** 24.13
**AMOUNT DUE:** **316.25**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50537586 | |
| Invoice Date | Page |
| 6/22/2015 11:46:20 | 1 of 1 |
| ORDER NUMBER | |
| 10577670 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0449 RIG 202 | Ordered By: Stefanie Forgey A/P BILLING | 7/22/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 6/22/2015 09:15:33 | 30557192 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | | *Carrier:* | | | *Tracking #:* | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 7107113 | CRO-G414 3/8  E HVY THIMBLE 1037675 | EA | 2.1286 Y | 4.26 |
| 2 | 2.00 | 2.00 | 0.00 | (002) 7133913 | CRO-G2130    4.75T   ABT   SHACKLE    3/4 1019515 | EA | 41.9143 Y | 83.83 |
| 3 | 5.00 | 5.00 | 0.00 | (003) 7133914 | CRO-G2130    6.50T   ABT   SHACKLE    7/8 1019533 | EA | 58.5429 Y | 292.71 |
| 4 | 2.00 | 2.00 | 0.00 | (004) 9010178 | KEM-150200 2FIG 1502 SC UNION KEMPER | EA | 152.2143 Y | 304.43 |
| 5 | 11.00 | 11.00 | 0.00 | (005) 179905 | DBL-PIN 5-1/16 SQUARE WIRE PIN 2PK | PK | 1.7571 Y | 19.33 |
| 6 | 4.00 | 4.00 | 0.00 | (006) 222851 | WIL-TAPE TEFLON 1X520 .003" PTFE | RL | 0.9150 Y | 3.66 |
| 7 | 2.00 | 2.00 | 0.00 | (007) 240721 | VIC-TRIANGLE WARNING KIT HWY | EA | 19.3000 Y | 38.60 |

*Total Lines:*   7

| | |
|---|---|
| *SUB-TOTAL:* | 746.82 |
| *SALES TAX:* | 61.61 |
| *AMOUNT DUE:* | **808.43** |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.



**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

# INVOICE

| INVOICE | |
|---|---|
| 50539176 | |
| Invoice Date | Page |
| 6/26/2015 11:12:39 | 1 of 2 |
| ORDER NUMBER | |
| 10578949 | |
| | |

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 118-6020487 | Ordered By: Stefanie Forgey A/P BILLING | 7/26/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 6/24/2015 14:54:23 | 30558870 | Victoria Store | | PBARRIENTOS |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 7117907 | RID-31025 WRENCH PIPE 18 C-IRON | EA | 39.6351 Y | 79.27 |
| 2 | 2.00 | 2.00 | 0.00 | (002) 7117908 | RID-31030 WRENCH PIPE 24 C-IRON | EA | 62.8940 Y | 125.79 |
| 3 | 2.00 | 2.00 | 0.00 | (003) 7117909 | RID-31035 WRENCH PIPE 36 C-IRON | EA | 135.0809 Y | 270.16 |
| 4 | 1.00 | 1.00 | 0.00 | (004) 7117910 | RID-31040 WRENCH PIPE 48 C-IRON | EA | 210.2750 Y | 210.28 |
| 5 | 2.00 | 2.00 | 0.00 | (005) 252056 | CRE-AC115 WRENCH ADJ 15 CHROME TAPER HDL | EA | 42.3254 Y | 84.65 |
| 6 | 2.00 | 2.00 | 0.00 | (006) 7106353 | CRE-AC112 WRENCH ADJ 12 CHROME | EA | 28.1125 Y | 56.23 |
| 7 | 2.00 | 2.00 | 0.00 | (007) 101592 | TRU-MD10HC HAMMER SLEDGE 10 WOOD | EA | 24.7690 Y | 49.54 |
| 8 | 2.00 | 2.00 | 0.00 | (008) 441667 | TRU-HAMMER SLEDGE 4 WOOD 10104 | EA | 11.9500 Y | 23.90 |
| 9 | 2.00 | 2.00 | 0.00 | (009) 7211052 | IRW-PLIER LOCKING 10 CURVE JAW 10CR | EA | 10.0125 Y | 20.03 |
| 10 | 1.00 | 1.00 | 0.00 | (010) 7206381 | NIC-80952 FRAME HACKSAW 10 HD | EA | 13.1224 Y | 13.12 |
| 11 | 10.00 | 10.00 | 0.00 | (011) 7123800 | NIC-62723 BLADE HACKSAW 12X18TPI NF1218 | EA | 1.0754 Y | 10.75 |
| 12 | 1.00 | 1.00 | 0.00 | (012) 7204797 | OIL-GREASE MYSTIC JT6 10 PK/14oz STICKS | PK | 30.9413 Y | 30.94 |
| 13 | 1.00 | 1.00 | 0.00 | (013) 7118909 | ALE-500 GREASE GUN LEVER | EA | 29.7513 Y | 29.75 |
| 14 | 1.00 | 1.00 | 0.00 | (014) 7204942 | KOM-MEASURE TAPE 25 TT5425 | EA | 6.7303 Y | 6.73 |
| 15 | 1.00 | 1.00 | 0.00 | (015) 7106311 | LUF-C2276D TAPE MEASURE DERRICK 1/4X100 | EA | 210.9011 Y | 210.90 |
| 16 | 1.00 | 1.00 | 0.00 | (016) 7204929 | MAS-COTTER PIN KIT | EA | 22.9362 Y | 22.94 |
| 17 | 2.00 | 2.00 | 0.00 | (017) 7185728 | OTE-WRENCH BOX RH BW5075 3/4 | EA | 29.7500 Y | 59.50 |
| 18 | 2.00 | 2.00 | 0.00 | (018) 7165671 | OTE-WRENCH BOX RH BW5088 7/8 | EA | 29.7500 Y | 59.50 |
| 19 | 2.00 | 2.00 | 0.00 | (019) 7165672 | OTE-WRENCH BOX RH BW5100 1 | EA | 39.3750 Y | 78.75 |
| 20 | 2.00 | 2.00 | 0.00 | (020) 7165673 | OTE-WRENCH BOX RH BW5113 1-1/8 | EA | 39.3750 Y | 78.75 |
| 21 | 2.00 | 2.00 | 0.00 | (021) 7165674 | OTE-WRENCH BOX RH BW5125 1-1/4 | EA | 39.3750 Y | 78.75 |
| 22 | 2.00 | 2.00 | 0.00 | (022) 7165675 | OTE-WRENCH BOX RH BW5138 13/8 | EA | 49.0000 Y | 98.00 |
| 23 | 2.00 | 2.00 | 0.00 | (023) 7181403 | OTE-WRENCH BOX RH BW5150 1-1/2 | EA | 53.3750 Y | 106.75 |
| 24 | 2.00 | 2.00 | 0.00 | (024) 7174632 | OTE-WRENCH BOX RH BW5163 1-5/8 | EA | 58.6250 Y | 117.25 |
| 25 | 2.00 | 2.00 | 0.00 | (025) 7183792 | OTE-WRENCH BOX RH BW5175 1-3/4 | EA | 72.6250 Y | 145.25 |
| 26 | 1.00 | 1.00 | 0.00 | (026) 7203147 | BOL-652030 COMPOUND GGT 30LB | PL | 47.0966 Y | 47.10 |
| 27 | 1.00 | 1.00 | 0.00 | (027) 7222185 | SPI-WPB100GL ABSORB PAD 19X15 OIL ONLY W | BD | 25.7474 Y | 25.75 |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

\* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

Please Remit To:
**Howard Supply Company, LLC**
**Dept 312**
**PO BOX 4869**
**Houston, TX 77210-4869**
**A/R Dept: (307) 265-8539**

Terms and Conditions:
www.howard-supply.com

Howard Supply Company, LLC
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

| | INVOICE | |
|---|---|---|
| | 50539176 | |
| Invoice Date | | Page |
| 6/26/2015 11:12:39 | | 2 of 2 |
| ORDER NUMBER | | |
| 10578949 | | |
| | | |

**Customer ID:**   131792

**Ship To ID:** 131792

| Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp. | | | | | |

Total Lines:  27

**SUB-TOTAL:**   2,140.33

**SALES TAX:**   176.53

**AMOUNT DUE:**   **2,316.86**

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**Please Remit To:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

# INVOICE

| INVOICE | |
|---|---|
| 50539291 | |
| Invoice Date | Page |
| 6/26/2015 13:36:12 | 1 of 1 |
| ORDER NUMBER | |
| 10578764 | |

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792
**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0473 | Ordered By: Stefanie Forgey A/P BILLING | 7/26/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 6/24/2015 07:44:28 | 30558990 | Victoria Store | PBARRIENTOS |

| | Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | | (001) 7211052 | IRW-PLIER LOCKING 10 CURVE JAW 10CR | EA | 11.4576 Y | 11.46 |
| 2 | 2.00 | 2.00 | 0.00 | | (002) 7186799 | JHW-23052 PLIER SET 4PC COMB | EA | 35.7317 Y | 71.46 |
| 3 | 1.00 | 1.00 | 0.00 | | (003) 7204728 | HEX KEY SET 18PC .028-5/8 SHORT | EA | 34.5794 Y | 34.58 |
| 4 | 1.00 | 1.00 | 0.00 | | (004) 7195641 | HEX KEY L 9/16 LONG | EA | 6.5513 Y | 6.55 |
| 5 | 4.00 | 4.00 | 0.00 | | (005) 165605 | CAM-HITCH PIN 3/4X6-1/4 TAGGED | EA | 5.4476 Y | 21.79 |
| 6 | 8.00 | 8.00 | 0.00 | | (006) 7189498 | SAM-SASH CORD 3/8X100 SILVERLAKE | HK | 19.3749 Y | 155.00 |
| 7 | 2.00 | 2.00 | 0.00 | | (007) 7107672 | DIX-DC20 COUPLING AIR 1/4X1/4 INDUSTRIAL | EA | 4.8205 Y | 9.64 |
| 8 | 1.00 | 1.00 | 0.00 | | (008) 7217427 | IMP TEE BM 1/4 | EA | 1.2012 Y | 1.20 |
| 9 | 2.00 | 2.00 | 0.00 | | (009) 7217492 | IMP NIPPLE STD. 1/4 X 2 | EA | 0.5824 Y | 1.16 |
| 10 | 2.00 | 2.00 | 0.00 | | (010) DEL-7170-0180 | CHAIN, 1-/4 ALLOY G100 | FT | 3.1000 Y | 6.20 |
| 11 | 3.00 | 3.00 | 0.00 | | (011) DEL-GJ-58967 | COUPLING, 1/4 G100 LINK | EA | 19.3857 Y | 58.16 |
| 12 | 2.00 | 2.00 | 0.00 | | (013) DEL-REBAR-HOOKS | REBAR 5K SAFETY | EA | 52.0285 Y | 104.06 |

*Total Lines:* 12

**SUB-TOTAL:** 481.26
**SALES TAX:** 39.73
**AMOUNT DUE:** 520.99

Unofficial Copy from Irene Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

\* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50539919 | |
| Invoice Date | Page |
| 6/29/2015 17:05:04 | 1 of 1 |
| ORDER NUMBER | |
| 10580217 | |
| | |

**Howard Supply Company, LLC**
**Branch:**    Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**    131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG KEITH 6020503 | Ordered By: Stefanie Forgey A/P BILLING | 7/29/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 6/29/2015 13:01:09 | 30559642 | Victoria Store | PBARRIENTOS |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | **Carrier:** | | | | **Tracking #:** | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 7106927 | CRO-G2130   3.25T   ABT   SHACKLE   5/8 1019490 | EA | 27.0599 Y | 54.12 |
| 2 | 2.00 | 2.00 | 0.00 | (002) 7133912 | CRO-G2130   2.00T   ABT   SHACKLE   1/2 1019472 | EA | 19.1333 Y | 38.27 |
| 3 | 2.00 | 2.00 | 0.00 | (003) 7179135 | CRO-G2130   1.00T   ABT   SHACKLE   3/8 1019470 | EA | 9.7867 Y | 19.57 |
| 4 | 10.00 | 10.00 | 0.00 | (004) 7202779 | SAF-PIN SAFETY 1-1/2WX6L X-SMALL ZINC | EA | 3.2252 Y | 32.25 |
| 5 | 2.00 | 2.00 | 0.00 | (005) 7107117 | CRO-G414 5/8 E HVY THIMBLE 1037755 | EA | 4.1421 Y | 8.28 |
| 6 | 2.00 | 2.00 | 0.00 | (006) 7178300 | CRO-G429 3/16-1/4 FIST CLIP 1010471 | EA | 8.2345 Y | 16.47 |
| 7 | 10.00 | 10.00 | 0.00 | (007) 7106816 | CRO-G429 9/16-5/8 FIST CLIP 1010550 | EA | 17.1596 Y | 171.60 |

Total Lines:   7

| | |
|---|---|
| **SUB-TOTAL:** | 340.56 |
| **SALES TAX:** | 28.08 |
| **AMOUNT DUE:** | **368.64** |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50539923 | |
| Invoice Date | Page |
| 6/29/2015 17:07:49 | 1 of 1 |
| ORDER NUMBER | |
| 10580084 | |
| | |

**Howard Supply Company, LLC**

**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

Customer ID:   131792

Ship To ID: 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020500 RIG 202 | Ordered By: Stefanie Forgey A/P BILLING | 7/29/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 6/29/2015 10:13:24 | 30559646 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 10.00 | 10.00 | 0.00 | (001) 739060 | MAN-TAPE ELECTRICAL 3/4X60 | RL | 0.6000 Y | 6.00 |
| 2 | 10.00 | 10.00 | 0.00 | (002) 234922 | WIL-TAPE TEFLON 3/4X520 .003" PTFE | RL | 0.7719 Y | 7.72 |
| 3 | 1.00 | 1.00 | 0.00 | (003) 7206381 | NIC-80952 FRAME HACKSAW 10 HD | EA | 15.0549 Y | 15.05 |
| 4 | 1.00 | 1.00 | 0.00 | (004) 7204797 | OIL-GREASE MYSTIC JT6 10 PK/14oz STICKS | PK | 33.1514 Y | 33.15 |
| 5 | 1.00 | 1.00 | 0.00 | (005) 7207583 | GAR-TIE CABLE 15 UV BLACK PK50 | PK | 8.3000 Y | 8.30 |

Total Lines:  5

*SUB-TOTAL:*   70.22

*SALES TAX:*   5.81

*AMOUNT DUE:*   **76.03**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

| INVOICE | |
|---|---|
| 50540464 | |
| Invoice Date | Page |
| 6/30/2015 14:28:01 | 1 of 1 |
| ORDER NUMBER | |
| 10580644 | |
| | |

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0505 | Ordered By: Stefanie Forgey A/P BILLING | 7/30/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 6/30/2015 10:55:47 | 30560185 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7119219 | REC-RAGS   CMP   No.25   POLY   COLOR TERRY/TURK | BG | 28.2429 Y | 28.24 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7119209 | REC-RAGS  CMP  No.25  POLY PACK  COLOR KNIT | BX | 16.4286 Y | 16.43 |
| 3 | 12.00 | 12.00 | 0.00 | (003) 770909 | ABC-BRUSH WIRE SHOE HANDLE | EA | 1.5759 Y | 18.91 |
| 4 | 2.00 | 2.00 | 0.00 | (004) 7117971 | RID-31700 HEEL JAW 24 W/PIN | EA | 19.2850 Y | 38.57 |
| 5 | 2.00 | 2.00 | 0.00 | (005) 7117970 | RID-31695 HOOK JAW 24 | EA | 38.6650 Y | 77.33 |
| 6 | 3.00 | 3.00 | 0.00 | (006) 7117976 | RID-31725 HEEL JAW 36 W/PIN | EA | 32.3000 Y | 96.90 |
| 7 | 3.00 | 3.00 | 0.00 | (007) 7117975 | RID-31720 HOOK JAW 36 | EA | 81.2250 Y | 243.68 |
| 8 | 1.00 | 1.00 | 0.00 | (008) 7215054 | AME-UNION   ASSY   2   1502   STD   SVS THREADED | EA | 88.5680 Y | 88.57 |
| 9 | 1.00 | 1.00 | 0.00 | (009) 101592 | TRU-MD10HC HAMMER SLEDGE 10 WOOD | EA | 28.3075 Y | 28.31 |
| 10 | 6.00 | 6.00 | 0.00 | (010) 7204964 | SAF-GLOVE   COTTON   ORNGE   DOT   10oz ORG CUFF | DZ | 10.9427 Y | 65.66 |
| 11 | 2.00 | 2.00 | 0.00 | (011) STRAP210 | STRAP 2"X10' | EA | 29.5000 Y | 59.00 |

Total Lines:   11

**SUB-TOTAL:**        761.60

**SALES TAX:**          62.83

**AMOUNT DUE:**       824.43

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ¹ 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

| INVOICE | |
|---|---|
| 50540558 | |
| Invoice Date | Page |
| 6/30/2015 15:32:58 | 1 of 1 |
| ORDER NUMBER | |
| 10580798 | |
| | |

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0508 | Ordered By: Stefanie Forgey A/P BILLING | 7/30/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 6/30/2015 14:48:05 | 30560278 | Victoria Store | | JDAVILA |

| Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | *Carrier:* | | | | *Tracking #:* | | | |
| 1 | 5.00 | 5.00 | 0.00 | (001) 647752 | NES-WATER PURE NESTLE 24-PK 1/2 LITRE | PK | 4.6156  Y | 23.08 |

*Total Lines:  1*

| | |
|---|---|
| ***SUB-TOTAL:*** | 23.08 |
| ***SALES TAX:*** | 1.91 |
| ***AMOUNT DUE:*** | **24.99** |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50541050 | |
| Invoice Date | Page |
| 7/2/2015 08:36:58 | 1 of 1 |
| ORDER NUMBER | |
| 10581234 | |

**Howard Supply Company, LLC**
**Branch:**  Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792
**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020534 - Dave Salinas | Ordered By: Stefanie Forgey A/P BILLING | 8/1/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/1/2015 14:00:18 | 30560736 | Victoria Store | JDAVILA |

| Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | **Carrier:** | | | | **Tracking #:** | | | |
| 1.00 | 1.00 | 0.00 | | (001) 7141096 | LEW-ROPE TAIL TR-10-D-PC-10 DRNG | EA | 100.9029 Y | 100.90 |

*Total Lines:  1*

**SUB-TOTAL:** 100.90
**SALES TAX:** 8.32
**AMOUNT DUE:** 109.22

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

\* ' 12.4.219, 05/26/2010

Rev 4







# INVOICE

**Please Remit To:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50541071 | |
| Invoice Date | Page |
| 7/2/2015 09:11:00 | 1 of 1 |
| ORDER NUMBER | |
| 10581442 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020533 Rig 119 | Ordered By: Stefanie Forgey A/P BILLING | 8/1/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/2/2015 07:13:35 | 30560758 | Victoria Store | JDAVILA |

| Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | | | | **Carrier:** | **Tracking #:** | | | |
| 1.00 | 1.00 | 0.00 | | (001) 7119219 | REC-RAGS   CMP   No.25   POLY   COLOR TERRY/TURK | BG | 28.2429 Y | 28.24 |

*(Row number 1 at far left)*

Total Lines:  *1*

| | |
|---|---|
| **SUB-TOTAL:** | 28.24 |
| **SALES TAX:** | 2.33 |
| **AMOUNT DUE:** | **30.57** |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

Unofficial Copy Office of Chris Daniel District Clerk

* ' 12.4.219, 05/26/2010

Rev 4



**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

# INVOICE

| INVOICE | |
|---|---|
| 50541297 | |
| Invoice Date | Page |
| 7/6/2015 07:36:40 | 1 of 1 |
| ORDER NUMBER | |
| 10581506 | |
| | |

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

Customer ID:   131792

Ship To ID: 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0534 RIG 113 | Ordered By: Stefanie Forgey A/P BILLING | 8/5/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/2/2015 09:32:40 | 30561008 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7106311 | LUF-C2276D  TAPE  MEASURE  DERRICK 1/4X100 | EA | 241.0298 Y | 241.03 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7184179 | REC-RAGS PLY No.25BAG WHITE TURKISH | BG | 32.6286 Y | 32.63 |

Total Lines:  2

| | |
|---|---|
| *SUB-TOTAL:* | 273.66 |
| *SALES TAX:* | 22.58 |
| *AMOUNT DUE:* | **296.24** |

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Please Remit To:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

| INVOICE | |
|---|---|
| 50541299 | |
| Invoice Date | Page |
| 7/6/2015 07:37:48 | 1 of 1 |
| ORDER NUMBER | |
| 10581600 | |
| | |

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| NEW RIG \ 602-0536 | Ordered By: Stefanie Forgey A/P BILLING | 8/5/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/2/2015 11:51:04 | 30561010 | Victoria Store | PBARRIENTOS |

| | Quantities | | | | | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | Item ID | Item Description | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 7117908 | RID-31030 WRENCH PIPE 24 C-IRON | EA | 62.8940 Y | 125.79 |

Total Lines:   1

**SUB-TOTAL:** 125.79
**SALES TAX:** 10.38
**AMOUNT DUE:** 136.17

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50541333 | |
| Invoice Date | Page |
| 7/6/2015 08:07:23 | 1 of 1 |
| ORDER NUMBER | |
| 10581788 | |

**Howard Supply Company, LLC**
**Branch:**  Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020537  RIG 115 | Ordered By: Stefanie Forgey A/P BILLING | 8/5/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/6/2015 07:27:11 | 30561046 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 3.00 | 3.00 | 0.00 | (001) 7212537 | FLUID DIESEL EXHAUST 2.5 GAL | EA | 11.7192  Y | 35.16 |

Total Lines:  1

**SUB-TOTAL:** 35.16
**SALES TAX:** 2.91
**AMOUNT DUE:** **38.07**

  Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ¹ 12.4.219, 05/26/2010

Rev 4





HSC

Please Remit To:
**Howard Supply Company, LLC**
**Dept 312**
**PO BOX 4869**
**Houston, TX 77210-4869**
**A/R Dept: (307) 265-8539**

# INVOICE

| INVOICE | |
|---|---|
| 50541371 | |
| Invoice Date | Page |
| 7/6/2015 08:47:03 | 1 of 1 |
| ORDER NUMBER | |
| 10581767 | |

Howard Supply Company, LLC
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

Terms and Conditions:
www.howard-supply.com

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 131792

| *PO Number* | Attn: Stefanie Forgey A/P BILLING | *Net Due Date* |
|---|---|---|
| 6020540 | Ordered By: Stefanie Forgey A/P BILLING | 8/5/2015 |

| *Order Date* | *Pick Ticket No* | *Primary Salesrep Name* | *Taker* |
|---|---|---|---|
| 7/6/2015 07:10:51 | 30561083 | Victoria Store | PBARRIENTOS |

| | *Quantities: Ordered* | *Shipped* | *Remaining* | *Disp.* | *Item ID* | *Item Description* | *Pricing UOM* | *Unit Price* | *Extended Price* |
|---|---|---|---|---|---|---|---|---|---|
| | *Carrier:* | | | | | *Tracking #:* | | | |
| 1 | 2.00 | 2.00 | 0.00 | | (001) 7219513 | EXC-PGMT-1000-QT PASTE ALUMINUM | EA | 26.0548 Y | 52.11 |

*Total Lines:* 1

| | |
|---|---|
| ***SUB-TOTAL:*** | 52.11 |
| ***SALES TAX:*** | 4.30 |
| ***AMOUNT DUE:*** | **56.41** |

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

# INVOICE

**Howard Supply Company, LLC**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50541387 | |
| Invoice Date | Page |
| 7/6/2015 09:26:30 | 1 of 1 |
| ORDER NUMBER | |
| 10581861 | |
| | |

**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020541 | Ordered By: Stefanie Forgey A/P BILLING | 8/5/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/6/2015 08:53:30 | 30561102 | Victoria Store | KSPECK |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 181396 | MAS-1KA PADLOCK LAM STEEL | EA | 9.0771  Y | 18.15 |

Total Lines:  1

**SUB-TOTAL:** 18.15

**SALES TAX:** 1.49

**AMOUNT DUE:** **19.64**

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# HSC

**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50541845 | |
| Invoice Date | Page |
| 7/7/2015 13:15:41 | 1 of 1 |
| ORDER NUMBER | |
| 10582489 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020548 MUD PUMP 11 | Ordered By: Stefanie Forgey A/P BILLING | 8/6/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/7/2015 12:06:03 | 30561616 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | | Carrier: | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7219129 | ZEP-CHERRY BOMB GAL | EA | 31.4286 Y | 31.43 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7219132 | ZEP-PUMP FOR CHERRY BOMB | EA | 4.4286 Y | 4.43 |
| 3 | 1.00 | 1.00 | 0.00 | (003) 7119219 | REC-RAGS  CMP  No.25  POLY  COLOR TERRY/TURK | BG | 28.2429 Y | 28.24 |
| 4 | 8.00 | 8.00 | 0.00 | (004) 7205060 | BER-CLEANER  BRAKE  14OZ NON-CLORINE | EA | 4.6714 Y | 37.37 |
| 5 | 1.00 | 1.00 | 0.00 | (005) 7209656 | TUF-SILICONE  CAULK  10.1OZ  CLEAR TEXTUFF | EA | 5.4571 Y | 5.46 |

*Total Lines:  5*

**SUB-TOTAL:**    106.93

**SALES TAX:**    8.83

**AMOUNT DUE:**    115.76

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4




# INVOICE

Please Remit to:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

| INVOICE | |
|---|---|
| 50541846 | |
| Invoice Date | Page |
| 7/7/2015 13:16:29 | 1 of 1 |
| ORDER NUMBER | |
| 10582026 | |

**Customer ID:** 131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020544 RIG 202 | Ordered By: Stefanie Forgey A/P BILLING | 8/6/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/6/2015 12:19:13 | 30561617 | Victoria Store | JDAVILA |

| | Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | Carrier: | | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | | (001) 7182175 | DIX-DCP21 COUPLING PLUG END 1/4X1/4MNPT | EA | 1.1805 Y | 1.18 |
| 2 | 1.00 | 1.00 | 0.00 | | (002) 7107672 | DIX-DC20 COUPLING AIR 1/4X1/4 INDUSTRIAL | EA | 4.8143 Y | 4.81 |
| 3 | 11.00 | 11.00 | 0.00 | | (003) 7162950 | BAB-BABBITT 4 GR HIGH NOTCHED STYLE | LB | 5.1657 Y | 56.82 |
| 4 | 2.00 | 1.00 | 0.00 | | (004) 7140922 | E&E-ROPE SOCKET 2X9/16 W/SWIVEL | EA | 99.0000 Y | 99.00 |
| 5 | 2.00 | 2.00 | 0.00 | | (005) 7216782 | IMP UNION HAMMER FIG. 100 3 | EA | 35.7424 Y | 71.48 |
| 6 | 36.00 | 36.00 | 0.00 | | (006) 7140290 | MAR-PAINT STICK WHITE 80220 | EA | 0.9831 Y | 35.39 |
| 7 | 10.00 | 10.00 | 0.00 | | (007) 7182156 | HOR-FLAGGING SANDLINE F5010 YELLOW | BG | 3.4286 Y | 34.29 |
| 8 | 1.00 | 1.00 | 0.00 | | (008) 7194076 | SHE-TIE WIRE 16GA 3.5LB SPOOL | SP | 7.6440 Y | 7.64 |

Total Lines: 8

**SUB-TOTAL:** 310.61
**SALES TAX:** 25.62
**AMOUNT DUE:** 336.23

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50541881 | |
| Invoice Date | Page |
| 7/7/2015 14:30:31 | 1 of 1 |
| ORDER NUMBER | |
| 10582565 | |
| | |

**Howard Supply Company, LLC**

**Branch:**  Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0549 | Ordered By: Stefanie Forgey A/P BILLING | 8/6/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/7/2015 13:55:00 | 30561650 | Victoria Store | PBARRIENTOS |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7214391 | REC-RAGS CMP No.50 BOX COLOR TURKISH | BX | 56.0149 Y | 56.01 |
| 2 | 6.00 | 6.00 | 0.00 | (002) 7177032 | OSI-OIL SAVER RUBBER TYPE H GA-9/16 | EA | 11.8867 Y | 71.32 |
| 3 | 6.00 | 6.00 | 0.00 | (003) 7180671 | OSI-SWAB CUP 204-RTL-UAL 2-3/8 | EA | 17.3681 Y | 104.21 |
| 4 | 6.00 | 6.00 | 0.00 | (004) 7180673 | OSI-SWAB CUP 254-RTL-UAL 2-7/8 | EA | 20.5233 Y | 123.14 |
| 5 | 1.00 | 1.00 | 0.00 | (005) 7189498 | SAM-SASH CORD 3/8X100 SILVERLAKE | HK | 18.5548 Y | 18.55 |
| 6 | 48.00 | 48.00 | 0.00 | (006) 7222360 | SAF-GLOVE LRG IMPACT ORANGE DOT | PR | 12.5000 Y | 600.00 |

Total Lines:   6

| | |
|---|---|
| **SUB-TOTAL:** | 973.23 |
| **SALES TAX:** | 80.30 |
| **AMOUNT DUE:** | 1,053.53 |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.



# INVOICE

Please Remit To:
**Howard Supply Company, LLC**
**Dept 312**
**PO BOX 4869**
**Houston, TX 77210-4869**
**A/R Dept: (307) 265-8539**

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50542154 | |
| Invoice Date | Page |
| 7/8/2015 12:26:28 | 1 of 1 |
| ORDER NUMBER | |
| 10579358 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 118  @ 202 PO 6020492 | Ordered By: Stefanie Forgey A/P BILLING | 8/7/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 6/25/2015 13:11:18 | 30561938 | Victoria Store | PBARRIENTOS |

| | Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | Carrier: | | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | | (008) 7174632 | OTE-WRENCH BOX RH BW5163 1-5/8 | EA | 58.6250 Y | 58.63 |
| 2 | 1.00 | 1.00 | 0.00 | | (009) 7183792 | OTE-WRENCH BOX RH BW5175 1-3/4 | EA | 60.7679 Y | 60.77 |

Total Lines:  2

**SUB-TOTAL:**   119.40
**SALES TAX:**   9.84
**AMOUNT DUE:**   **129.24**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**Howard Supply Company, LLC**

**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

# INVOICE

| INVOICE | |
|---|---|
| 50542169 | |
| Invoice Date | Page |
| 7/8/2015 12:52:42 | 1 of 1 |
| ORDER NUMBER | |
| 10581238 | |
| | |

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020554 | Ordered By: Stefanie Forgey A/P BILLING | 8/7/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 7/1/2015 14:06:21 | 30561950 | Victoria Store | | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | | | Carrier: | | Tracking #: | | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 7216888 | IMP FLANGE RFT 150 SERIES 4 | EA | 18.2571 Y | 36.51 |
| 2 | 2.00 | 2.00 | 0.00 | (002) 7215054 | AME-UNION ASSY 2 1502 STD SVS THREADED | EA | 88.5680 Y | 177.14 |
| 3 | 8.00 | 8.00 | 0.00 | (003) 7217201 | IMP ELL BM 90 DEG 2 | EA | 5.0143 Y | 40.11 |
| 4 | 1.00 | 1.00 | 0.00 | (004) 7216815 | IMP SWAGE STD 4 X 2 | EA | 26.7266 Y | 26.73 |
| 5 | 2.00 | 2.00 | 0.00 | (005) 7217081 | IMP NIPPLE STD 2 X 12 | EA | 5.7409 Y | 11.48 |
| 6 | 2.00 | 2.00 | 0.00 | (006) 7216638 | IMP VALVE CS BALL 2 | EA | 31.8809 Y | 63.76 |
| 7 | 1.00 | 1.00 | 0.00 | (007) 7216794 | IMP PLUG STD BULL 4 | EA | 36.6101 Y | 36.61 |
| 8 | 1.00 | 1.00 | 0.00 | (008) 7213849 | C&C-VALVE 4 DUCTILE/BUNA WAFER BLUE D.I | EA | 37.8571 Y | 37.86 |
| 9 | 1.00 | 1.00 | 0.00 | (009) 7213850 | C&C-VALVE 6 WAFER DUCTILE/BUNA BLUE | EA | 57.0000 Y | 57.00 |
| 10 | 1.00 | 1.00 | 0.00 | (011) 7223080 | IMP SWAGE 6 IN X 4 IN NPT STD | EA | 95.7829 Y | 95.78 |
| 11 | 2.00 | 1.00 | 0.00 | (012) OWI 6 IN 90 SI 6 IN 90 SLIP ON STANDARD | | EA | 79.3867 Y | 79.39 |
| 12 | 2.00 | 2.00 | 0.00 | (014) OWI 6 IN FLG 6 IN FLANGE CLASS 150 THD RFT | | EA | 69.4667 Y | 138.93 |
| 13 | 2.00 | 2.00 | 0.00 | (015) OWI 2 X 3 NIP 2 X 3 STANDARD NIPPLE | | EA | 3.1333 Y | 6.27 |
| 14 | 2.00 | 2.00 | 0.00 | (016) OWI 2 X 2 CLO 2 X 2 CLOSE STANDARD NIPPLE | | EA | 2.7333 Y | 5.47 |
| 15 | 2.00 | 2.00 | 0.00 | (017) OWI 2 IN COL 2 IN FS COLLAR | | EA | 9.2133 Y | 18.43 |
| 16 | 1.00 | 1.00 | 0.00 | (018) OWI 4 IN COL 4 IN COLLAR STANDARD | | EA | 48.1733 Y | 48.17 |
| 17 | 8.00 | 8.00 | 0.00 | (019) OWI 3/4 X 5 S13/4 X 5 STUDS /NUTS | | EA | 2.9867 Y | 23.89 |
| 18 | 1.00 | 1.00 | 0.00 | (020) WAR-4-90-SLI ELL, 4 IN STD SLIP-ON 90 | | EA | 33.0000 Y | 33.00 |
| 19 | 2.00 | 2.00 | 0.00 | (022) 9010003 | HAMMER UNION 4 FIG 100 LPT | EA | 50.7143 Y | 101.43 |
| 20 | 2.00 | 2.00 | 0.00 | (024) 7215054 | AME-UNION ASSY 2 1502 STD SVS THREADED | EA | 88.5680 Y | 177.14 |
| 21 | 1.00 | 1.00 | 0.00 | (025) OWI-9010003 | UNION, 4 IN FIG 100 THRD HAMMER | EA | 50.7100 Y | 50.71 |

Total Lines: 21

| | |
|---|---|
| **SUB-TOTAL:** | 1,265.81 |
| **SALES TAX:** | 104.45 |
| **AMOUNT DUE:** | **1,370.26** |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* * 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50542424 | |
| Invoice Date | Page |
| 7/9/2015 08:08:49 | 1 of 1 |
| ORDER NUMBER | |
| 10582232 | |

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

Customer ID:  131792

Ship To ID: 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020555 | Ordered By: Stefanie Forgey A/P BILLING | 8/8/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 7/7/2015 06:48:17 | 30562201 | Victoria Store | | PBARRIENTOS |

| | Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | Carrier: | | | | Tracking #: | | | |
| 1 | 12.00 | 12.00 | 0.00 | | (002) 579373 | WD4-LUBRICANT WD40 12OZ MP | EA | 6.0933 Y | 73.12 |
| 2 | 1.00 | 1.00 | 0.00 | | (003) 7119209 | REC-RAGS CMP No.25 POLY PACK COLOR KNIT | BX | 15.3334 Y | 15.33 |
| 3 | 6.00 | 6.00 | 0.00 | | (004) 7222020 | ARN-3712 OIL DELO 15-40W 1 GAL | GL | 15.5733 Y | 93.44 |
| 4 | 1.00 | 1.00 | 0.00 | | (005) 7117909 | RID-31035 WRENCH PIPE 36 C-IRON | EA | 135.4250 Y | 135.43 |
| 5 | 10.00 | 10.00 | 0.00 | | (006) 7206664 | RIG-3020-0708P TONG DIE F58 PYRAMID2-3/8 | EA | 5.6000 Y | 56.00 |
| 6 | 3.00 | 3.00 | 0.00 | | (007) 7150590 | MAG-BRUSH DOPE DRILL PIPE 2 | EA | 4.4126 Y | 13.24 |
| 7 | 1.00 | 1.00 | 0.00 | | (008) 7156107 | STA-PUNCH & CHISEL SET 12PC | ST | 22.9960 Y | 23.00 |
| 8 | 2.00 | 2.00 | 0.00 | | (009) 7204746 | AND-BRUSH SCRUB 2-1/4 UTILITY LONG HDLE | EA | 7.7467 Y | 15.49 |
| 9 | 1.00 | 1.00 | 0.00 | | (010) 7140922 | E&E-ROPE SOCKET 2X9/16 W/SWIVEL | EA | 99.1274 Y | 99.13 |
| 10 | 4.00 | 4.00 | 0.00 | | (011) 7119207 | OWI-SWAGE-SWAGE, 3 IN L P X 2-7/8 EUE STD | EA | 156.6125 Y | 626.45 |
| 11 | 2.00 | 2.00 | 0.00 | | (012) E&E-SINKER | E&E-SINKER BAR, 1-1/4 X 25 FT X 3/4 PIN SINKER | EA | 373.3333 Y | 746.67 |
| 12 | 2.00 | 2.00 | 0.00 | | (013) 7181922 | ANV-SWAGE 21/2UP8RDX2LP STD J55 NIPPLE | EA | 67.8122 Y | 135.62 |

Total Lines: 12

**SUB-TOTAL:** 2,032.92
**SALES TAX:** 167.76
**AMOUNT DUE:** 2,200.68

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010                                                                                                    Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50542432 | |
| Invoice Date | Page |
| 7/9/2015 08:26:20 | 1 of 1 |
| ORDER NUMBER | |
| 10582330 | |

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020545 RIG 119 | Ordered By: Stefanie Forgey A/P BILLING | 8/8/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 7/7/2015 08:20:11 | 30562209 | Victoria Store | | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | | Carrier: | | | Tracking #: | | | |
| 1 | 3.00 | 3.00 | 0.00 | (001) 7189498 | SAM-SASH CORD 3/8X100 SILVERLAKE | HK | 19.3500 Y | 58.05 |
| 2 | 4.00 | 4.00 | 0.00 | (002) 770909 | ABC-BRUSH WIRE SHOE HANDLE | EA | 1.5740 Y | 6.30 |
| 3 | 1.00 | 1.00 | 0.00 | (003) 7125661 | LOC-LUBRICANT ANTI-SEIZE SILVER 1LB | EA | 22.8328 Y | 22.83 |
| 4 | 1.00 | 1.00 | 0.00 | (004) 7133175 | LUF-P2312D TAPE MEASURE 3/4X12 ENG | EA | 10.1143 Y | 10.11 |
| 5 | 1.00 | 1.00 | 0.00 | (005) 7206324 | UNI-SHOVEL RAZORBACK SP | EA | 30.9870 Y | 30.99 |
| 6 | 1.00 | 1.00 | 0.00 | (006) 7206325 | UNI-SHOVEL RAZORBACK RP | EA | 30.9286 Y | 30.93 |
| 7 | 4.00 | 4.00 | 0.00 | (007) 7107786 | DIX-HS16 CLAMP 13/16X1-1/2 SS HOSE | EA | 0.7286 Y | 2.91 |
| 8 | 1.00 | 1.00 | 0.00 | (008) 7107797 | DIX-HS6 CLAMP 7/16X25/32 SS HOSE | BX | 7.1429 Y | 7.14 |
| 9 | 6.00 | 6.00 | 0.00 | (009) 7182175 | DIX-DCP21 COUPLING PLUG END 1/4X1/4MNPT | EA | 1.1805 Y | 7.08 |
| 10 | 6.00 | 6.00 | 0.00 | (010) 7107672 | DIX-DC20 COUPLING AIR 1/4X1/4 INDUSTRIAL | EA | 4.8143 Y | 28.89 |
| 11 | 1.00 | 1.00 | 0.00 | (011) 7106311 | LUF-C2276D TAPE MEASURE DERRICK 1/4X100 | EA | 241.0298 Y | 241.03 |
| 12 | 1.00 | 1.00 | 0.00 | (012) 7219129 | ZEP-CHERRY BOMB GAL | EA | 31.4286 Y | 31.43 |
| 13 | 1.00 | 1.00 | 0.00 | (013) 7219132 | ZEP-PUMP FOR CHERRY BOMB | EA | 4.4286 Y | 4.43 |
| 14 | 5.00 | 5.00 | 0.00 | (015) 7178300 | CRO-G429 3/16-1/4 FIST CLIP 1010471 | EA | 8.8227 Y | 44.11 |
| 15 | 2.00 | 2.00 | 0.00 | (016) 7107113 | CRO-G414 3/8 E HVY THIMBLE 1037675 | EA | 2.1286 Y | 4.26 |
| 16 | 2.00 | 2.00 | 0.00 | (017) 234922 | WIL-TAPE TEFLON 3/4X520 .003" PTFE | RL | 0.7719 Y | 1.54 |
| 17 | 3.00 | 3.00 | 0.00 | (018) 7217442 | IMP BUSHING FS 3/8 X 1/4 | EA | 0.7691 Y | 2.31 |
| 18 | 4.00 | 4.00 | 0.00 | (019) OWI 1 X 3/4 CI 1 X 3/4 CROSS OVER XXH MALE X MALE | EA | 11.9200 Y | 47.68 |

Total Lines: 18

**SUB-TOTAL:** 582.02
**SALES TAX:** 47.99
**AMOUNT DUE:** 630.01

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**Howard Supply Company, LLC**

Branch:    Howard Supply - Victoria

3603 Port Lavaca Drive, Victoria TX 77901-8758

| Please Remit To: |
|---|
| Howard Supply Company, LLC |
| Dept 312 |
| PO BOX 4869 |
| Houston, TX 77210-4869 |
| A/R Dept: (307) 265-8539 |

Terms and Conditions:
www.howard-supply.com

# INVOICE

| INVOICE | |
|---|---|
| 50542435 | |
| Invoice Date | Page |
| 7/9/2015 08:29:50 | 1 of 1 |
| ORDER NUMBER | |
| 10582467 | |
| | |

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

Customer ID:   131792

Ship To ID: 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020556 | Ordered By: Stefanie Forgey A/P BILLING | 8/8/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 7/7/2015 10:26:49 | 30562212 | Victoria Store | | PBARRIENTOS |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7216834 | IMP ELL BM 90 DEG. 4 | EA | 29.5432 Y | 29.54 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7216815 | IMP SWAGE STD. 4 X 2 | EA | 26.7610 Y | 26.76 |
| 3 | 1.00 | 1.00 | 0.00 | (003) 7216638 | IMP VALVE CS BALL 2 | EA | 31.9219 Y | 31.92 |
| 4 | 1.00 | 1.00 | 0.00 | (004) 7217334 | IMP NIPPLE STD. 2 X 4 | EA | 1.8739 Y | 1.87 |
| 5 | 2.00 | 2.00 | 0.00 | (005) 7223080 | IMP SWAGE 6 IN X 4 IN NPT STD | EA | 91.8466 Y | 183.69 |
| 6 | 2.00 | 2.00 | 0.00 | (006) OWI-9010003 | UNION, 4 IN FIG 100 THRD HAMMER | EA | 61.8750 Y | 123.75 |
| 7 | 1.00 | 1.00 | 0.00 | (007) OWI-NIP-6-CL | NIPPLE, 6 IN CLOSE STANDARD | EA | 37.6500 Y | 37.65 |
| 8 | 1.00 | 1.00 | 0.00 | (008) 7163340 | ANV-BULL PLUG  2 XXH 1/2 TAPPED | EA | 24.8176 Y | 24.82 |
| 9 | 1.00 | 1.00 | 0.00 | (009) OWI-NIP-2-CL | NIPPLE, 2 IN CLOSE STANDARD | EA | 2.7333 Y | 2.73 |
| 10 | 1.00 | 1.00 | 0.00 | (010) 7210202 | ANV-NIPPLE 2X3 XXH BLK STL SMLS | EA | 21.4185 Y | 21.42 |
| 11 | 4.00 | 4.00 | 0.00 | (011) 9010033 | HAMMER UNION 2 FIG 1502 LPT | EA | 88.6855 Y | 354.74 |
| 12 | 1.00 | 1.00 | 0.00 | (012) 7204468 | REL-VALVE 1/2 NEEDLE INTER KF | EA | 35.0451 Y | 35.05 |
| 13 | 1.00 | 1.00 | 0.00 | (013) 7222355 | CHE-GAUGE 4 LF SS/SS 1/2 LM 5K | EA | 30.0386 Y | 30.04 |

Total Lines:   13

| | |
|---|---|
| SUB-TOTAL: | 903.98 |
| SALES TAX: | 74.58 |
| AMOUNT DUE: | 978.56 |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

\* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

| INVOICE | |
|---|---|
| 50542453 | |
| Invoice Date | Page |
| 7/9/2015 08:43:27 | 1 of 1 |
| ORDER NUMBER | |
| 10582775 | |
| | |

**Customer ID:**   131792

**Ship To ID:**   131792

| *PO Number* | Attn: Stefanie Forgey A/P BILLING | *Net Due Date* |
|---|---|---|
| 6020558 Rig 119 | Ordered By: Stefanie Forgey A/P BILLING | 8/8/2015 |

| *Order Date* | *Pick Ticket No* | *Primary Salesrep Name* | *Taker* |
|---|---|---|---|
| 7/8/2015 08:08:59 | 30562230 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 4.00 | 4.00 | 0.00 | (001) 485565 | CAM-HITCH PIN 5/8X6 TAGGED | EA | 4.6259 Y | 18.50 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7181922 | ANV-SWAGE 21/2UP8RDX2LP STD J55 NIPPLE | EA | 67.8122 Y | 67.81 |
| 3 | 10.00 | 10.00 | 0.00 | (003) 739060 | MAN-TAPE ELECTRICAL 3/4X60 | RL | 0.6000 Y | 6.00 |
| 4 | 12.00 | 12.00 | 0.00 | (004) 7187697 | MAR-PAINT STICK PINK 80227 | EA | 1.1312 Y | 13.57 |
| 5 | 4.00 | 4.00 | 0.00 | (005) 131052 | CHH-TAPE FLAG ORANGE 300 | RL | 1.1029 Y | 4.41 |
| 6 | 15.00 | 12.00 | 0.00 | (006) 179905 | DBL-PIN 5-1/16 SQUARE WIRE PIN 2PK | PK | 1.7571 Y | 21.09 |
| 7 | 2.00 | 2.00 | 0.00 | (007) 7107115 | CRO-G414 1/2 E HVY THIMBLE 1037719 | EA | 2.7755 Y | 5.55 |
| 8 | 1.00 | 1.00 | 0.00 | (008) 7218772 | IRW-60147 15PC DRILL BIT SET 3/8 SHANK | EA | 43.8434 Y | 43.84 |
| 9 | 10.00 | 10.00 | 0.00 | (009) 7123800 | NIC-62723 BLADE HACKSAW 12X18TPI NF1218 | EA | 1.1522 Y | 11.52 |
| 10 | 1.00 | 1.00 | 0.00 | (010) 7171656 | PRE-PIN KIT HITCH CLIP 150PC | EA | 34.6870 Y | 34.69 |
| 11 | 6.00 | 6.00 | 0.00 | (011) 7106815 | CRO-G429 7/16-1/2 FIST CLIP 1010532 | EA | 13.7000 Y | 82.20 |

*Total Lines:   11*

**SUB-TOTAL:**   309.18

**SALES TAX:**   25.54

**AMOUNT DUE:**   334.72

Unofficial Copy Office of Daniel District Clerk

    Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ¹ 12.4.219, 05/26/2010

Rev 4



# INVOICE

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50542637 | |
| Invoice Date | Page |
| 7/9/2015 13:54:33 | 1 of 2 |
| ORDER NUMBER | |
| 10583227 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020563 RIG 119 | Ordered By: Stefanie Forgey A/P BILLING | 8/8/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 7/9/2015 07:53:49 | 30562426 | Victoria Store | | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | | | Carrier: | | Tracking #: | | | |
| 1 | 8.00 | 8.00 | 0.00 | (001) 7217492 | IMP NIPPLE STD. 1/4 X 2 | EA | 0.4578 Y | 3.66 |
| 2 | 2.00 | 2.00 | 0.00 | (002) 7193979 | HOU-WIPER PIPE FW-9020 2-3/8in $ | EA | 12.8571 Y | 25.71 |
| 3 | 2.00 | 2.00 | 0.00 | (003) 7193980 | HOU-WIPER PIPE FW-9025 2-7/8in $ | EA | 12.8572 Y | 25.71 |
| 4 | 3.00 | 3.00 | 0.00 | (004) 7164878 | MAR-MARKER VALVE ACTION PAINT WHITE | EA | 3.4875 Y | 10.46 |
| 5 | 1.00 | 1.00 | 0.00 | (005) 7204929 | MAS-COTTER PIN KIT | EA | 26.2895 Y | 26.29 |
| 6 | 2.00 | 2.00 | 0.00 | (006) 7204936 | JET-34212 LUBRICANT 15LB CURAL METAL FREE | EA | 38.4285 Y | 76.86 |
| 7 | 1.00 | 1.00 | 0.00 | (007) 678417 | ANV-NIPPLE 2X3 STD BLK STEEL CW | EA | 3.0214 Y | 3.02 |
| 8 | 1.00 | 1.00 | 0.00 | (009) 7222404 | CHE-VALVE NEEDLE 1/2 10000PSI MXF STR SS | EA | 31.4286 Y | 31.43 |
| 9 | 1.00 | 1.00 | 0.00 | (010) 7220948 | WHI-T6642985 TEE PUMPING 2 7/8 8RD | EA | 67.1429 Y | 67.14 |
| 10 | 2.00 | 2.00 | 0.00 | (011) 7217268 | IMP NIPPLE STD. 2 X 6 | EA | 2.5192 Y | 5.04 |
| 11 | 1.00 | 1.00 | 0.00 | (012) 7216635 | IMP VALVE CS BALL 1 REGULAR PORT | EA | 12.2128 Y | 12.21 |
| 12 | 6.00 | 5.00 | 0.00 | (013) 7201322 | PEN-COUPLING 2-7/8 N80 | EA | 22.8000 Y | 114.00 |
| 13 | 2.00 | 2.00 | 0.00 | (014) 7201325 | PEN-COUPLING 2-3/8 N80 | EA | 17.1000 Y | 34.20 |
| 14 | 1.00 | 1.00 | 0.00 | (015) 7207583 | GAR-TIE CABLE 15 UV BLACK PK50 | PK | 8.3000 Y | 8.30 |
| 15 | 1.00 | 1.00 | 0.00 | (016) 101576 | TRU-HAMMER SLEDGE 6 WOOD | EA | 19.2084 Y | 19.21 |
| 16 | 1.00 | 1.00 | 0.00 | (017) 7217380 | IMP ELL BM 90 DEG. 1 | EA | 1.4297 Y | 1.43 |
| 17 | 1.00 | 1.00 | 0.00 | (018) 7217404 | IMP NIPPLE STD. 1 X 4 | EA | 0.9003 Y | 0.90 |
| 18 | 1.00 | 1.00 | 0.00 | (019) 7214350 | PLE-75-002 FUNNEL OFFSET 6QT | EA | 25.6571 Y | 25.66 |
| 19 | 1.00 | 1.00 | 0.00 | (020) 7153369 | ANV-NIPPLE 2-1/2X2 STD TBE SWAGE | EA | 43.1338 Y | 43.13 |
| 20 | 1.00 | 1.00 | 0.00 | (021) OWI- 2 X 3 NII | 2 X 3 NIPPLE STANDARD BLACK STEEL | EA | 3.3571 Y | 3.36 |
| 21 | 1.00 | 1.00 | 0.00 | (022) OWI-2 3/8 8RD SWAGE | 2 3/8 8RD X 2 7/8 8RD XH | EA | 67.8571 Y | 67.86 |
| 22 | 8.00 | 8.00 | 0.00 | (023) 7219227 | BIG-API 1/4 COUPLING | EA | 2.6771 Y | 21.42 |
| 23 | 4.00 | 4.00 | 0.00 | (024) 7124768 | CAM-HOOK GRAB 1/4 CLEVIS ALLOY | EA | 4.8286 Y | 19.31 |
| 24 | 4.00 | 4.00 | 0.00 | (025) 7125560 | CAM-HOOK GRAB 1/2 CLEVIS ALLOY | EA | 14.8714 Y | 59.49 |
| 25 | 2.00 | 2.00 | 0.00 | (026) 7219231 | BIG-API 2 COUPLING | EA | 11.4825 Y | 22.97 |
| 26 | 2.00 | 2.00 | 0.00 | (027) 7217001 | IMP NIPPLE STD. 4 X 6 | EA | 10.6721 Y | 21.34 |
| 27 | 1.00 | 1.00 | 0.00 | (028) 7217081 | IMP NIPPLE STD. 2 X 12 | EA | 5.7409 Y | 5.74 |
| 28 | 6.00 | 6.00 | 0.00 | (029) 7217299 | IMP CAP BM 2 | EA | 2.5571 Y | 15.34 |
| 29 | 1.00 | 1.00 | 0.00 | (030) 7215026 | IMP NIPPLE XXH 2 X 8 SEAMLESS | EA | 23.2857 Y | 23.29 |
| 30 | 1.00 | 1.00 | 0.00 | (031) 7216638 | IMP VALVE CS BALL 2 | EA | 31.8809 Y | 31.88 |
| 31 | 4.00 | 4.00 | 0.00 | (032) 7217201 | IMP ELL BM 90 DEG. 2 | EA | 5.0143 Y | 20.06 |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* 12.4.219, 05/26/2010

Rev 4



# INVOICE

| INVOICE | |
|---|---|
| 50542637 | |
| Invoice Date | Page |
| 7/9/2015 13:54:33 | 2 of 2 |
| ORDER NUMBER | |
| 10583227 | |
| | |

**Please Remit To:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

Howard Supply Company, LLC
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| | Ordered | Shipped | Remaining | Disp. | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 32 | 6.00 | 6.00 | 0.00 | | (033) 647752 | NES-WATER PURE NESTLE 24-PK 1/2 LITRE | PK | 5.0246 Y | 30.15 |
| 33 | 3.00 | 3.00 | 0.00 | | (034) 7205887 | SQW-SWINCHER QUIK STIK GRAPE 50PK | PK | 20.6118 Y | 61.84 |
| 34 | 3.00 | 3.00 | 0.00 | | (035) 7205884 | SQW-SWINCHER QUIK STIK PUNCH 50PK | PK | 19.9397 Y | 59.82 |
| 35 | 4.00 | 4.00 | 0.00 | | (036) 7217334 | IMP NIPPLE STD. 2 X 4 | EA | 1.8715 Y | 7.49 |

*Total Lines:   35*

| | |
|---|---|
| ***SUB-TOTAL:*** | 1,005.72 |
| ***SALES TAX:*** | 83.03 |
| ***AMOUNT DUE:*** | **1,088.75** |

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50542686 | |
| Invoice Date | Page |
| 7/9/2015 14:47:20 | 1 of 1 |
| ORDER NUMBER | |
| 10583464 | |
| | |

**Howard Supply Company, LLC**
**Branch:**  Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 119 / 602-0569 | Ordered By: Stefanie Forgey A/P BILLING | 8/8/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 7/9/2015 12:50:42 | 30562478 | Victoria Store | | PBARRIENTOS |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | |
| | **Carrier:** | | | | **Tracking #:** | | | |
| 1 | 1.00 | 1.00 | 0.00 | | (001) FAR-ELL-6-45· | ELL, 6 IN 45 DEG THREADED STD. | EA | 224.3733 Y | 224.37 |
| 2 | 200.00 | 200.00 | 0.00 | | (002) 7211856 | MOL-EAR PLUG FOAM SPARKPLUG NO CORD | PR | 0.1326 Y | 26.52 |
| 3 | 1.00 | 1.00 | 0.00 | | (003) 7195144 | OSI-SWAB MANDREL SKJ25 2.5 COMP | EA | 277.3973 Y | 277.40 |
| 4 | 1.00 | 1.00 | 0.00 | | (004) 7195141 | OSI-SWAB MANDREL SKJ-20 2 COMP | EA | 255.8219 Y | 255.82 |
| 5 | 1.00 | 1.00 | 0.00 | | (005) 7195142 | OSI-SWAB TOP SKJ-TOP 2&2.5 | EA | 88.3562 Y | 88.36 |
| 6 | 1.00 | 1.00 | 0.00 | | (006) 7180347 | OBA-34SHS COUPLING ROD BOX SLIM | EA | 28.0110 Y | 28.01 |
| 7 | 10.00 | 10.00 | 0.00 | | (007) 647752 | NES-WATER PURE NESTLE 24-PK 1/2 LITRE | PK | 4.8181 Y | 48.18 |
| 8 | 6.00 | 6.00 | 0.00 | | (008) 7177032 | OSI-OIL SAVER RUBBER TYPE H GA-9/16 | EA | 11.3836 Y | 68.30 |
| 9 | 4.00 | 4.00 | 0.00 | | (009) 7180673 | OSI-SWAB CUP 254-RTL-UAL 2-7/8 | EA | 20.5233 Y | 82.09 |
| 10 | 4.00 | 4.00 | 0.00 | | (010) 7180679 | OSI-SWAB CUP 254-SVAL SAND 2-7/8 | EA | 20.5225 Y | 82.09 |
| 11 | 4.00 | 4.00 | 0.00 | | (011) 7180678 | OSI-SWAB CUP 204-SVAL SAND 2-3/8 | EA | 18.0589 Y | 72.24 |
| 12 | 4.00 | 4.00 | 0.00 | | (012) 7180670 | OSI-SWAB CUP 204-RTL-AL 2-3/8 | EA | 14.6570 Y | 58.63 |
| 13 | 7.00 | 7.00 | 0.00 | | (013) 7140552 | ANC-MAT COCOA 22X36 AB-GDN-5 | EA | 14.4619 Y | 101.23 |

Total Lines:  13

**SUB-TOTAL:**   1,413.24

**SALES TAX:**   116.59

**AMOUNT DUE:**    1,529.83

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**
**Dept 312**
**PO BOX 4869**
**Houston, TX 77210-4869**
**A/R Dept: (307) 265-8539**

Please Remit To:

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50542694 | |
| Invoice Date | Page |
| 7/9/2015 14:59:30 | 1 of 1 |
| ORDER NUMBER | |
| 10582119 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0542 | Ordered By: Stefanie Forgey A/P BILLING | 8/8/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 7/6/2015 14:22:06 | 30562485 | Victoria Store | | PBARRIENTOS |

| | Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | Carrier: | | | | Tracking #: | | | |
| 1 | 12.00 | 12.00 | 0.00 | (001) | 7205060 | B E R - C L E A N E R    B R A K E    1 4 O Z NON-CLORINE | EA | 4.8088 Y | 57.71 |
| 2 | 50.00 | 50.00 | 0.00 | (002) | 7160507 | ARC-31665 DISC QLOCK-R AO/Y PREM 3 60 | EA | 0.7568 Y | 37.84 |
| 3 | 10.00 | 10.00 | 0.00 | (003) | 7160487 | ARC-11169 WHEEL FLAP PREM 1X1X1/4 60 | EA | 2.8179 Y | 28.18 |
| 4 | 10.00 | 10.00 | 0.00 | (004) | 7160489 | ARC-11287 WHEEL FLAP PREM 2X1X1/4 80 | EA | 4.2912 Y | 42.91 |
| 5 | 25.00 | 25.00 | 0.00 | (005) | 7160525 | ARC-59362 DISC ZK QLOK-R 3 MED | EA | 1.7136 Y | 42.84 |
| 6 | 1.00 | 1.00 | 0.00 | (006) | 7119219 | REC-RAGS    CMP    No.25    POLY    COLOR TERRY/TURK | BG | 28.2792 Y | 28.28 |
| 7 | 2.00 | 2.00 | 0.00 | (007) | 7154192 | GAR-TAPE TEFLON 1/2X520 THREAD | RL | 1.4235 Y | 2.85 |
| 8 | 2.00 | 2.00 | 0.00 | (008) | 222851 | WIL-TAPE TEFLON 1X520 .003" PTFE | RL | 1.0936 Y | 2.19 |
| 9 | 1.00 | 1.00 | 0.00 | (009) | 7125661 | LOC-LUBRICANT ANTI-SEIZE SILVER 1LB | EA | 22.8622 Y | 22.86 |
| 10 | 1.00 | 1.00 | 0.00 | (010) | 200139 | BLA-PB BLASTER AEROSOL 12OZ | EA | 4.4629 Y | 4.46 |
| 11 | 1.00 | 1.00 | 0.00 | (011) | 7121820 | WMH-63201    VISE    6-1/2    TRADESMAN 1765W/SWV | EA | 536.0999 Y | 536.10 |
| 12 | 1.00 | 1.00 | 0.00 | (012) | 7204797 | OIL-GREASE    MYSTIC    JT6    10    PK/14oz STICKS | PK | 33.1910 Y | 33.19 |

Total Lines:  12

**SUB-TOTAL:**   839.41

**SALES TAX:**   69.24

**AMOUNT DUE:**   908.65

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# HSC

**Please Remit To:**
**Howard Supply Company, LLC**
**Dept 312**
**PO BOX 4869**
**Houston, TX 77210-4869**
**A/R Dept: (307) 265-8539**

Terms and Conditions:
www.howard-supply.com

# INVOICE

| INVOICE | |
|---|---|
| 50542696 | |
| Invoice Date | Page |
| 7/9/2015 15:00:28 | 1 of 1 |
| ORDER NUMBER | |
| 10582803 | |
| | |

**Howard Supply Company, LLC**

**Branch:**   Howard Supply - Victoria

3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020557 | Ordered By: Stefanie Forgey A/P BILLING | 8/8/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 7/8/2015 08:45:49 | 30562489 | Victoria Store | | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 3.00 | 3.00 | 0.00 | | (001) 7201325 | PEN-COUPLING 2-3/8 N80 | EA | 17.1000 Y | 51.30 |
| 2 | 3.00 | 3.00 | 0.00 | | (002) 7201322 | PEN-COUPLING 2-7/8 N80 | EA | 22.8000 Y | 68.40 |
| 3 | 200.00 | 200.00 | 0.00 | | (003) HCT-FG8E040 | WRAP, 4 IN X 100 FEET X 3/8 T MUFFLER | FT | 2.3051 Y | 461.02 |
| 4 | 2.00 | 2.00 | 0.00 | | (004) 7204659 | BOB-VALVE BALL 2 CXH RP 5000 | EA | 260.4286 Y | 520.86 |
| 5 | 2.00 | 2.00 | 0.00 | | (005) DEL-1/2 CABL | 1/2  CABLE  6FT LONG  W/ THIMBLES  ON ENDS | EA | 29.0714 Y | 58.14 |
| 6 | 1.00 | 1.00 | 0.00 | | (006) DEL- 9/16 2 LE 9/16 | TWO   LEG   SPREADER   6FT   LEGS W/THIMBLE | EA | 118.5714 Y | 118.57 |
| 7 | 2.00 | 2.00 | 0.00 | | (007) DEL- 3/4 X 8 L | 3/4 X 8 LIFTING EYE | EA | 25.1714 Y | 50.34 |
| 8 | 1.00 | 1.00 | 0.00 | | (008) 7106870 | CROS-A1337   3/8   W   10MM   LOK-A-LOY 1015122 | EA | 32.5286 Y | 32.53 |
| 9 | 1.00 | 1.00 | 0.00 | | (011) DEL-CC-57791 LOKALOY 3/8 | | EA | 20.9067 Y | 20.91 |

*Total Lines:  9*

**SUB-TOTAL:**   1,382.07

**SALES TAX:**   114.02

**AMOUNT DUE:**   1,496.09

*Unofficial Copy of Harris Daniel District Clerk*

    Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts
are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item
whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to
www.howard-supply.com for complete Terms and Conditions.

** ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

| INVOICE | |
|---|---|
| 50542844 | |
| Invoice Date | Page |
| 7/10/2015 10:58:16 | 1 of 1 |
| ORDER NUMBER | |
| 10583720 | |
| | |

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 119 \ 602-0573 | Ordered By: Stefanie Forgey A/P BILLING | 8/9/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/10/2015 09:32:48 | 30562638 | Victoria Store | PBARRIENTOS |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 20.00 | 20.00 | 0.00 | (001) 7180670 | OSI-SWAB CUP 204-RTL-AL 2-3/8 | EA | 14.2661 Y | 285.32 |
| 2 | 20.00 | 20.00 | 0.00 | (002) 7180673 | OSI-SWAB CUP 254-RTL-UAL 2-7/8 | EA | 19.9760 Y | 399.52 |
| 3 | 10.00 | 10.00 | 0.00 | (003) 7182156 | HOR-FLAGGING SANDLINE F5010 YELLOW | BG | 3.2000 Y | 32.00 |
| 4 | 1.00 | 1.00 | 0.00 | (004) 7204797 | OIL-GREASE   MYSTIC   JT6   10   PK/14oz STICKS | PK | 33.1892 Y | 33.19 |
| 5 | 1.00 | 1.00 | 0.00 | (005) 7150590 | MAG-BRUSH DOPE DRILL PIPE 2 | EA | 4.7338 Y | 4.73 |
| 6 | 2.00 | 2.00 | 0.00 | (006) 579373 | WD4-LUBRICANT WD40 12OZ MP | EA | 6.5370 Y | 13.07 |
| 7 | 6.00 | 6.00 | 0.00 | (007) 7177032 | OSI-OIL SAVER RUBBER TYPE H GA-9/16 | EA | 11.8867 Y | 71.32 |
| 8 | 1.00 | 1.00 | 0.00 | (008) F1012 | HSC-HOBBLE 2 5/8X3.5 SHACKLES 2 | EA | 100.2957 Y | 100.30 |
| 9 | 1.00 | 1.00 | 0.00 | (009) 7204957 | SOU-ALUMINUM DRIFT 1.901 SPECIAL | EA | 185.5067 Y | 185.51 |
| 10 | 1.00 | 1.00 | 0.00 | (010) 7204958 | SOU-ALUMINUM DRIFT 2.347 SPECIAL | EA | 205.8000 Y | 205.80 |
| 11 | 5.50 | 5.50 | 0.00 | (011) 7162950 | BAB-BABBITT 4 GP HIGH NOTCHED STYLE | LB | 5.1724 Y | 28.45 |
| 12 | 2.00 | 2.00 | 0.00 | (012) 7106927 | CRO-G2130   3.25T   ABT   SHACKLE   5/8 1019490 | EA | 27.8140 Y | 55.63 |
| 13 | 1.00 | 1.00 | 0.00 | (013) 7179178 | CRO-G2130   1.50T   ABT   SHACKLE   7/16 1019471 | EA | 12.7397 Y | 12.74 |
| 14 | 2.00 | 2.00 | 0.00 | (014) 7179135 | CRO-G2130   1.00T   ABT   SHACKLE   3/8 1019470 | EA | 10.0548 Y | 20.11 |
| 15 | 2.00 | 2.00 | 0.00 | (015) 7223100 | DEL-TAGLINE 5/8 X 30FT NYLON | EA | 34.2466 Y | 68.49 |
| 16 | 1.00 | 1.00 | 0.00 | (016) 7209898 | CAM-LOAD   BINDER   5/16-3/8   GR70   RTCHT YELW | EA | 40.4384 Y | 40.44 |
| 17 | 1.00 | 1.00 | 0.00 | (017) 7188124 | JAK-WRENCH 2in ADJ CHOKE | EA | 44.0566 Y | 44.06 |
| 18 | 1.00 | 1.00 | 0.00 | (018) 7194052 | IRW-EXTRACTOR SET 6PC SPIRAL SCRW | EA | 14.5479 Y | 14.55 |

Total Lines:   18

**SUB-TOTAL:**   1,615.23

**SALES TAX:**   133.27

**AMOUNT DUE:**   1,748.50

    Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ¹ 12.4.219, 05/26/2010

Rev 4



**Please Remit To:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

# INVOICE

| INVOICE | |
|---|---|
| 50543379 | |
| Invoice Date | Page |
| 7/13/2015 15:30:27 | 1 of 1 |
| ORDER NUMBER | |
| 10577482 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | | Net Due Date |
|---|---|---|---|
| 6020455 | Ordered By: Stefanie Forgey A/P BILLING | | 8/12/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 6/19/2015 08:57:18 | 30563205 | Victoria Store | PBARRIENTOS |

| | Quantities | | | Item ID | Item Description | | | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | | | |
| | | Carrier: | | | Tracking #: | | | | | |
| 1 | 2.00 | 2.00 | 0.00 | (028) 7183792 | OTE-WRENCH BOX RH BW5175 1-3/4 | | | EA | 72.6250 Y | 145.25 |
| 2 | 1.00 | 1.00 | 0.00 | (035) 7204936 | JET-34212   LUBRICANT   15LB   CURAL METAL FRE | | | EA | 35.8650 Y | 35.87 |
| 3 | 12.00 | 12.00 | 0.00 | (036) 7133914 | CRO-G2130   6.50T   ABT   SHACKLE   7/8 1019533 | | | EA | 54.6400 Y | 655.68 |
| 4 | 1.00 | 1.00 | 0.00 | (037) ORS-526-C-LO LOCK, 526 CHANNEL | | | | EA | 9.4400 Y | 9.44 |

Total Lines:  4

**SUB-TOTAL:**   846.24

**SALES TAX:**   69.83

**AMOUNT DUE:**   916.07

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.



# INVOICE

**Howard Supply Company, LLC**
**Dept 312**
**PO BOX 4869**
**Houston, TX 77210-4869**
**A/R Dept: (307) 265-8539**

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50543587 | |
| Invoice Date | Page |
| 7/14/2015 11:21:46 | 1 of 1 |
| ORDER NUMBER | |
| 10583248 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020564 | Ordered By: Stefanie Forgey A/P BILLING | 8/13/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 7/9/2015 08:18:06 | 30563439 | Victoria Store | | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 7189498 | SAM-SASH CORD 3/8X100 SILVERLAKE | HK | 19.3500 Y | 38.70 |
| 2 | 2.00 | 2.00 | 0.00 | (002) 579373 | WD4-LUBRICANT WD40 12OZ MP | EA | 6.5286 Y | 13.06 |
| 3 | 1.00 | 1.00 | 0.00 | (003) 7204797 | OIL-GREASE   MYSTIC   JT6   10   PK/14oz STICKS | PK | 33.1465 Y | 33.15 |
| 4 | 10.00 | 10.00 | 0.00 | (004) 7193516 | GIL-BOLT LONG JAW F/ FOSTER | EA | 2.6500 Y | 26.50 |
| 5 | 10.00 | 10.00 | 0.00 | (005) 7194016 | GIL-SCREW DIE 3/8 X 1-1/8 FOSTER | EA | 2.1900 Y | 21.90 |
| 6 | 2.00 | 2.00 | 0.00 | (006) 7182156 | HOR-FLAGGING SANDLINE F5010 YELLOW | BG | 3.4286 Y | 6.86 |
| 7 | 2.00 | 2.00 | 0.00 | (007) 7154192 | GAR-TAPE TEFLON 1/2X520 THREAD | RL | 1.4217 Y | 2.84 |
| 8 | 2.00 | 2.00 | 0.00 | (008) 7204964 | SAF-GLOVE   COTTON   ORNGE   DOT   10oz ORG CUFF | DZ | 10.9427 Y | 21.89 |
| 9 | 2.00 | 2.00 | 0.00 | (009) 7202269 | 3M-TAPE 2X100 10MIL ELECTRICAL | RL | 14.0286 Y | 28.06 |
| 10 | 2.00 | 2.00 | 0.00 | (010) 739060 | MAN-TAPE ELECTRICAL 3/4X60 | RL | 0.6000 Y | 1.20 |
| 11 | 5.00 | 5.00 | 0.00 | (011) 7123800 | NIC-62723   BLADE   HACKSAW   12X18TPI NF1218 | EA | 1.1522 Y | 5.76 |
| 12 | 1.00 | 1.00 | 0.00 | (012) 7154131 | BAI-TAP & DIE 3/4 X 7/8 ROD | EA | 198.1000 Y | 198.10 |
| 13 | 1.00 | 1.00 | 0.00 | (013) 7162671 | GOL-OILER HD W/SPOUT 16OZ 120-C3 | EA | 26.2429 Y | 26.24 |

*Total Lines:  13*

| | |
|---|---|
| **SUB-TOTAL:** | 424.26 |
| **SALES TAX:** | 35.02 |
| **AMOUNT DUE:** | 459.28 |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

Rev 4



Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

# INVOICE

| INVOICE | |
|---|---|
| 50543709 | |
| Invoice Date | Page |
| 7/14/2015 15:23:46 | 1 of 1 |
| ORDER NUMBER | |
| 10584789 | |
| | |

**Howard Supply Company, LLC**

**Branch:**   Howard Supply - Victoria

3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020593 | Ordered By: Stefanie Forgey A/P BILLING | 8/13/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 7/14/2015 11:24:41 | 30563571 | Victoria Store | | JDAVILA |

| Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7204928 | RUB-ICE CHEST 150QT WHITE MARINE SERIES | EA | 125.8000 Y | 125.80 |

Total Lines:  1

**SUB-TOTAL:**   125.80

**SALES TAX:**   10.38

**AMOUNT DUE:**   **136.18**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50544331 | |
| Invoice Date | Page |
| 7/16/2015 09:00:31 | 1 of 1 |
| ORDER NUMBER | |
| 10583738 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

Customer ID:   131792

Ship To ID:   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0576 RIG 119 | Ordered By: Stefanie Forgey A/P BILLING | 8/15/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 7/10/2015 09:40:32 | 30564215 | Victoria Store | | PBARRIENTOS |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) OWI-BP-2-1/2E | PLUG, 2-7/8 EUE X 1/2 TAP XXH BULL | EA | 69.6266 Y | 69.63 |
| 2 | 1.00 | 1.00 | 0.00 | (003) 7210202 | ANV-NIPPLE 2X3 XXH BLK STL SMLS | EA | 21.3910 Y | 21.39 |
| 3 | 2.00 | 2.00 | 0.00 | (004) 7140941 | ANV-NIPPLE 2X6 XXH BLK STL SMLS | EA | 32.9353 Y | 65.87 |
| 4 | 2.00 | 2.00 | 0.00 | (005) 7163372 | ANV-NIPPLE 2X8 XXH BLK STL SMLS | EA | 59.7146 Y | 119.43 |
| 5 | 2.00 | 2.00 | 0.00 | (006) OWI-2-90-THR | ELL, 2 IN 90 THRD 6000K | EA | 55.5286 Y | 111.06 |
| 6 | 1.00 | 1.00 | 0.00 | (007) OWI- SWAGE | :swage 3EUE X 2-7/8EUE 6K STANDARD | EA | 179.7286 Y | 179.73 |
| 7 | 1.00 | 1.00 | 0.00 | (008) E&E-SINKER- | BAR, 1-1/4 X 25 FT X 3/4 PIN SINKER | EA | 373.3333 Y | 373.33 |
| 8 | 1.00 | 1.00 | 0.00 | (009) 7206666 | DBI-HARNESS MED 18 EXT BELT | EA | 477.5000 Y | 477.50 |
| | | | | *Ordered As:* 1101765 | | | | |
| 9 | 1.00 | 1.00 | 0.00 | (010) 7193789 | AUS-AIR GAUGE MILTON 10-160PSI | EA | 19.2307 Y | 19.23 |
| 10 | 1.00 | 1.00 | 0.00 | (011) 7195005 | KEE-TIE DOWN 2X27 RATCHET 10000LB J-HOOK | EA | 19.3287 Y | 19.33 |
| 11 | 1.00 | 1.00 | 0.00 | (012) DEL-BULLET | BULLET SWIVEL 1/2 EYE TO EYE CROSBY | EA | 685.8000 Y | 685.80 |
| 12 | 1.00 | 1.00 | 0.00 | (013) 7193766 | B&S-CALIPER 12 INSIDE MEASURE | EA | 34.5116 Y | 34.51 |
| 13 | 1.00 | 1.00 | 0.00 | (014) 7195849 | B&S-CALIPER ORS 12 OUTSIDE MEASURE | EA | 34.5378 Y | 34.54 |
| 14 | 6.00 | 6.00 | 0.00 | (015) 7204964 | SAF-GLOVE COTTON ORNGE DOT 10oz ORG CUFF | DZ | 10.9427 Y | 65.66 |

Total Lines:  14

**SUB-TOTAL:**   2,277.01

**SALES TAX:**   187.87

**AMOUNT DUE:**   2,464.88

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ¹ 12.4.219, 05/26/2010

Rev 4



# HSC

**Please Remit To:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

# INVOICE

| INVOICE | |
|---|---|
| 50544332 | |
| Invoice Date | Page |
| 7/16/2015 09:01:21 | 1 of 1 |
| ORDER NUMBER | |
| 10585351 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| *PO Number* | | Attn: Stefanie Forgey A/P BILLING | *Net Due Date* |
|---|---|---|---|
| 602-0601 | | Ordered By: Stefanie Forgey A/P BILLING | 8/15/2015 |

| *Order Date* | *Pick Ticket No* | *Primary Salesrep Name* | | *Taker* |
|---|---|---|---|---|
| 7/15/2015 12:59:56 | 30564216 | Victoria Store | | PBARRIENTOS |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | *Carrier:* | | | | *Tracking #:* | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 7204936 | JET-34212   LUBRICANT   15LB   CURAL METAL FRE | EA | 36.8493 Y | 73.70 |
| 2 | 2.00 | 2.00 | 0.00 | (002) 7119209 | REC-RAGS   CMP   No.25   POLY   PACK   COLOR KNIT | BX | 15.7535 Y | 31.51 |
| 3 | 25.00 | 25.00 | 0.00 | (003) 7204964 | SAF-GLOVE   COTTON   ORNGE   DOT   10oz ORG CUFF | DZ | 10.4930 Y | 262.33 |
| 4 | 3.00 | 3.00 | 0.00 | (004) 7222020 | ARN-3712 OIL DELO 15-40W 1 GAL | GL | 16.0000 Y | 48.00 |
| 5 | 1.00 | 1.00 | 0.00 | (005) 7189498 | SAM-SASH CORD 3/8X100 SILVERLAKE | HK | 18.5548 Y | 18.55 |

*Total Lines:   5*

**SUB-TOTAL:**   434.09

**SALES TAX:**   35.82

**AMOUNT DUE:**   469.91

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

| INVOICE | |
|---|---|
| 50544333 | |
| Invoice Date | Page |
| 7/16/2015 09:02:34 | 1 of 1 |
| ORDER NUMBER | |
| 10579812 | |
| | |

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 114 \ 602-0600 | Ordered By: Stefanie Forgey A/P BILLING | 8/15/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 6/26/2015 13:41:09 | 30564217 | Victoria Store | PBARRIENTOS |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 7212537 | FLUID DIESEL EXHAUST 2.5 GAL | EA | 12.4313 Y | 24.86 |

Total Lines:  1

**SUB-TOTAL:**   24.86

**SALES TAX:**   2.04

**AMOUNT DUE:**   **26.90**

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**Howard Supply Company, LLC**
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

# INVOICE

| INVOICE | |
|---|---|
| 50544334 | |
| Invoice Date | Page |
| 7/16/2015 09:03:47 | 1 of 1 |
| ORDER NUMBER | |
| 10585077 | |
| | |

**Howard Supply Company, LLC**

**Branch:**   Howard Supply - Victoria

3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020597 RIG 119 | Ordered By: Stefanie Forgey A/P BILLING | 8/15/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/15/2015 07:22:16 | 30564218 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | **Carrier:** | | | | **Tracking #:** | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 169391 | CAM-HITCH PIN 5/8X4 TAGGED | EA | 4.0571  Y | 8.11 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 165605 | CAM-HITCH PIN 3/4X6-1/4 TAGGED | EA | 5.4830  Y | 5.48 |
| 3 | 12.00 | 12.00 | 0.00 | (003) 7107905 | DIX-WA2 WHIPCHECK 1/4 STL DBL LOOP KING | EA | 14.1429  Y | 169.71 |
| 4 | 1.00 | 1.00 | 0.00 | (004) 7205318 | PIC-HAND CLEANER DYNAMITE | EA | 29.2143  Y | 29.21 |
| 5 | 2.00 | 2.00 | 0.00 | (005) 7189496 | SAM-SASH CORD 1/4X100 SILVERLAKE | HK | 8.4687  Y | 16.94 |
| 6 | 1.00 | 1.00 | 0.00 | (006) 101576 | TRU-HAMMER SLEDGE 6 WOOD | EA | 19.2084  Y | 19.21 |
| 7 | 10.00 | 10.00 | 0.00 | (007) 647752 | NES-WATER PURE NESTLE 24-PK 1/2 LITRE | PK | 5.0246  Y | 50.25 |
| 8 | 1.00 | 1.00 | 0.00 | (008) 7206050 | PIC-HAND PUMP GALLON FOR HAND CLEANER | EA | 4.9286  Y | 4.93 |
| 9 | 1.00 | 1.00 | 0.00 | (009) 797763 | HAN-TARP MT 10X12 BLUE | EA | 8.3857  Y | 8.39 |
| 10 | 1.00 | 1.00 | 0.00 | (010) 892679 | WD4-LUBRICANT WD40 18OZ BIG BLAST | EA | 7.4286  Y | 7.43 |
| 11 | 1.00 | 1.00 | 0.00 | (011) 7216647 | IMP VALVE BRASS BALL 1/4 | EA | 2.7697  Y | 2.77 |
| 12 | 5.00 | 5.00 | 0.00 | (012) 7186405 | GIL-JAW 2-3/8-2-7/8 F/500 TONG | EA | 115.1714  Y | 575.86 |
| 13 | 5.00 | 5.00 | 0.00 | (013) 7193688 | IOT-50-57 SPRING 59-03 JAW | EA | 0.4000  Y | 2.00 |
| 14 | 4.00 | 4.00 | 0.00 | (014) 7132175 | DIX-BPN32 FITTING 3/8X1/4NPTF MALE | EA | 1.3714  Y | 5.49 |

Total Lines:   14

| | |
|---|---|
| **SUB-TOTAL:** | 905.78 |
| **SALES TAX:** | 74.72 |
| **AMOUNT DUE:** | **980.50** |

    Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* * ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

Please Remit to:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

| INVOICE | |
|---|---|
| 50545090 | |
| Invoice Date | Page |
| 7/20/2015 08:15:18 | 1 of 1 |
| ORDER NUMBER | |
| 10585854 | |
| | |

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0605 | Ordered By: Stefanie Forgey A/P BILLING | 8/19/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/16/2015 13:17:06 | 30565012 | Victoria Store | PBARRIENTOS |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | | Carrier: | | | | Tracking #: | | | |
| 1 | 4.00 | 1.00 | 0.00 | | (001) 7153375 | ANV-NIPPLE 3X2-1/2 STD TBE SWAGE | EA | 39.2230 Y | 39.22 |
| 2 | 1.00 | 1.00 | 0.00 | | (002) 9010002 | HAMMER UNION 3 FIG 100 LPT | EA | 35.7603 Y | 35.76 |
| 3 | 4.00 | 4.00 | 0.00 | | (004) OWI-CAP-4-S1 CAP, 4 IN STD WELD | EA | 23.6250 Y | 94.50 |

Total Lines:  3

| | |
|---|---|
| **SUB-TOTAL:** | 169.48 |
| **SALES TAX:** | 14.00 |
| **AMOUNT DUE:** | **183.48** |

    Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210–4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50545091 | |
| Invoice Date | Page |
| 7/20/2015 08:17:38 | 1 of 1 |
| ORDER NUMBER | |
| 10586390 | |
| | |

**Howard Supply Company, LLC**

**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020608 | Ordered By: Stefanie Forgey A/P BILLING | 8/19/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/17/2015 14:44:09 | 30565013 | Victoria Store | MRIVERA |

| Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | Tracking #: | | | | |
| 1 | 5.00 | 5.00 | 0.00 | (001) POSTERTXAN POSTER, TEXAS AND FEDERAL EMPLOYEE NOTIC | EA | 26.2667 Y | 131.33 |

Total Lines:   1

**SUB-TOTAL:**   131.33
**SALES TAX:**   10.84
**AMOUNT DUE:**   **142.17**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

Rev 4



# INVOICE

**Howard Supply Company, LLC**
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50545234 | |
| Invoice Date | Page |
| 7/20/2015 11:04:33 | 1 of 1 |
| ORDER NUMBER | |
| 10585932 | |

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0607 | Ordered By: Stefanie Forgey A/P BILLING | 8/19/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 7/16/2015 13:26:30 | 30565167 | Victoria Store | | PBARRIENTOS |

| | Quantities | | | | | | Pricing | Unit | Extended |
|---|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | Item ID | Item Description | UOM | Price | Price |
| | | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (002) | 7214739 | AME-OSWJSS5006-2.0 SWIVEL 2 NPT STL50 6K | EA | 386.7697 Y | 386.77 |
| 2 | 1.00 | 1.00 | 0.00 | (003) | 7140941 | ANV-NIPPLE 2X6 XXH BLK STL SMLS | EA | 37.3822 Y | 37.38 |
| 3 | 1.00 | 1.00 | 0.00 | (004) | 7163372 | ANV-NIPPLE 2X8 XXH BLK STL SMLS | EA | 59.7146 Y | 59.71 |
| 4 | 1.00 | 1.00 | 0.00 | (005) | OWI-7181922 | SWAGE, 2-1/2-8RD X 2LP XXH | EA | 256.9500 Y | 256.95 |
| 5 | 2.00 | 2.00 | 0.00 | (006) | 7204984 | OIL-LUBE GEAR SPIRAX 80W90 R9-22425 | EA | 88.1645 Y | 176.33 |
| 6 | 3.00 | 3.00 | 0.00 | (007) | 7222020 | ARN-3712 OIL DELO 15-40W 1 GAL | GL | 16.0000 Y | 48.00 |
| 7 | 2.00 | 2.00 | 0.00 | (008) | 7222021 | ARN-1734 OIL HYDRAULIC AW68 PURUS | 5G | 45.4932 Y | 90.99 |
| 8 | 2.00 | 2.00 | 0.00 | (009) | 7193979 | HOU-WIPER PIPE FW-9020 2-3/8in $ | EA | 12.3288 Y | 24.66 |
| 9 | 50.00 | 50.00 | 0.00 | (010) | 7106762 | CWC-ROPE MANILA 3/4X600 PACIFIC | FT | 0.3199 Y | 16.00 |
| 10 | 1.00 | 1.00 | 0.00 | (011) | TSC-2137316 | TANK, 65 GAL POLY STORAGE | EA | 173.3200 Y | 173.32 |
| 11 | 1.00 | 1.00 | 0.00 | (012) | 7204947 | MUR-UMBRELLA LAPCO 7 VINYL | EA | 165.2740 Y | 165.27 |
| 12 | 1.00 | 1.00 | 0.00 | (013) | 7181824 | ANV-SWAGE 3 8VX21/2UP8RD STD J55 NIPPLE | EA | 173.0860 Y | 173.09 |
| 13 | 1.00 | 1.00 | 0.00 | (014) | 7165681 | OFI-FUNNEL VISCOSITY PLASTIC | EA | 21.5616 Y | 21.56 |
| 14 | 1.00 | 1.00 | 0.00 | (015) | 7165682 | OFI-MEASURING CUP PLASTIC 1000ML | EA | 8.4101 Y | 8.41 |
| 15 | 1.00 | 1.00 | 0.00 | (016) | 7165683 | OFI-SCALE METAL MUD BAL 2 W/CASE | EA | 206.7671 Y | 206.77 |
| 16 | 12.00 | 12.00 | 0.00 | (017) | 7140290 | MAR-PAINT STICK WHITE 80220 | EA | 0.9435 Y | 11.32 |
| 17 | 2.00 | 2.00 | 0.00 | (018) | 7205884 | SQW-SQWINCHER QUIK STIK PUNCH 50PK | PK | 19.1203 Y | 38.24 |
| 18 | 2.00 | 2.00 | 0.00 | (019) | 7205887 | SQW-SQWINCHER QUIK STIK GRAPE 50PK | PK | 19.7647 Y | 39.53 |

*Total Lines: 18*

| | |
|---|---|
| **SUB-TOTAL:** | 1,934.30 |
| **SALES TAX:** | 159.57 |
| **AMOUNT DUE:** | 2,093.87 |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Please Remit to:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50545575 | |
| Invoice Date | Page |
| 7/21/2015 09:08:36 | 1 of 1 |
| ORDER NUMBER | |
| 10582026 | |
| | |

**Howard Supply Company, LLC**

**Branch:**   Howard Supply - Victoria

3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020544 RIG 202 | Ordered By: Stefanie Forgey A/P BILLING | 8/20/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/6/2015 12:19:13 | 30565528 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 2.00 | 1.00 | 0.00 | (004) 7140922 | E&E-ROPE SOCKET 2X9/16 W/SWIVEL | EA | 99.0000 Y | 99.00 |

*Total Lines: 1*

**SUB-TOTAL:**   99.00

**SALES TAX:**   8.18

**AMOUNT DUE:**   107.18

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50545946 | |
| Invoice Date | Page |
| 7/22/2015 08:06:54 | 1 of 1 |
| ORDER NUMBER | |
| 10587336 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| SHOP \ 602-0617 | Ordered By: Stefanie Forgey A/P BILLING | 8/21/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/21/2015 13:47:35 | 30565921 | Victoria Store | PBARRIENTOS |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7210564 | DIX-STC5 NIPPLE 3/4 PLTD STEEL KING COMB | EA | 2.5747 Y | 2.57 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7182175 | DIX-DCP21 COUPLING PLUG END 1/4X1/4MNPT | EA | 1.1979 Y | 1.20 |
| 3 | 6.00 | 6.00 | 0.00 | (003) MOT-355415 | HOSE, 3/4 FLEX RED PSI 300 | EA | 1.8857 Y | 11.31 |
| 4 | 6.00 | 6.00 | 0.00 | (005) MOT-1-HYD-F | HOSE, 1 HYDRAULIC HOSE | EA | 8.0000 Y | 48.00 |
| 5 | 1.00 | 1.00 | 0.00 | (006) MOT-16G-16FJ | FITTING, 16G X 16FJX HYDRAULIC | EA | 23.9875 Y | 23.99 |
| 6 | 1.00 | 1.00 | 0.00 | (007) MOT-2404-16- | ADAPTER, 16-12 STRAIGHT MJ-MP | EA | 5.5500 Y | 5.55 |

Total Lines:   6

**SUB-TOTAL:**   92.62

**SALES TAX:**   7.66

**AMOUNT DUE:**   100.28

    Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ¹ 12.4.219, 05/26/2010

Rev 4



# INVOICE

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50546508 | |
| Invoice Date | Page |
| 7/23/2015 14:36:48 | 1 of 1 |
| ORDER NUMBER | |
| 10587561 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0620 | Ordered By: Stefanie Forgey A/P BILLING | 8/22/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/22/2015 07:29:11 | 30566508 | Victoria Store | PBARRIENTOS |

| Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Carrier: | | | | Tracking #: | | | |
| 78.00 | 78.00 | 0.00 | | (001) 647752 | NES-WATER PURE NESTLE 24-PK 1/2 LITRE | PK | 4.6896 Y | 365.79 |

Total Lines:  1

**SUB-TOTAL:** 365.79
**SALES TAX:** 30.18
**AMOUNT DUE:** 395.97

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50546510 | |
| Invoice Date | Page |
| 7/23/2015 14:38:05 | 1 of 1 |
| ORDER NUMBER | |
| 10587742 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020622 | Ordered By: Stefanie Forgey A/P BILLING | 8/22/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/22/2015 10:38:29 | 30566509 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 4.00 | 4.00 | 0.00 | (001) 7107797 | DIX-HS6 CLAMP 7/16X25/32 SS HOSE | EA | 0.8333 Y | 3.33 |
| 2 | 4.00 | 4.00 | 0.00 | (002) 7107801 | DIX-HS8 CLAMP 1/2X29/32 SS HOSE | EA | 0.8333 Y | 3.33 |
| 3 | 4.00 | 4.00 | 0.00 | (003) 7204964 | SAF-GLOVE COTTON ORNGE DOT 10oz ORG CUFF | DZ | 10.9427 Y | 43.77 |

Total Lines: 3

**SUB-TOTAL:**   50.43
**SALES TAX:**   4.18
**AMOUNT DUE:**   **54.61**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit to:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**  Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

| INVOICE | |
|---|---|
| 50546805 | |
| Invoice Date | Page |
| 7/24/2015 11:06:13 | 1 of 1 |
| ORDER NUMBER | |
| 10588288 | |
| | |

**Customer ID:**  131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0624 | Ordered By: Stefanie Forgey A/P BILLING | 8/23/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 7/23/2015 11:11:23 | 30566804 | Victoria Store | | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7205318 | PIC-HAND CLEANER DYNAMITE | EA | 29.2143 Y | 29.21 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7219129 | ZEP-CHERRY BOMB GAL | EA | 31.4256 Y | 31.43 |
| 3 | 1.00 | 1.00 | 0.00 | (003) 7206346 | WOO-GLASS  CLEANER  32OZ GREENWORKS | EA | 5.0000 Y | 5.00 |
| 4 | 2.00 | 2.00 | 0.00 | (004) 155717 | CLO-CLEANER PINE SOL 48OZ LAVENDER | EA | 4.5857 Y | 9.17 |
| 5 | 1.00 | 1.00 | 0.00 | (005) 551715 | DAW-DISH SOAP DAWN LIQUID 38oz | EA | 7.2143 Y | 7.21 |
| 6 | 1.00 | 1.00 | 0.00 | (006) 7219132 | ZEP-PUMP FOR CHERRY BOMB | EA | 4.4286 Y | 4.43 |
| 7 | 1.00 | 1.00 | 0.00 | (007) 7206050 | PIC-HAND  PUMP  GALLON  FOR  HAND CLEANER | EA | 4.9286 Y | 4.93 |
| 8 | 2.00 | 2.00 | 0.00 | (008) 7212238 | REG-RAGS CMP No.10BOX WHITE TURKISH | BX | 13.2663 Y | 26.53 |
| 9 | 2.00 | 2.00 | 0.00 | (009) 599944 | SUN-DEGREASER  SIMPLE  GREEN  24OZ SPRAY | EA | 4.2176 Y | 8.44 |
| 10 | 1.00 | 1.00 | 0.00 | (011) 7222572 | NEB-6156  FLASHLIGHT SLYDE/WORKLIGHT | EA | 22.3333 Y | 22.33 |

*Total Lines:  10*

**SUB-TOTAL:**  148.68

**SALES TAX:**  12.29

**AMOUNT DUE:**  160.97

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**Please Remit To:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

# INVOICE

| INVOICE | |
|---|---|
| 50546813 | |
| Invoice Date | Page |
| 7/24/2015 11:09:05 | 1 of 1 |
| ORDER NUMBER | |
| 10583227 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020563 RIG 119 | Ordered By: Stefanie Forgey A/P BILLING | 8/23/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/9/2015 07:53:49 | 30566807 | Victoria Store | JDAVILA |

| | Quantities | | | | | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | Item ID | Item Description | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 6.00 | 1.00 | 0.00 | (013) 7201322 | PEN-COUPLING 2-7/8 N80 | EA | 22.8000 Y | 22.80 |

Total Lines:  1

**SUB-TOTAL:**     22.80
**SALES TAX:**       1.88
**AMOUNT DUE:**     **24.68**

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

Rev 4



# INVOICE

| INVOICE | |
|---|---|
| 50546817 | |
| Invoice Date | Page |
| 7/24/2015 11:13:55 | 1 of 1 |
| ORDER NUMBER | |
| 10582775 | |
| | |

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**    Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020558 Rig 119 | Ordered By: Stefanie Forgey A/P BILLING | 8/23/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/8/2015 08:08:59 | 30566808 | Victoria Store | JDAVILA |

| | Quantities | | | | | Pricing | Unit | Extended |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | Item ID | Item Description | UOM | Price | Price |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 15.00 | 3.00 | 0.00 | (006) 179905 | DBL-PIN 5-1/16 SQUARE WIRE PIN 2PK | PK | 1.7571 Y | 5.27 |

Total Lines:   1

| | |
|---|---|
| **SUB-TOTAL:** | 5.27 |
| **SALES TAX:** | 0.44 |
| **AMOUNT DUE:** | **5.71** |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50546827 | |
| Invoice Date | Page |
| 7/24/2015 11:34:15 | 1 of 1 |
| ORDER NUMBER | |
| 10588370 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0626 | Ordered By: Stefanie Forgey A/P BILLING | 8/23/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 7/23/2015 15:11:28 | 30566818 | Victoria Store | | MRIVERA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 25.00 | 25.00 | 0.00 | (003) 7204964 | SAF-GLOVE COTTON ORNGE DOT 10oz ORG CUFF | DZ | 15.3600 Y | 384.00 |
| 2 | 1.00 | 1.00 | 0.00 | (004) 7184179 | REC-RAGS PLY No.25BAG WHITE TURKISH | BG | 32.6200 Y | 32.62 |

Total Lines:   2

**SUB-TOTAL:**   416.62

**SALES TAX:**   34.37

**AMOUNT DUE:**   **450.99**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# HSC

**Please Remit To:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

# INVOICE

| INVOICE | |
|---|---|
| 50548357 | |
| Invoice Date | Page |
| 7/29/2015 13:42:59 | 1 of 1 |
| ORDER NUMBER | |
| 10588861 | |
| | |

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0628 RIG 114 | Ordered By: Stefanie Forgey A/P BILLING | 8/28/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 7/27/2015 07:54:37 | 30568304 | Victoria Store | | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 3.00 | 3.00 | 0.00 | (001) 7125661 | LOC-LUBRICANT ANTI-SEIZE SILVER 1LB | EA | 22.8328 Y | 68.50 |
| 2 | 12.00 | 12.00 | 0.00 | (003) 7222020 | ARN-3712 OIL DELO 15-40W 4 GAL | GL | 16.6857 Y | 200.23 |
| 3 | 4.00 | 4.00 | 0.00 | (004) 7189498 | SAM-SASH CORD 3/8X100 SILVERLAKE | HK | 19.3500 Y | 77.40 |
| 4 | 2.00 | 2.00 | 0.00 | (005) 7222185 | SPI-WPB100GL ABSORB PAD 19X15 OIL ONLY W | BD | 25.7143 Y | 51.43 |
| 5 | 1.00 | 1.00 | 0.00 | (006) 7136509 | ALE-2365-1 FITTING ASST HYD 48PC W/BOX | EA | 37.7319 Y | 37.73 |
| 6 | 3.00 | 3.00 | 0.00 | (007) 7140290 | MAR-PAINT STICK WHITE 80220 | BX | 11.8078 Y | 35.42 |
| 7 | 2.00 | 2.00 | 0.00 | (008) 143568 | KRY-K01813 PAINT SPRAY SAFTY YELLOW OSHA | EA | 5.6248 Y | 11.25 |
| 8 | 2.00 | 2.00 | 0.00 | (009) 513739 | KRY-K01501 PAINT SPRAY GLOSSY WHITE | EA | 4.3143 Y | 8.63 |
| 9 | 2.00 | 2.00 | 0.00 | (010) 513895 | KRY-K02101 PAINT SPRAY CHERRY RED | EA | 4.7595 Y | 9.52 |
| 10 | 10.00 | 10.00 | 0.00 | (011) 739060 | MAN-TAPE ELECTRICAL 3/4X60 | RL | 0.6000 Y | 6.00 |
| 11 | 5.00 | 5.00 | 0.00 | (012) 7222491 | GRE-TAPE TEFLON 1X520 THREAD DOMESTIC | RL | 2.3571 Y | 11.79 |
| 12 | 2.00 | 2.00 | 0.00 | (013) 7193980 | HOU-WIPER PIPE FW-9025 2-7/8in $ | BX | 90.0001 Y | 180.00 |
| 13 | 3.00 | 3.00 | 0.00 | (014) 7204936 | JET-34212 LUBRICANT 15LB CURAL METAL FRE | EA | 38.4285 Y | 115.29 |
| 14 | 1.00 | 1.00 | 0.00 | (015) 7181922 | ANV-SWAGE 21/2UP8RDX2LP STD J55 NIPPLE | EA | 64.2857 Y | 64.29 |
| 15 | 2.00 | 2.00 | 0.00 | (016) 7204928 | RUB-ICE CHEST 150QT WHITE MARINE SERIES | EA | 134.3458 Y | 268.69 |
| 16 | 2.00 | 2.00 | 0.00 | (017) 7207381 | SAF-BARRIER CREAM 272204 W/SIL | EA | 3.9171 Y | 7.83 |
| 17 | 1.00 | 1.00 | 0.00 | (018) 132348 | PICK TRU MM RAILROAD 5LB | EA | 20.9714 Y | 20.97 |

*Total Lines:   17*

| | |
|---|---|
| **SUB-TOTAL:** | 1,174.97 |
| **SALES TAX:** | 96.94 |
| **AMOUNT DUE:** | **1,271.91** |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

\* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50548359 | |
| Invoice Date | Page |
| 7/29/2015 13:45:36 | 1 of 1 |
| ORDER NUMBER | |
| 10588880 | |
| | |

**Howard Supply Company, LLC**

**Branch:**   Howard Supply - Victoria

3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0629 RIG 202 | Ordered By: Stefanie Forgey A/P BILLING | 8/28/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/27/2015 08:10:48 | 30568306 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7193979 | HOU-WIPER PIPE FW-9020 2-3/8in $ | BX | 90.0000 Y | 90.00 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7193980 | HOU-WIPER PIPE FW-9025 2-7/8in $ | BX | 90.0001 Y | 90.00 |
| 3 | 20.00 | 20.00 | 0.00 | (003) 7123800 | NIC-62723    BLADE    HACKSAW    12X18TPI NF1218 | EA | 1.1607 Y | 23.21 |
| 4 | 6.00 | 6.00 | 0.00 | (004) 7140940 | ANV-NIPPLE 2X4 XXH BLK STL SMLS | EA | 25.3673 Y | 152.20 |
| 5 | 1.00 | 1.00 | 0.00 | (005) 122476 | GOJ-HAND CLEANER ORG PUMICE 1GAL | GL | 13.4141 Y | 13.41 |
| 6 | 1.00 | 1.00 | 0.00 | (006) 7212238 | REC-RAGS CMP No.10BOX WHITE TURKISH | BX | 13.2663 Y | 13.27 |
| 7 | 20.00 | 20.00 | 0.00 | (007) 7202779 | SAF-PIN SAFETY 1-1/2WX6L X-SMALL ZINC | EA | 3.5339 Y | 70.68 |
| 8 | 5.00 | 5.00 | 0.00 | (008) 165605 | CAM-HITCH PIN 3/4X6-1/4 TAGGED | EA | 5.4830 Y | 27.42 |

*Total Lines:  8*

**SUB-TOTAL:**    480.19

**SALES TAX:**    39.63

**AMOUNT DUE:**    519.82

Unofficial Copy Official Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50548397 | |
| Invoice Date | Page |
| 7/29/2015 14:27:14 | 1 of 1 |
| ORDER NUMBER | |
| 10572982 | |
| | |

**Howard Supply Company, LLC**

**Branch:** Howard Supply - Victoria

3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 300 \ PO: 602-0386 | Ordered By: Stefanie Forgey A/P BILLING | 8/28/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 6/5/2015 13:15:23 | 30568342 | Victoria Store | PBARRIENTOS |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 7212537 | FLUID DIESEL EXHAUST 2.5 GAL | EA | 12.7719 Y | 25.54 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7180215 | GIL-HOSE ASSY 1/4X12 | EA | 29.4932 Y | 29.49 |
| 3 | 10.00 | 10.00 | 0.00 | (003) 739060 | MAN-TAPE ELECTRICAL 3/4X60 | RL | 0.6008 Y | 6.01 |
| 4 | 1.00 | 1.00 | 0.00 | (004) 7107113 | CRO-G414 3/8  E HVY THIMBLE 1037675 | EA | 2.1313 Y | 2.13 |
| 5 | 3.00 | 3.00 | 0.00 | (005) 7106814 | CRO-G429 3/8 FIST CLIP 1010514 | EA | 10.3276 Y | 30.98 |
| 6 | 1.00 | 1.00 | 0.00 | (006) 7106870 | CRO-A1337   3/8   W   10MM   LOK-A-LOY 1015122 | EA | 32.5704 Y | 32.57 |
| 7 | 1.00 | 1.00 | 0.00 | (007) 7135675 | GUN-GKL-10-8   HOOK   CLUTCH   3/8   G8 513133 | EA | 86.8219 Y | 86.82 |

Total Lines:  7

| | |
|---|---|
| SUB-TOTAL: | 213.54 |
| SALES TAX: | 17.61 |
| AMOUNT DUE: | 231.15 |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.



**INVOICE**

| Please Remit To: |
|---|
| Howard Supply Company, LLC |
| Dept 312 |
| PO BOX 4869 |
| Houston, TX 77210-4869 |
| A/R Dept: (307) 265-8539 |

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50548452 | |
| Invoice Date | Page |
| 7/29/2015 15:33:58 | 1 of 1 |
| ORDER NUMBER | |
| 10579358 | |
| | |

**Howard Supply Company, LLC**

**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|---|
| RIG 118  @ 202 PO 6020492 | | Ordered By: Stefanie Forgey A/P BILLING | 8/28/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 6/25/2015 13:11:18 | 30568401 | Victoria Store | | PBARRIENTOS |

| Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 2.00 | 1.00 | 0.00 | (001) 7185728 | OTE-WRENCH BOX RH BW5075 3/4 | EA | 29.6100 Y | 29.61 |

Total Lines:  1

**SUB-TOTAL:** 29.61

**SALES TAX:** 2.44

**AMOUNT DUE:** 32.05

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50548466 | |
| Invoice Date | Page |
| 7/29/2015 15:40:20 | 1 of 1 |
| ORDER NUMBER | |
| 10578677 | |
| | |

**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 202-PUMP / PO: 602-0488 | Ordered By: Stefanie Forgey A/P BILLING | 8/28/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 6/24/2015 09:00:51 | 30568413 | Victoria Store | | PBARRIENTOS |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 3.00 | 3.00 | 0.00 | (001) 7215054 | AME-UNION ASSY 2 1502 STD SVS THREADED | EA | 88.6820 Y | 266.05 |
| 2 | 1.00 | 1.00 | 0.00 | (003) 7216834 | IMP ELL BM 90 DEG. 4 | EA | 31.2400 Y | 31.24 |
| 3 | 1.00 | 1.00 | 0.00 | (004) 7216815 | IMP SWAGE STD. 4 X 2 | EA | 26.7610 Y | 26.76 |
| 4 | 1.00 | 1.00 | 0.00 | (005) 7140491 | AOP-VALVE BALL 2 2000 CS | EA | 116.5069 Y | 116.51 |
| 5 | 1.00 | 1.00 | 0.00 | (006) 7210202 | ANV-NIPPLE 2X3 XXH BLK STL SMLS | EA | 21.4185 Y | 21.42 |
| 6 | 1.00 | 1.00 | 0.00 | (007) 7140940 | ANV-NIPPLE 2X4 XXH BLK STL SMLS | EA | 25.4000 Y | 25.40 |
| 7 | 1.00 | 1.00 | 0.00 | (008) 7163340 | ANV-BULL PLUG 2 XXH 1/2 TAPPED | EA | 24.8176 Y | 24.82 |
| 8 | 1.00 | 1.00 | 0.00 | (009) 7204468 | REL-VALVE 1/2 NEEDLE INTER KF | EA | 35.0451 Y | 35.05 |
| 9 | 1.00 | 1.00 | 0.00 | (010) 7222355 | CHE-GAUGE 4 LF SS/SS 1/2 LM 5K | EA | 30.0386 Y | 30.04 |
| 10 | 1.00 | 1.00 | 0.00 | (011) 9155028 | JAK-CHOKE 2 ADJUSTABLE 5000# REG TRIM | EA | 612.7879 Y | 612.79 |
| 11 | 1.00 | 1.00 | 0.00 | (012) 7188124 | JAK-WRENCH 2in ADJ CHOKE | EA | 44.0566 Y | 44.06 |
| 12 | 1.00 | 1.00 | 0.00 | (013) OWI-SWAGE- | SWAGE, 4 X 6 STD | EA | 126.4285 Y | 126.43 |
| 13 | 1.00 | 1.00 | 0.00 | (014) OWI-NIP-6-CL | NIPPLE, 6 IN CLOSE STANDARD | EA | 43.0285 Y | 43.03 |
| 14 | 1.00 | 1.00 | 0.00 | (015) OWI-NIP-2-CL | NIPPLE, 2 CLOSE STD SCH. 40 | EA | 2.9285 Y | 2.93 |
| 15 | 1.00 | 1.00 | 0.00 | (016) OWI-TEE-2-60 | TEE, 2 IN 6000# THREADED | EA | 77.2142 Y | 77.21 |
| 16 | 1.00 | 1.00 | 0.00 | (017) OWI-SWAGE- | SWAGE, 4 X 6 STD | EA | 126.4285 Y | 126.43 |
| 17 | 2.00 | 2.00 | 0.00 | (018) 7216754 | IMP UNION HAMMER FIG. 100 4 | EA | 50.7807 Y | 101.56 |
| 18 | 1.00 | 1.00 | 0.00 | (019) CHE-310L-402 | GAUGE, 4"FX1/2" LM, LF S/S 0-3000 PSI | EA | 30.0386 Y | 30.04 |
| 19 | 1.00 | 1.00 | 0.00 | (020) CHE-310L-402 | GAUGE, 4"FX1/2" LM, LF S/S 0-1000 PSI | EA | 30.0386 Y | 30.04 |
| 20 | 1.00 | 1.00 | 0.00 | (021) 7216834 | IMP ELL BM 90 DEG. 4 | EA | 31.2400 Y | 31.24 |

*Total Lines:* 20

**SUB-TOTAL:** 1,803.05

**SALES TAX:** 148.76

**AMOUNT DUE:** 1,951.81

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

\* \* 12.4.219, 05/26/2010

Rev 4



**Please Remit To:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

# INVOICE

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50548468 | |
| Invoice Date | Page |
| 7/29/2015 15:43:34 | 1 of 1 |
| ORDER NUMBER | |
| 10579688 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 202 \ 602-0501 | Ordered By: Stefanie Forgey A/P BILLING | 8/28/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 6/26/2015 10:18:37 | 30568414 | Victoria Store | PBARRIENTOS |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 90.00 | 90.00 | 0.00 | (001) DEL-1270-090 | ROPE, 1/4  X 90 GALV WIRE | FT | 0.4750 Y | 42.75 |
| 2 | 2.00 | 2.00 | 0.00 | (002) DEL-6170-008 | CLIP, 1/8 U-BOLT CLAMP | EA | 1.5625 Y | 3.13 |
| 3 | 8.00 | 8.00 | 0.00 | (003) DEL-CR-10104 | 3/16-1/4 FIST GRIP | EA | 10.7250 Y | 85.80 |
| 4 | 2.00 | 2.00 | 0.00 | (004) DEL-4240-016 | THIMBLE, 1/4 HD GALV | EA | 1.0625 Y | 2.13 |
| 5 | 4.00 | 4.00 | 0.00 | (005) 7178300 | CRO-G429 3/16-1/4 FIST CLIP 1010471 | EA | 7.7198 Y | 30.88 |
| 6 | 8.00 | 8.00 | 0.00 | (006) 7182175 | DIX-DCP21    COUPLING    PLUG    END 1/4X1/4MNPT | EA | 1.0330 Y | 8.26 |
| 7 | 8.00 | 8.00 | 0.00 | (007) 7107672 | DIX-DC20    COUPLING    AIR    1/4 X 1/4 INDUSTRIAL | EA | 4.2125 Y | 33.70 |
| 8 | 10.00 | 10.00 | 0.00 | (008) 234922 | WIL-TAPE TEFLON 3/4X520 .003" PTFE | RL | 0.6755 Y | 6.76 |

Total Lines:   8

**SUB-TOTAL:**      213.41

**SALES TAX:**      17.60

**AMOUNT DUE:**      **231.01**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50548493 | |
| Invoice Date | Page |
| 7/29/2015 16:26:09 | 1 of 1 |
| ORDER NUMBER | |
| 10581238 | |
| | |

**Howard Supply Company, LLC**

**Branch:**   Howard Supply - Victoria

3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020554 | Ordered By: Stefanie Forgey A/P BILLING | 8/28/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/1/2015 14:06:21 | 30568442 | Victoria Store | JDAVILA |

| | Quantities | | | | | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | Item ID | Item Description | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 2.00 | 1.00 | 0.00 | (012) OWI 6 IN 90 SI 6 IN 90 SLIP ON STANDARD | | EA | 79.3867 Y | 79.39 |
| 2 | 8.00 | 8.00 | 0.00 | (023) 7216338 | CGF-22-0665 STUD 5/8-11X6-1/2 B7 2NUT | EA | 1.4000 Y | 11.20 |

Total Lines:   2

**SUB-TOTAL:**       90.59

**SALES TAX:**        7.48

**AMOUNT DUE:**      **98.07**

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50548499 | |
| Invoice Date | Page |
| 7/29/2015 16:33:12 | 1 of 1 |
| ORDER NUMBER | |
| 10583741 | |
| | |

**Howard Supply Company, LLC**
**Branch:**  Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**  132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 113 / 602-0599 | Ordered By: Stefanie Forgey A/P BILLING | 8/28/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/10/2015 10:02:37 | 30568448 | Victoria Store | PBARRIENTOS |

| | Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | | (001) DEL-GJ-58967 | COUPLING, 1/2 LOK-A-LOY G100 | EA | 28.8375 Y | 28.84 |
| 2 | 1.00 | 1.00 | 0.00 | | (002) DEL-CC-57791 | COUPLING, 5/8 LOK-A-LOY G100 | EA | 41.2000 Y | 41.20 |

Total Lines:  2

**SUB-TOTAL:** 70.04
**SALES TAX:** 5.78
**AMOUNT DUE:** 75.82

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50548506 | |
| Invoice Date | Page |
| 7/29/2015 16:48:38 | 1 of 1 |
| ORDER NUMBER | |
| 10587050 | |

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

Customer ID: 131792

Ship To ID: 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 202 \ 602-0614 | Ordered By: Stefanie Forgey A/P BILLING | 8/28/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/21/2015 08:00:35 | 30568454 | Victoria Store | PBARRIENTOS |

| | Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | Carrier: | | | | Tracking #: | | | |
| 1 | 10.00 | 10.00 | 0.00 | | (001) 7202779 | SAF-PIN SAFETY 1-1/2WX6LX-SMALL ZINC | EA | 3.5384 Y | 35.38 |
| 2 | 1.00 | 1.00 | 0.00 | | (002) 7217338 | IMP ELL BM 90 STREET | EA | 2.0020 Y | 2.00 |
| 3 | 1.00 | 1.00 | 0.00 | | (003) 7210563 | DIX-STC10 NIPPLE PLTD STEEL KING COMB | EA | 3.3860 Y | 3.39 |
| 4 | 30.00 | 30.00 | 0.00 | | (004) GAT-355394 | HOSE, 1 IN. FLEX 250 PSI RED | EA | 2.6500 Y | 79.50 |
| 5 | 1.00 | 1.00 | 0.00 | | (005) 7201322 | PEN-COUPLING 2-3/8 N80 | EA | 19.9500 Y | 19.95 |

Total Lines: 5

**SUB-TOTAL:** 140.22
**SALES TAX:** 11.58
**AMOUNT DUE:** 151.80

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50548554 | |
| Invoice Date | Page |
| 7/30/2015 06:53:48 | 1 of 1 |
| ORDER NUMBER | |
| 10585854 | |
| | |

**Howard Supply Company, LLC**

**Branch:**   Howard Supply - Victoria

3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0605 | Ordered By: Stefanie Forgey A/P BILLING | 8/29/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/16/2015 13:17:06 | 30568481 | Victoria Store | PBARRIENTOS |

| | Quantities | | | | | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | Item ID | Item Description | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 4.00 | 3.00 | 0.00 | (001) 7153375 | ANV-NIPPLE 3X2-1/2 STD TBE SWAGE | EA | 39.2230  Y | 117.67 |

Total Lines:  1

**SUB-TOTAL:**   117.67

**SALES TAX:**   9.71

**AMOUNT DUE:**   **127.38**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

# INVOICE

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50548574 | |
| Invoice Date | Page |
| 7/30/2015 07:45:31 | 1 of 1 |
| ORDER NUMBER | |
| 10590108 | |
| | |

**Howard Supply Company, LLC**

**Branch:**   Howard Supply - Victoria

3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 114 / PO: 602-0651 | Ordered By: Stefanie Forgey A/P BILLING | 8/29/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 7/29/2015 13:23:22 | 30568503 | Victoria Store | | PBARRIENTOS |

| Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | | | | Carrier: | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7212856 | RIG-259-1308-04 INSERT 3-1/2X2-7/8 TOP | ST | 137.3194 Y | 137.32 |
| 2 | 6.00 | 6.00 | 0.00 | (002) 7204565 | ZEP-LUBRICANT    PENETRANT    45    PTFE 24OZ | EA | 18.4590 Y | 110.75 |
| 3 | 20.00 | 20.00 | 0.00 | (003) 7206664 | RIG-3020-0708P   TONG   DIE   F58 PYRAMID2-3/8 | EA | 6.1765 Y | 123.53 |
| 4 | 10.00 | 10.00 | 0.00 | (004) 7193516 | GIL-BOLT LONG JAW F/ FOSTER | EA | 2.6500 Y | 26.50 |
| 5 | 10.00 | 10.00 | 0.00 | (005) 7194016 | GIL-SCREW DIE 3/8 X 1-1/8 FOSTER | EA | 2.1900 Y | 21.90 |
| 6 | 1.00 | 1.00 | 0.00 | (006) 122476 | GOJ-HAND CLEANER ORG PUMICE 1GAL | GL | 13.4314 Y | 13.43 |
| 7 | 1.00 | 1.00 | 0.00 | (007) 551715 | DAW-DISH SOAP DAWN LIQUID 38oz | EA | 6.9178 Y | 6.92 |
| 8 | 20.00 | 20.00 | 0.00 | (008) MOT-5766638 | HOSE-3/8 HI-PRESS 2 WIRE HYD. | FT | 4.0666 Y | 81.33 |
| 9 | 2.00 | 2.00 | 0.00 | (009) MOT-6G-6FJX | SWIVEL, 3/8 FEMALE 6G-6FJX | EA | 6.2533 Y | 12.51 |

Total Lines:   9

**SUB-TOTAL:**   534.19

**SALES TAX:**   44.06

**AMOUNT DUE:**   **578.25**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.



Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

# INVOICE

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50548649 | |
| Invoice Date | Page |
| 7/30/2015 09:21:38 | 1 of 1 |
| ORDER NUMBER | |
| 10590338 | |
| | |

**Howard Supply Company, LLC**

**Branch:**    Howard Supply - Victoria

3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**    131792

**Ship To ID:**    131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0653 | Ordered By: Stefanie Forgey A/P BILLING | 8/29/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 7/30/2015 07:42:07 | 30568575 | Victoria Store | | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | | *Carrier:* | | | *Tracking #:* | | | |
| 1 | 100.00 | 100.00 | 0.00 | (002) 7193744 | AUS-6LOLA-PLUS HOSE PUSH ON 3/8 | FT | 1.5429 Y | 154.29 |
| 2 | 6.00 | 6.00 | 0.00 | (003) 7112610 | MSA-HAT V-GARD WHITE RATCHET SUSP | EA | 19.1284 Y | 114.77 |

*Total Lines:* 2

**SUB-TOTAL:**    269.06

**SALES TAX:**    22.18

**AMOUNT DUE:**    **291.24**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# HSC

**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50548819 | |
| Invoice Date | Page |
| 7/30/2015 12:22:20 | 1 of 1 |
| ORDER NUMBER | |
| 10590338 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0653 | Ordered By: Stefanie Forgey A/P BILLING | 8/29/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/30/2015 07:42:07 | 30568733 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (004) 7222390 | DIX-DC2044L   COUPLER   BRASS   1/4X3/8 BARB | EA | 6.3143 Y | 6.31 |
| 2 | 1.00 | 1.00 | 0.00 | (005) 7222391 | DIX-DCP2144L PLUG 1/4 COUP X 3/8 BARB | EA | 2.2429 Y | 2.24 |
| 3 | 2.00 | 2.00 | 0.00 | (006) 7107797 | DIX-HS6 CLAMP 7/16X25/32 SS HOSE | EA | 0.7143 Y | 1.43 |

Total Lines:   3

| | |
|---|---|
| **SUB-TOTAL:** | 9.98 |
| **SALES TAX:** | 0.81 |
| **AMOUNT DUE:** | 10.79 |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



Please Remit to:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

# INVOICE

| INVOICE | |
|---|---|
| 50548834 | |
| Invoice Date | Page |
| 7/30/2015 12:38:01 | 1 of 2 |
| ORDER NUMBER | |
| 10590345 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 119 / PO 602-0654 | Ordered By: Stefanie Forgey A/P BILLING | 8/29/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/30/2015 08:30:27 | 30568749 | Victoria Store | PBARRIENTOS |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 8.00 | 8.00 | 0.00 | (001) MOT-2113-4-4 | FITTING, 1/4 NPT F X 1/4 MALE BARB AIR | EA | 1.4125 Y | 11.30 |
| 2 | 4.00 | 4.00 | 0.00 | (002) 181396 | MAS-1KA PADLOCK LAM STEEL | EA | 9.0888 Y | 36.36 |
| 3 | 2.00 | 2.00 | 0.00 | (003) 7193739 | AUS-Mi693 AIR CHECK DUAL HEAD MILTON | EA | 10.6265 Y | 21.25 |
| 4 | 1.00 | 1.00 | 0.00 | (004) 7194021 | AME-O-RING KIT NITRILE (BUNA-N) 70 DURO | EA | 34.5057 Y | 34.51 |
| 5 | 4.00 | 4.00 | 0.00 | (006) 7124768 | CAM-HOOK GRAB 1/4 CLEVIS ALLOY | EA | 4.8348 Y | 19.34 |
| 6 | 4.00 | 4.00 | 0.00 | (007) 7124771 | CAM-HOOK GRAB 5/16 CLEVIS ALLOY | EA | 6.0935 Y | 24.37 |
| 7 | 2.00 | 2.00 | 0.00 | (008) 7117965 | RID-31670 HOOK JAW 18 | EA | 24.7950 Y | 49.59 |
| 8 | 2.00 | 2.00 | 0.00 | (009) 7117975 | RID-31720 HOOK JAW 36 | EA | 81.2250 Y | 162.45 |
| 9 | 2.00 | 2.00 | 0.00 | (010) 7117971 | RID-31700 HEEL JAW 24 W/PIN | EA | 19.2850 Y | 38.57 |
| 10 | 1.00 | 1.00 | 0.00 | (011) 7204560 | ZEP-WASH TRUCK & TRAILER 5-GAL | EA | 124.8000 Y | 124.80 |
| 11 | 2.00 | 2.00 | 0.00 | (012) 7117976 | RID-31725 HEEL JAW 36 W/PIN | EA | 32.3000 Y | 64.60 |
| 12 | 10.00 | 10.00 | 0.00 | (013) 739060 | MAN-TAPE ELECTRICAL 3/4X60 | RL | 0.6000 Y | 6.00 |
| 13 | 1.00 | 1.00 | 0.00 | (014) 7184179 | REC-RAGS PLY No.25BAG WHITE TURKISH | BG | 32.6706 Y | 32.67 |
| 14 | 2.00 | 2.00 | 0.00 | (015) 7140552 | ANC-MAT COCOA 22X36 AB-GDN-5 | EA | 15.1011 Y | 30.20 |
| 15 | 4.00 | 4.00 | 0.00 | (016) 7204746 | AND-BRUSH SCRUB 2-1/4 UTILITY LONG HDLE | EA | 8.3107 Y | 33.24 |
| 16 | 1.00 | 1.00 | 0.00 | (017) 7195286 | MAG-BROOM WAREHOUSE STRAW | EA | 11.0428 Y | 11.04 |
| 17 | 1.00 | 1.00 | 0.00 | (018) 727842 | CHA-SPRAYER INDUS 3.5-GAL | EA | 124.5274 Y | 124.53 |
| 18 | 4.00 | 4.00 | 0.00 | (019) 7132567 | DIX-DCP20 COUPLING PLUG END 1/4X1/4FNPT | EA | 1.3865 Y | 5.55 |
| 19 | 4.00 | 4.00 | 0.00 | (020) 7182175 | DIX-DCP21 COUPLING PLUG END 1/4X1/4MNPT | EA | 1.1979 Y | 4.79 |
| 20 | 4.00 | 4.00 | 0.00 | (021) 222851 | WIL-TAPE TEFLON 1X520 .003" PTFE | RL | 1.0936 Y | 4.37 |
| 21 | 1.00 | 1.00 | 0.00 | (022) 7162929 | LOC-LUBRICANT ANTI-SEIZE COPPER C5A 1LB | EA | 21.2361 Y | 21.24 |
| 22 | 1.00 | 1.00 | 0.00 | (023) 7138359 | HOW-EAR PLUG FOAM LASER LITE NO CORD | BX | 25.1400 Y | 25.14 |
| 23 | 1.00 | 1.00 | 0.00 | (024) 7138658 | NIC-22030HN FILE SET 9PC MAINTENANCE ERG | ST | 87.6600 Y | 87.66 |
| 24 | 4.00 | 4.00 | 0.00 | (025) 7107672 | DIX-DC20 COUPLING AIR 1/4X1/4 INDUSTRIAL | EA | 4.8205 Y | 19.28 |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ‚ 12.4.219, 05/26/2010

Rev 4



# INVOICE

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

| INVOICE | |
|---|---|
| 50548834 | |
| Invoice Date | Page |
| 7/30/2015 12:38:01 | 2 of 2 |
| ORDER NUMBER | |
| 10590345 | |
| | |

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp. | | | | | |

Total Lines:  24

**SUB-TOTAL:**   992.85

**SALES TAX:**   81.95

**AMOUNT DUE:**   1,074.80

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50548908 | |
| Invoice Date | Page |
| 7/30/2015 14:03:21 | 1 of 1 |
| ORDER NUMBER | |
| 10589845 | |
| | |

**Howard Supply Company, LLC**

**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0645 | Ordered By: Stefanie Forgey A/P BILLING | 8/29/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/29/2015 07:07:38 | 30568811 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | **Carrier:** | | | | **Tracking #:** | | | |
| 1 | 12.00 | 12.00 | 0.00 | (001) 770909 | ABC-BRUSH WIRE SHOE HANDLE | EA | 1.5728 Y | 18.87 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7211856 | MOL-EAR PLUG FOAM SPARKPLUG NO CORD | BX | 28.8571 Y | 28.86 |
| 3 | 1.00 | 1.00 | 0.00 | (003) GBS-9/16 COB 9/16 COBALT DRILL BIT | | EA | 42.8900 Y | 42.89 |
| 4 | 50.00 | 50.00 | 0.00 | (004) GBS- 1/2 USS 1 1/2 USS FLATWASHER ZINC PLTD | | EA | 0.1143 Y | 5.72 |
| 5 | 12.00 | 12.00 | 0.00 | (005) GBS-U-BOLT I U BOLT FOR 2 IN PIPE LOW CARBON | | EA | 2.6571 Y | 31.89 |
| 6 | 1.00 | 1.00 | 0.00 | (006) GBS-5/16X70 F 5/16X70 FT ZINC CHAIN | | EA | 35.1429 Y | 35.14 |
| 7 | 6.00 | 6.00 | 0.00 | (007) GBS-5/16 GRA 5/16 GRAB HOOK | | EA | 6.5714 Y | 39.43 |

Total Lines: 7

| | |
|---|---|
| **SUB-TOTAL:** | 202.80 |
| **SALES TAX:** | 16.72 |
| **AMOUNT DUE:** | 219.52 |

Unofficial Copy Official of the Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**
**Dept 312**
**PO BOX 4869**
**Houston, TX 77210-4869**
**A/R Dept: (307) 265-8539**

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50549318 | |
| Invoice Date | Page |
| 7/31/2015 12:49:45 | 1 of 1 |
| ORDER NUMBER | |
| 10587494 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| PO 602-0619  JAY | Ordered By: Stefanie Forgey A/P BILLING | 8/30/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 7/21/2015 19:04:36 | 30569221 | Victoria Store | | MRIVERA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | | | | *Carrier:* | *Tracking #:* | | | |
| 1 | 12.00 | 12.00 | 0.00 | (001) 7133914 | CRO-G2130   6.50T   ABT   SHACKLE   7/8 1019533 | EA | 58.5429 Y | 702.51 |
| 2 | 18.00 | 18.00 | 0.00 | (002) 7106816 | CRO-G429 9/16-5/8 FIST CLIP 1010550 | EA | 18.7825 Y | 338.09 |
| 3 | 6.00 | 6.00 | 0.00 | (003) 7107117 | CRO-G414 5/8  E HVY THIMBLE 1037755 | EA | 4.4380 Y | 26.63 |

*Total Lines:   3*

| | |
|---|---|
| **SUB-TOTAL:** | 1,067.23 |
| **SALES TAX:** | 88.04 |
| **AMOUNT DUE:** | 1,155.27 |

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

\* ' 12.4.219, 05/26/2010

Rev 4



**Please Remit To:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

# INVOICE

| INVOICE | |
|---|---|
| 50549433 | |
| Invoice Date | Page |
| 7/31/2015 14:38:40 | 1 of 1 |
| ORDER NUMBER | |
| 10590874 | |
| | |

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   131792

| *PO Number* | Attn: Stefanie Forgey A/P BILLING | *Net Due Date* |
|---|---|---|
| Keith / 602-0660 | Ordered By: Stefanie Forgey A/P BILLING | 8/30/2015 |

| *Order Date* | *Pick Ticket No* | *Primary Salesrep Name* | *Taker* |
|---|---|---|---|
| 7/31/2015 09:32:07 | 30569337 | Victoria Store | KSPECK |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | |
| | *Carrier:* | | | | *Tracking #:* | | | |
| 1 | 24.00 | 24.00 | 0.00 | (001) GBS-3/8-16 HE 3/8-16 HEX NUT | | EA | 0.0529 Y | 1.27 |
| 2 | 24.00 | 24.00 | 0.00 | (002) GBS- 3/8  USS  GBS-3/8 USS FLATWASHERS ZINC PLTD. | | EA | 0.0454 Y | 1.09 |
| 3 | 3.00 | 3.00 | 0.00 | (003) GBS - 3/4X6-1/ 3/4   X   6-1/2   YELLOW   ZINC   PLATED   B7 STUDW | | EA | 3.7857 Y | 11.36 |
| 4 | 7.00 | 1.00 | 0.00 | (004) GBS - 5/8 X 6 \ GBS- 5 \8 X6 YELLOW | | EA | 2.0737 Y | 2.07 |
| 5 | 5.00 | 5.00 | 0.00 | (005) 234922      WIL-TAPE TEFLON 3/4X520 .003" PTFE | | RL | 0.7040 Y | 3.52 |
| 6 | 1.00 | 1.00 | 0.00 | (006) 7125661      LOC-LUBRICANT ANTI-SEIZE SILVER 1LB | | EA | 28.1610 Y | 28.16 |

*Total Lines:  6*

| | |
|---|---|
| *SUB-TOTAL:* | 47.47 |
| *SALES TAX:* | 3.93 |
| *AMOUNT DUE:* | **51.40** |

*Unofficial Copy Office of the Cris Daniel District Clerk*

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010



# INVOICE

| Please Remit To: | | |
|---|---|---|
| Howard Supply Company, LLC | | |
| Dept 312 | | |
| PO BOX 4869 | | |
| Houston, TX 77210-4869 | | |
| A/R Dept: (307) 265-8539 | | |

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50549785 | |
| Invoice Date | Page |
| 8/3/2015 13:30:39 | 1 of 1 |
| ORDER NUMBER | |
| 10591150 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

UPS (R30202) BAKERSFIELD
LOCKBOX 577
CAROL STREAM, IL 60132-0577

**Customer ID:**   131792

**Ship To ID:**  131972

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020660 | Ordered By: Stefanie Forgey A/P BILLING | 9/2/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/3/2015 07:05:23 | 30569702 | Ft Worth Corporate Sales | JDAVILA |

| | Quantities | | | | | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | Item ID | Item Description | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 7112610 | MSA-HAT V-GARD WHITE RATCHET SUSP | EA | 19.1284  Y | 38.26 |

Total Lines:  1

| | |
|---|---|
| **SUB-TOTAL:** | 38.26 |
| **SALES TAX:** | 3.15 |
| **AMOUNT DUE:** | **41.41** |

   Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

Please Remit to:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**  Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

| INVOICE | |
|---|---|
| 50549857 | |
| Invoice Date | Page |
| 8/3/2015 15:38:45 | 1 of 1 |
| ORDER NUMBER | |
| 10589845 | |
| | |

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

Customer ID:   131792

Ship To ID: 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0645 | Ordered By: Stefanie Forgey A/P BILLING | 9/2/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/29/2015 07:07:38 | 30569774 | Victoria Store | JDAVILA |

| Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Carrier: | | | | Tracking #: | | | |
| 1.00 | 1.00 | 0.00 | | (008) GBS-13/16 COl | 13/16 COBALT DRILL BIT | EA | 62.0714 Y | 62.07 |

Total Lines:  1

SUB-TOTAL: 62.07
SALES TAX: 5.12
AMOUNT DUE: 67.19

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

| INVOICE | |
|---|---|
| 50550211 | |
| Invoice Date | Page |
| 8/4/2015 15:50:53 | 1 of 1 |
| ORDER NUMBER | |
| 10591152 | |
| | |

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 121 / 602-0662 | Ordered By: Stefanie Forgey A/P BILLING | 9/3/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/3/2015 07:06:38 | 30570166 | Victoria Store | PBARRIENTOS |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | | Carrier: | | | | Tracking #: | | | |
| 1 | 3.00 | 3.00 | 0.00 | | (001) 7133914 | CRO-G2130   6.50T   ABT   SHACKLE   7/8   1019533 | EA | 60.2647 Y | 180.79 |
| 2 | 2.00 | 2.00 | 0.00 | | (002) 7215054 | AME-UNION   ASSY   2   1502   STD   SVS | EA | 88.6851 Y | 177.37 |
| 3 | 1.00 | 1.00 | 0.00 | | (003) 7213134 | ANV-SWAGE 1X3/4 XH TBE | EA | 13.0957 Y | 13.10 |
| 4 | 3.00 | 3.00 | 0.00 | | (004) DEL-1019533 | SHACLKE, G2130 6.50 T ABT 7/8 | EA | 60.2647 Y | 180.79 |
| 5 | 1.00 | 1.00 | 0.00 | | (005) 7218725 | EMP-LEVEL   HD   MAGNETIC   ALUM   TORPEDO | EA | 10.4491 Y | 10.45 |
| 6 | 10.00 | 10.00 | 0.00 | | (006) 7123800 | NIC-62723   BLADE   HACKSAW   12X18TPI   NF1218 | EA | 1.1622 Y | 11.62 |

Total Lines:   6

**SUB-TOTAL:**   574.12

**SALES TAX:**   47.37

**AMOUNT DUE:**   621.49

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

| INVOICE | |
|---|---|
| 50550394 | |
| Invoice Date | Page |
| 8/5/2015 10:05:05 | 1 of 1 |
| ORDER NUMBER | |
| 10591861 | |
| | |

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0666 | Ordered By: Stefanie Forgey A/P BILLING | 9/4/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/4/2015 11:16:16 | 30570334 | Victoria Store | PBARRIENTOS |

| Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | |
| | Carrier: | | | Tracking #: | | | |
| 1 | 8.00 | 8.00 | 0.00 | (001)  OWI-2-WN-90  ELL, 2 IN WELD ON 90 STD | EA | 15.9714 Y | 127.77 |

Total Lines:  1

**SUB-TOTAL:**  127.77
**SALES TAX:**  10.55
**AMOUNT DUE:**  **138.32**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

| INVOICE | |
|---|---|
| 50550701 | |
| Invoice Date | Page |
| 8/6/2015 09:48:05 | 1 of 1 |
| ORDER NUMBER | |
| 10592591 | |
| | |

**Customer ID:** 131792
**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 202 \ 602-0668 | Ordered By: Stefanie Forgey A/P BILLING | 9/5/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/6/2015 07:33:28 | 30570665 | Victoria Store | MRIVERA |

| | Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | Carrier: | | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | | (001) 7205885 | SQW-SWQINCHER QUIK STIK ORANGE 50PK | PK | 20.6200 Y | 20.62 |
| 2 | 1.00 | 1.00 | 0.00 | | (002) 7205886 | SQW-SWQINCHER QUIK STIK LEMONADE 50PK | PK | 19.2700 Y | 19.27 |
| 3 | 1.00 | 1.00 | 0.00 | | (003) 647752 | NES-WATER PURE NESTLE 24-PK 1/2 LITRE | PA | 365.7900 Y | 365.79 |
| 4 | 1.00 | 1.00 | 0.00 | | (004) 7212238 | REC-RAGS CMP No.10BOX WHITE TURKISH | BX | 13.2663 Y | 13.27 |
| 5 | 1.00 | 1.00 | 0.00 | | (005) 7214391 | REC-RAGS CMP No.50 BOX COLOR TURKISH | BX | 56.0149 Y | 56.01 |
| 6 | 1.00 | 1.00 | 0.00 | | (006) 7188267 | WFC-HITCH BALL TRIPLE MOUNT | EA | 63.9400 Y | 63.94 |

Total Lines: 6

**SUB-TOTAL:** 538.90
**SALES TAX:** 44.47
**AMOUNT DUE:** 583.37

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010                                                      Rev 4



Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

# INVOICE

| INVOICE | |
|---|---|
| 50550863 | |
| Invoice Date | Page |
| 8/6/2015 13:47:48 | 1 of 1 |
| ORDER NUMBER | |
| 10592707 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0671 | Ordered By: Stefanie Forgey A/P BILLING | 9/5/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 8/6/2015 10:23:06 | 30570827 | Victoria Store | | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 849059 | BLI-FUNNEL 05090 SPECIALTY | EA | 1.3143 Y | 1.31 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7214982 | JUS-7150100 SAFETY CAN SGAL/19L RED | EA | 40.9354 Y | 40.94 |
| 3 | 1.00 | 1.00 | 0.00 | (003) 344606 | MAS-175DLH   PADLOCK   SET-UR-OWN COMB BRASS | EA | 18.3148 Y | 18.31 |
| 4 | 2.00 | 2.00 | 0.00 | (004) 7204153 | JAC-GLASSES NEMESIS BLK/SMKMIR | PR | 4.1568 Y | 8.31 |
| 5 | 1.00 | 1.00 | 0.00 | (005) 7193789 | AUS-AIR GAUGE MILTON 10-160PSI | EA | 19.2307 Y | 19.23 |
| 6 | 1.00 | 1.00 | 0.00 | (006) 7182175 | DIX-DCP21   COUPLING   PLUG   END 1/4X1/4MNPT | EA | 1.1973 Y | 1.20 |
| 7 | 1.00 | 1.00 | 0.00 | (007) 7193739 | AUS-M1693   AIR   CHUCK   DUAL   HEAD MILTON | EA | 10.6128 Y | 10.61 |

Total Lines:   7

**SUB-TOTAL:**   99.91

**SALES TAX:**   8.23

**AMOUNT DUE:**   108.14

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**
**Dept 312**
**PO BOX 4869**
**Houston, TX 77210-4869**
**A/R Dept: (307) 265-8539**

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**

**Branch:**   Howard Supply - Oklahoma City
10344  W. Reno, Oklahoma City OK 73127-7154

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

| INVOICE | |
|---|---|
| 50551317 | |
| Invoice Date | Page |
| 8/10/2015 08:58:15 | 1 of 1 |
| ORDER NUMBER | |
| 10593330 | |
| | |

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| | Ordered By: Stefanie Forgey A/P BILLING | 9/9/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/8/2015 21:40:24 | 30571300 | Victoria Store | RLUTHER |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7154428 | OCM-65622-100 BODY SLIP 1.315-3.5C | EA | 1,097.2500 Y | 1,097.25 |
| 2 | 2.00 | 2.00 | 0.00 | (002) 7162530 | CAV-TC650 3.50 INSERT FCI TUBE $ | ST | 163.5000 Y | 327.00 |
| 3 | 1.00 | 1.00 | 0.00 | (003) 7194021 | AME-O-RING  KIT  NITRILE  (BUNA-N)  70 DURO | EA | 42.8470 Y | 42.85 |
| 4 | 1.00 | 1.00 | 0.00 | (004) 7206964 | WES-943972-45 VALVE RELIEF | EA | 296.8000 Y | 296.80 |

Total Lines:  4

**SUB-TOTAL:**      1,763.90

**SALES TAX:**      145.53

**AMOUNT DUE:**      **1,909.43**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**Please Remit To:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

# INVOICE

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50551418 | |
| Invoice Date | Page |
| 8/10/2015 11:44:08 | 1 of 1 |
| ORDER NUMBER | |
| 10591784 | |
| | |

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 121 / 602-0676 | Ordered By: Stefanie Forgey A/P BILLING | 9/9/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/4/2015 09:57:42 | 30571406 | Victoria Store | PBARRIENTOS |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7140922 | E&E-ROPE SOCKET 2X9/16 W/SWIVEL | EA | 99.1274 Y | 99.13 |
| 2 | 4.50 | 4.50 | 0.00 | (002) 7162950 | BAB-BABBITT 4 GP HIGH NOTCHED STYLE | LB | 5.1724 Y | 23.28 |
| 3 | 1.00 | 1.00 | 0.00 | (003) F1012 | HSC-HOBBLE 2 5/8X3.5 SHACKLES 2 | EA | 96.0503 Y | 96.05 |
| 4 | 3.00 | 3.00 | 0.00 | (004) 7189497 | SAM-SASH CORD 5/16X100 SILVERLAKE | HK | 14.1096 Y | 42.33 |
| 5 | 1.00 | 1.00 | 0.00 | (005) 7154131 | BAI-TAP & DIE 3/4 X 7/8 ROD | EA | 198.3550 Y | 198.36 |
| 6 | 1.00 | 1.00 | 0.00 | (006) 7204797 | OIL-GREASE MYSTIC JT6 10 PK/14oz STICKS | PK | 31.7829 Y | 31.78 |
| 7 | 1.00 | 1.00 | 0.00 | (007) 7223100 | DEL-TAGLINE 5/8 X 30FT NYLON | EA | 35.7603 Y | 35.76 |
| 8 | 1.00 | 1.00 | 0.00 | (008) 7141096 | LEW-ROPE TAIL TR-10-D-PC 10 DRNG | EA | 101.0328 Y | 101.03 |
| 9 | 1.00 | 1.00 | 0.00 | (009) 7203246 | C&C HAMMER UNION 2-1/2 200 | EA | 48.6340 Y | 48.63 |
| 10 | 1.00 | 1.00 | 0.00 | (010) 7140553 | MAR-OIL MARVEL MYSTERY QUART | QT | 4.1508 Y | 4.15 |
| 11 | 1.00 | 1.00 | 0.00 | (011) OWI-SWAGE-2 | SWAGE, 2-1/2 LP X 2-7/8 EUE STD | EA | 51.1857 Y | 51.19 |
| 12 | 4.00 | 4.00 | 0.00 | (012) 7106814 | CRO-G429 3/8 FIST CLIP 1010514 | EA | 10.6462 Y | 42.58 |
| 13 | 1.00 | 1.00 | 0.00 | (013) 7178846 | CRO-109091 419 3BB SNA BLOCK 5/16 | EA | 134.7447 Y | 134.74 |
| 14 | 1.00 | 1.00 | 0.00 | (014) 7107113 | CRO-G414 3/8  E HVY THIMBLE 1037675 | EA | 2.1313 Y | 2.13 |
| 15 | 5.00 | 5.00 | 0.00 | (015) 165605 | CAM-HITCH PIN 3/4X6-1/4 TAGGED | EA | 8.6475 Y | 43.24 |
| 16 | 2.00 | 2.00 | 0.00 | (016) DEL-WRSD-91 | SLING, 9/16 X 6 FT W/THIMBLE EYES | EA | 36.7640 Y | 73.53 |

*Total Lines:* 16

| | |
|---|---|
| **SUB-TOTAL:** | 1,027.91 |
| **SALES TAX:** | 84.84 |
| **AMOUNT DUE:** | **1,112.75** |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4







Please Remit To:
**Howard Supply Company, LLC**
**Dept 312**
**PO BOX 4869**
**Houston, TX 77210-4869**
**A/R Dept: (307) 265-8539**

Terms and Conditions:
www.howard-supply.com

# INVOICE

| INVOICE | |
|---|---|
| 50551444 | |
| Invoice Date | Page |
| 8/10/2015 12:28:30 | 1 of 2 |
| ORDER NUMBER | |
| 10592977 | |

Howard Supply Company, LLC
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 131792

| *PO Number* | Attn: Stefanie Forgey A/P BILLING | *Net Due Date* |
|---|---|---|
| 6020672 | Ordered By: Stefanie Forgey A/P BILLING | 9/9/2015 |

| *Order Date* | *Pick Ticket No* | *Primary Salesrep Name* | *Taker* |
|---|---|---|---|
| 8/7/2015 07:04:34 | 30571432 | Victoria Store | JDAVILA |

*Carrier:* *Tracking #:*

| | *Ordered* | *Shipped* | *Remaining* | *Disp.* | *Item ID* | *Item Description* | *Pricing UOM* | *Unit Price* | | *Extended Price* |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.00 | 1.00 | 0.00 | | (001) 7204797 | OIL-GREASE MYSTIC JT6 10 PK/14oz STICKS | PK | 33.1450 | Y | 33.15 |
| 2 | 3.00 | 3.00 | 0.00 | | (002) 7193979 | HOU-WIPER PIPE FW-9020 2-3/8in $ | EA | 12.8571 | Y | 38.57 |
| 3 | 3.00 | 3.00 | 0.00 | | (003) 7193980 | HOU-WIPER PIPE FW-9025 2-7/8in $ | EA | 12.8572 | Y | 38.57 |
| 4 | 2.00 | 2.00 | 0.00 | | (004) 7186407 | GIL-PLUG DRAG F/ 500 TONG | EA | 1.2025 | Y | 2.41 |
| 5 | 2.00 | 2.00 | 0.00 | | (005) 7195641 | HEX KEY L 9/16 LONG | EA | 6.5429 | Y | 13.09 |
| 6 | 12.00 | 12.00 | 0.00 | | (006) 7180187 | SAF-GLASSES ZTEK PYR CLR/CLR | PR | 1.4000 | Y | 16.80 |
| 7 | 12.00 | 12.00 | 0.00 | | (007) 7180188 | SAF-GLASSES PYR ZTEK GRY/GRY | PR | 1.5714 | Y | 18.86 |
| 8 | 2.00 | 2.00 | 0.00 | | (009) 7181868 | HOU-RUBBER STRIPPER HSSR-25 2-7/8 | EA | 100.9364 | Y | 201.87 |
| 9 | 4.00 | 4.00 | 0.00 | | (010) 7119354 | SEY-HANDLE HAMMER ENG 16 OVAL EYE | EA | 3.2933 | Y | 13.17 |
| 10 | 2.00 | 2.00 | 0.00 | | (011) 7119359 | SEY-HANDLE SLEDGE 36 6-16LB | EA | 7.6481 | Y | 15.30 |
| 11 | 1.00 | 1.00 | 0.00 | | (012) 739060 | MAN-TAPE ELECTRICAL 3/4X60 | RL | 0.6000 | Y | 0.60 |
| 12 | 1.00 | 1.00 | 0.00 | | (013) 122476 | GOJ-HAND CLEANER ORG PUMICE 1GAL | GL | 13.4141 | Y | 13.41 |
| 13 | 10.00 | 10.00 | 0.00 | | (014) 7189498 | SAM-SASH CORD 3/8X100 SILVERLAKE | HK | 19.3500 | Y | 193.50 |
| 14 | 6.00 | 6.00 | 0.00 | | (015) 7204936 | JET-34212 LUBRICANT 15LB CURAL METAL FRE | EA | 38.4285 | Y | 230.57 |
| 15 | 4.00 | 4.00 | 0.00 | | (016) 7150590 | MAG-BRUSH DOPE DRILL PIPE 2 | EA | 4.7284 | Y | 18.91 |
| 16 | 3.00 | 3.00 | 0.00 | | (017) 7222021 | ARN-1734 OIL HYDRAULIC AW68 PURUS | 5G | 47.4429 | Y | 142.33 |
| 17 | 3.00 | 3.00 | 0.00 | | (018) 7222019 | ARN-3714 OIL 15W-40 DELO 400 5 GAL | 5GL | 100.6914 | Y | 302.07 |
| 18 | 3.00 | 3.00 | 0.00 | | (019) 7222185 | SPI-WPB100GL ABSORB PAD 19X15 OIL ONLY W | BD | 25.7143 | Y | 77.14 |
| 19 | 30.00 | 30.00 | 0.00 | | (020) 7213571 | RIG-320-0708 TONG DIE F58 REGULAR 2-3/8 | EA | 6.0000 | Y | 180.00 |
| 20 | 2.00 | 2.00 | 0.00 | | (021) 7117970 | RID-31695 HOOK JAW 24 | EA | 41.4266 | Y | 82.85 |
| 21 | 2.00 | 2.00 | 0.00 | | (022) 7117971 | RID-31700 HEEL JAW 24 W/PIN | EA | 20.6566 | Y | 41.31 |
| 22 | 2.00 | 2.00 | 0.00 | | (023) 7117975 | RID-31720 HOOK JAW 36 | EA | 87.0030 | Y | 174.01 |
| 23 | 2.00 | 2.00 | 0.00 | | (025) 7117965 | RID-31670 HOOK JAW 18 | EA | 26.5332 | Y | 53.07 |
| 24 | 2.00 | 2.00 | 0.00 | | (026) 7117966 | RID-31675 HEEL JAW 18 W/PIN | EA | 13.4072 | Y | 26.81 |
| 25 | 2.00 | 2.00 | 0.00 | | (027) 579373 | WD4-LUBRICANT WD40 12OZ MP | EA | 6.5285 | Y | 13.06 |
| 26 | 2.00 | 2.00 | 0.00 | | (028) 7223100 | DEL-TAGLINE 5/8 X 30FT NYLON | EA | 35.7143 | Y | 71.43 |
| 27 | 36.00 | 36.00 | 0.00 | | (030) 7211007 | IRW-TAPE FLAG 150FT GLO-PINK | RL | 1.4426 | Y | 51.93 |
| 28 | 1.00 | 1.00 | 0.00 | | (031) 7181922 | ANV-SWAGE 21/2UP8RDX2LP STD J55 NIPPLE | EA | 64.2857 | Y | 64.29 |
| 29 | 12.00 | 12.00 | 0.00 | | (032) 7140111 | MAR-PAINT STICK YELLOW 80221 | EA | 1.2670 | Y | 15.20 |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

Unofficial Copy Office of Chris Daniel District Clerk



# INVOICE

| INVOICE | |
|---|---|
| 50551444 | |
| Invoice Date | Page |
| 8/10/2015 12:28:30 | 2 of 2 |
| ORDER NUMBER | |
| 10592977 | |
| | |

**Please Remit To:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

Howard Supply Company, LLC
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| | Ordered | Shipped | Remaining | Disp. | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 30 | 2.00 | 2.00 | 0.00 | | (033) 7194535 | KEE-TIE DOWN 15 RATCHET 1666LB J-HOOK | EA | 16.5167 Y | 33.03 |
| 31 | 3.00 | 3.00 | 0.00 | | (034) 7222899 | CCG-STUD 1-3/8 X 6-3/4 W/ 1 NUT | EA | 9.8286 Y | 29.49 |

*Total Lines: 31*

| | |
|---|---|
| ***SUB-TOTAL:*** | 2,206.80 |
| ***SALES TAX:*** | 182.10 |
| ***AMOUNT DUE:*** | **2,388.90** |

*Unofficial Copy Office of Chris Daniel District Clerk*

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

# INVOICE

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50551445 | |
| Invoice Date | Page |
| 8/10/2015 12:30:12 | 1 of 1 |
| ORDER NUMBER | |
| 10593118 | |
| | |

**Howard Supply Company, LLC**

**Branch:**  Howard Supply - Victoria

3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0680 \ RIG # 300 | Ordered By: Stefanie Forgey A/P BILLING | 9/9/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/7/2015 08:47:14 | 30571433 | Victoria Store | JDAVILA |

| | Quantities | | | | | Pricing | Unit | Extended |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | Item ID | Item Description | UOM | Price | Price |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 78.00 | 78.00 | 0.00 | (001) 647752 | NES-WATER PURE NESTLE 24-PK 1/2 LITRE | PK | 5.0060 Y | 390.47 |

Total Lines:  1

**SUB-TOTAL:**    390.47

**SALES TAX:**    32.21

**AMOUNT DUE:**    422.68

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.



**HSC**

Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

# INVOICE

| INVOICE | |
|---|---|
| 50551448 | |
| Invoice Date | Page |
| 8/10/2015 12:34:33 | 1 of 2 |
| ORDER NUMBER | |
| 10593221 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| *PO Number* | Attn: Stefanie Forgey A/P BILLING | *Net Due Date* |
|---|---|---|
| 6020679 RIG 119 | Ordered By: Stefanie Forgey A/P BILLING | 9/9/2015 |

| *Order Date* | *Pick Ticket No* | *Primary Salesrep Name* | | *Taker* |
|---|---|---|---|---|
| 8/7/2015 13:50:29 | 30571436 | Victoria Store | | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 4.00 | 4.00 | 0.00 | (001) 7204936 | JET-34212 LUBRICANT 15LB CURAL METAL FRE | EA | 38.4285 Y | 153.71 |
| 2 | 2.00 | 2.00 | 0.00 | (002) 7193979 | HOU-WIPER PIPE FW-9020, 2-3/8in $ | EA | 12.8571 Y | 25.71 |
| 3 | 1.00 | 1.00 | 0.00 | (003) 7179928 | SQW-SQWINCHER FAST PACK GRAPE 6OZ 50BX | BX | 16.7143 Y | 16.71 |
| 4 | 1.00 | 1.00 | 0.00 | (004) 7205884 | SQW-SQWINCHER QUIK STIK PUNCH 50PK | PK | 19.3758 Y | 19.38 |
| 5 | 1.00 | 1.00 | 0.00 | (005) 7210409 | SQW-SQWINCHER QUIK STIK RASPBERRY 50PK | PK | 19.2857 Y | 19.29 |
| 6 | 1.00 | 1.00 | 0.00 | (006) 7213837 | SQW-SQWINCHER QUIK STIK MTN BERRY 50PK | PK | 19.2857 Y | 19.29 |
| 7 | 600.00 | 600.00 | 0.00 | (007) 7162545 | CWC-ROPE MANILA 1/4X600 PACIFIC | FT | 0.0397 Y | 23.82 |
| 8 | 2.00 | 2.00 | 0.00 | (008) 7189496 | SAM-SASH CORD 1/4X100 SILVERLAKE | HK | 8.4687 Y | 16.94 |
| 9 | 6.00 | 6.00 | 0.00 | (009) 7222020 | ARN-3712 OIL DELO 15-40W 1 GAL | GL | 16.6857 Y | 100.11 |
| 10 | 1.00 | 1.00 | 0.00 | (010) 122476 | GOJ-HAND CLEANER ORG PUMICE 1GAL | GL | 13.4141 Y | 13.41 |
| 11 | 10.00 | 10.00 | 0.00 | (011) 7204964 | SAF-GLOVE COTTON ORNGE DOT 10oz ORG CUFF | DZ | 10.9460 Y | 109.46 |
| 12 | 2.00 | 2.00 | 0.00 | (012) 579373 | WD4-LUBRICANT WD40 12OZ MP | EA | 6.5285 Y | 13.06 |
| 13 | 1.00 | 1.00 | 0.00 | (013) 7117976 | RID-31725 HEEL JAW 36 W/PIN | EA | 34.6143 Y | 34.61 |
| 14 | 1.00 | 1.00 | 0.00 | (014) 7204728 | HEX KEY SET 18PC .028-5/8 SHORT | EA | 35.6857 Y | 35.69 |
| 15 | 1.00 | 1.00 | 0.00 | (015) 7141096 | LEW-ROPE TAIL TR-10-D-PC 10 DRNG | EA | 100.9029 Y | 100.90 |
| 16 | 10.00 | 10.00 | 0.00 | (016) 7202779 | SAF-PIN SAFETY 1-1/2WX6L X-SMALL ZINC | EA | 3.5339 Y | 35.34 |
| 17 | 1.00 | 1.00 | 0.00 | (018) 7222185 | SPI-WPB100GL ABSORB PAD 19X15 OIL ONLY W | BD | 25.7143 Y | 25.71 |
| 18 | 1.00 | 1.00 | 0.00 | (019) 7204560 | ZEP-WASH TRUCK & TRAILER 5-GAL | EA | 133.7143 Y | 133.71 |
| 19 | 2.00 | 2.00 | 0.00 | (020) 7205108 | TRI-SEAL 7-1/16 223023 TOP T-WD | EA | 41.4286 Y | 82.86 |
| 20 | 2.00 | 2.00 | 0.00 | (021) 7205105 | TRI-RAM RUBBER 7-1/16X2-3/8 T-WD | EA | 46.1640 Y | 92.33 |
| 21 | 2.00 | 2.00 | 0.00 | (022) 7205315 | TRI-GASKET 7-1/16 DOOR T-FS-WD | EA | 14.0714 Y | 28.14 |
| 22 | 2.00 | 2.00 | 0.00 | (023) 7119219 | REC-RAGS CMP No.25 POLY COLOR TERRY/TURK | BG | 28.2429 Y | 28.24 |
| 23 | 1.00 | 1.00 | 0.00 | (024) 7206324 | UNI-SHOVEL RAZORBACK SP | EA | 30.9870 Y | 30.99 |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* * * 12.4.219, 05/26/2010

Rev 4



**Howard Supply Company, LLC**
**Dept 312**
**PO BOX 4869**
**Houston, TX 77210-4869**
**A/R Dept: (307) 265-8539**

# INVOICE

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50551448 | |
| Invoice Date | Page |
| 8/10/2015 12:34:33 | 2 of 2 |
| ORDER NUMBER | |
| 10593221 | |
| | |

Howard Supply Company, LLC

**Branch:**   Howard Supply - Victoria

3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp. | | | | | |

Total Lines:  23

|  |  |
|---|---|
| **SUB-TOTAL:** | 1,159.41 |
| **SALES TAX:** | 95.69 |
| **AMOUNT DUE:** | **1,255.10** |

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50551471 | |
| Invoice Date | Page |
| 8/10/2015 13:11:05 | 1 of 1 |
| ORDER NUMBER | |
| 10593393 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020683  RIG 113 | Ordered By: Stefanie Forgey A/P BILLING | 9/9/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 8/10/2015 07:37:40 | 30571452 | Victoria Store | | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 4.00 | 4.00 | 0.00 | (001) 7182175 | DIX-DCP21   COUPLING   PLUG   END 1/4X1/4MNPT | EA | 1.1973  Y | 4.79 |
| 2 | 4.00 | 4.00 | 0.00 | (002) 7107672 | DIX-DC20   COUPLING   AIR   1/4 X 1/4 INDUSTRIAL | EA | 4.8143  Y | 19.26 |
| 3 | 2.00 | 2.00 | 0.00 | (003) 7204964 | SAF-GLOVE   COTTON   ORNGE   DOT   10oz ORG CUFF | DZ | 10.9460  Y | 21.89 |
| 4 | 4.00 | 4.00 | 0.00 | (004) 7217459 | IMP NIPPLE XH 1/4 X CL | EA | 0.9270  Y | 3.71 |
| 5 | 2.00 | 2.00 | 0.00 | (005) 7217291 | IMP ELL 2000# 90 1/4 | EA | 2.3906  Y | 4.78 |
| 6 | 1.00 | 1.00 | 0.00 | (006) 579373 | WD4-LUBRICANT WD40 12OZ MP | EA | 6.5285  Y | 6.53 |
| 7 | 2.00 | 2.00 | 0.00 | (007) 7150632 | RUB-FAUCET 580 WATER COOLER | EA | 5.8929  Y | 11.79 |
| 8 | 1.00 | 1.00 | 0.00 | (008) 7119219 | REC-RAGS   CMP   No.25   POLY   COLOR TERRY/TURK | BG | 28.2429  Y | 28.24 |

*Total Lines:*   8

**SUB-TOTAL:**  100.99
**SALES TAX:**  8.34
**AMOUNT DUE:**  **109.33**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**HSC**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

# INVOICE

| INVOICE | |
|---|---|
| 50551486 | |
| Invoice Date | Page |
| 8/10/2015 13:42:58 | 1 of 1 |
| ORDER NUMBER | |
| 10593031 | |
| | |

Howard Supply Company, LLC
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| *PO Number* | Attn: Stefanie Forgey A/P BILLING | *Net Due Date* |
|---|---|---|
| 6020674 | Ordered By: Stefanie Forgey A/P BILLING | 9/9/2015 |

| *Order Date* | *Pick Ticket No* | *Primary Salesrep Name* | *Taker* |
|---|---|---|---|
| 8/7/2015 08:05:53 | 30571465 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | *Carrier:* | | | | *Tracking #:* | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7121820 | WMH-63201   VISE   6-1/2   TRADESMAN 1765W/SWV | EA | 559.2857  Y | 559.29 |

Total Lines:  *1*

**SUB-TOTAL:**          559.29
**SALES TAX:**            46.15
**AMOUNT DUE:**       **605.44**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

\* ' 12.4.219, 05/26/2010

Rev 4



Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

# INVOICE

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50551490 | |
| Invoice Date | Page |
| 8/10/2015 13:49:17 | 1 of 1 |
| ORDER NUMBER | |
| 10593657 | |
| | |

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 114/ 602-0685 | Ordered By: Stefanie Forgey A/P BILLING | 9/9/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/10/2015 12:11:07 | 30571469 | Victoria Store | PBARRIENTOS |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |

**Carrier:**      **Tracking #:**

| # | Ordered | Shipped | Remaining | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 1.00 | 1.00 | 0.00 | (001) 7222021 | ARN-1734 OIL HYDRAULIC AW68 PURUS | 5G | 47.5039 Y | 47.50 |
| 2 | 10.00 | 10.00 | 0.00 | (002) 7200422 | WES-27897 SPRING INNER RING | EA | 3.3100 Y | 33.10 |
| 3 | 10.00 | 10.00 | 0.00 | (003) 7200397 | WES-27722 PIN INNER RING JAW | EA | 6.0300 Y | 60.30 |
| 4 | 1.00 | 1.00 | 0.00 | (004) 7211668 | INT-SEAL KIT DV20-K-2 SECTION | EA | 23.3157 Y | 23.32 |
| 5 | 2.00 | 2.00 | 0.00 | (005) 7205106 | TRI-RAM RUBBER 7-1/16X2-78 T-WD | EA | 48.2868 Y | 96.57 |
| 6 | 2.00 | 2.00 | 0.00 | (006) 7101892 | AER-22021-16 BACKUP RING TEFLON #16 | EA | 2.0535 Y | 4.11 |
| 7 | 2.00 | 2.00 | 0.00 | (007) 7101988 | AER-22550-126-BUNA-N O-RING #16 | EA | 0.5338 Y | 1.07 |
| 8 | 1.00 | 1.00 | 0.00 | (008) 7204936 | JET-34212 LUBRICANT 15LB CURAL METAL FRE | EA | 38.4780 Y | 38.48 |
| 9 | 2.00 | 2.00 | 0.00 | (009) 442-24221 | THREADLOCKER, LOCTITE 242 BLUE 10 MIL | EA | 14.8767 Y | 29.75 |
| 10 | 1.00 | 1.00 | 0.00 | (010) 7213068 | MAG-4124 SQUEEGEE FLOOR W/HANDLE 24 | EA | 23.6161 Y | 23.62 |
| 11 | 2.00 | 2.00 | 0.00 | (011) 7106353 | CRE-AC112 WRENCH ADJ 12 CHROME | EA | 32.1699 Y | 64.34 |
| 12 | 1.00 | 1.00 | 0.00 | (012) 64174L | 3M-TAPE DUCT 2X60 SCOTCH PRO-STRENGTH | RL | 7.6241 Y | 7.62 |
| 13 | 2.00 | 2.00 | 0.00 | (013) 7106869 | CRO-A1337 1/2 W 8MM LOK-A-LOY 1015113 | EA | 29.8622 Y | 59.72 |
| 14 | 1.00 | 1.00 | 0.00 | (014) 7106096 | NIC-04896N FILE HALF ROUND BASTARD 8 | EA | 9.6106 Y | 9.61 |
| 15 | 1.00 | 1.00 | 0.00 | (015) 7218725 | EMP-LEVEL 9 HD MAGNETIC ALUM TORPEDO | EA | 10.0068 Y | 10.01 |
| 16 | 1.00 | 1.00 | 0.00 | (016) 7106077 | NIC-03665 FILE FLAT BASTARD 10 | EA | 8.0484 Y | 8.05 |

Total Lines: 16

| | |
|---|---|
| **SUB-TOTAL:** | 517.17 |
| **SALES TAX:** | 42.71 |
| **AMOUNT DUE:** | **559.88** |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* * 12.4.219, 05/26/2010

Rev 4



**INVOICE**

**Howard Supply Company, LLC**
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

| INVOICE | |
|---|---|
| 50551828 | |
| Invoice Date | Page |
| 8/11/2015 11:39:44 | 1 of 1 |
| ORDER NUMBER | |
| 10592977 | |
| | |

**Customer ID:** 131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020672 | Ordered By: Stefanie Forgey A/P BILLING | 9/10/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/7/2015 07:04:34 | 30571836 | Victoria Store | JDAVILA |

| | Quantities | | | | | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | Item ID | Item Description | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 2.00 | 2.00 | 0.00 | (008) 7180356 | HOU-RUBBER STRIPPER HSSR-20 2-3/8 | EA | 100.9400 Y | 201.88 |

Total Lines: 1

**SUB-TOTAL:** 201.88
**SALES TAX:** 16.66
**AMOUNT DUE:** 218.54

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Please Remit To:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50551897 | |
| Invoice Date | Page |
| 8/11/2015 13:42:04 | 1 of 1 |
| ORDER NUMBER | |
| 10593824 | |
| | |

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 114 / 602-0690 | Ordered By: Stefanie Forgey A/P BILLING | 9/10/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/11/2015 06:54:45 | 30571896 | Victoria Store | PBARRIENTOS |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 7.00 | 7.00 | 0.00 | (001) 7212970 | MSA-MONITOR H2S ALTAIR 2 YR GA24XT | EA | 116.1260 Y | 812.88 |
| 2 | 6.00 | 6.00 | 0.00 | (002) 7140594 | CHE-RC815 WHEEL CHOCK RUBBER | EA | 17.5511 Y | 105.31 |
| 3 | 3.00 | 3.00 | 0.00 | (003) 7222021 | ARN-1734 OIL HYDRAULIC AW68 PURUS | 5G | 47.4971 Y | 142.49 |

Total Lines: 3

**SUB-TOTAL:** 1,060.68
**SALES TAX:** 87.51
**AMOUNT DUE:** 1,148.19

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4

Unofficial Copy Office of Chris Daniel District Clerk



# INVOICE

Please remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50551939 | |
| Invoice Date | Page |
| 8/11/2015 14:26:17 | 1 of 1 |
| ORDER NUMBER | |
| 10593482 | |
| | |

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020685  SIGNS | Ordered By: Stefanie Forgey A/P BILLING | 9/10/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/10/2015 09:11:13 | 30571936 | Victoria Store | JDAVILA |

| | Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | Carrier: | | | | Tracking #: | | | |
| 1 | 20.00 | 20.00 | 0.00 | | (001) | 1FAR- 1/4 IN C 1/4 IN CHAIN 20 FT | FT | 2.5571 Y | 51.14 |
| 2 | 12.00 | 12.00 | 0.00 | | (002) | FAR-BULLET BULLET HINGE WITH GREASE FITTING | EA | 5.5429 Y | 66.51 |
| 3 | 6.00 | 6.00 | 0.00 | | (003) 513770 | KRY-K01601 PAINT SPRAY GLOSSY BLACK | EA | 6.0400 Y | 36.24 |
| 4 | 6.00 | 6.00 | 0.00 | | (004) 513705 | KRY-K01318 PAINT SPRAY PRIMER GRAY | EA | 6.1600 Y | 36.96 |

*Total Lines: 4*

**SUB-TOTAL:** 190.85
**SALES TAX:** 15.75
**AMOUNT DUE:** 206.60

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Please Remit To:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50551979 | |
| Invoice Date | Page |
| 8/11/2015 15:10:09 | 1 of 1 |
| ORDER NUMBER | |
| 10593325 | |
| | |

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 300 \ 602-0700 | Ordered By: Stefanie Forgey A/P BILLING | 9/10/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 8/8/2015 10:48:55 | 30571979 | Victoria Store | | MRIVERA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | | Carrier: | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7222021 | ARN-1734 OIL HYDRAULIC AW68 PURUS | 5G | 45.4932 Y | 45.49 |
| 2 | 4.00 | 4.00 | 0.00 | (002) 7126652 | CAM-CHAIN BINDER 3/8X20 GR70 3/8 HOOKS | EA | 59.9231 Y | 239.69 |
| 3 | 4.00 | 4.00 | 0.00 | (003) 770909 | ABC-BRUSH WIRE SHOE HANDLE | EA | 1.5728 Y | 6.29 |
| 4 | 20.00 | 20.00 | 0.00 | (004) 739060 | MAN-TAPE ELECTRICAL 3/4X60 | RL | 0.4200 Y | 8.40 |
| 5 | 25.00 | 25.00 | 0.00 | (005) 7204964 | SAF-GLOVE COTTON ORNGE DOT 10oz ORG CUFF | DZ | 10.9460 Y | 273.65 |
| 6 | 2.00 | 2.00 | 0.00 | (006) 7179928 | SQW-SQWINCHER FAST PACK GRAPE 6OZ 50BX | BX | 16.7143 Y | 33.43 |
| 7 | 2.00 | 2.00 | 0.00 | (007) 7205884 | SQW-SQWINCHER QUIK STIK PUNCH 50PK | PK | 19.3758 Y | 38.75 |
| 8 | 2.00 | 2.00 | 0.00 | (009) 7205886 | SQW-SQWINCHER QUIK STIK LEMONADE 50PK | PK | 19.2823 Y | 38.56 |
| 9 | 1.00 | 1.00 | 0.00 | (010) 7117909 | RID-31035 WRENCH PIPE 36 C-IRON | EA | 144.4475 Y | 144.45 |
| 10 | 1.00 | 1.00 | 0.00 | (011) 7194021 | AME-O-RING KIT NITRILE (BUNA-N) 70 DURO | EA | 34.4613 Y | 34.46 |
| 11 | 1.00 | 1.00 | 0.00 | (012) 7188467 | PRE-ROLL PIN ASSORTMENT 300pc | KT | 43.3286 Y | 43.33 |
| 12 | 2.00 | 2.00 | 0.00 | (016) 7210409 | SQW-SQWINCHER QUIK STIK RASPBERRY 50PK | PK | 19.2857 Y | 38.57 |

*Total Lines: 12*

| | |
|---|---|
| **SUB-TOTAL:** | 945.07 |
| **SALES TAX:** | 77.96 |
| **AMOUNT DUE:** | 1,023.03 |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* * 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**
Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50551982 | |
| Invoice Date | Page |
| 8/11/2015 15:16:21 | 1 of 1 |
| ORDER NUMBER | |
| 10594259 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0688 | Ordered By: Stefanie Forgey A/P BILLING | 9/10/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 8/11/2015 14:05:24 | 30571982 | Victoria Store | | PBARRIENTOS |

| Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1.00 | 1.00 | 0.00 | | (001) 7180188 | SAF-GLASSES PYR ZTEK GRY/GRY | BX | 18.0822 Y | 18.08 |

1

Total Lines:  1

**SUB-TOTAL:**    18.08
**SALES TAX:**    1.49
**AMOUNT DUE:**    **19.57**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts
are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item
whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to
www.howard-supply.com for complete Terms and Conditions.

Rev 4

Unofficial Copy Office of Chris Daniel District Clerk



**INVOICE**

Please remit to:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50552038 | |
| Invoice Date | Page |
| 8/12/2015 06:30:18 | 1 of 1 |
| ORDER NUMBER | |
| 10593298 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Oklahoma City
10344  W. Reno, Oklahoma City OK 73127-7154

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**  131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| | Ordered By: Stefanie Forgey A/P BILLING | 9/11/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/7/2015 21:49:58 | 30571474 | Oklahoma City Store | CBERRYHILL |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | |

**Order Note:**  Ordered by Keith Jordan rig 300

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | **Carrier:** | | | | **Tracking #:** | | | |
| 1 | 15.00 | 15.00 | 0.00 | (001) 7221650 | SUR-TONG DIE F-58 S | EA | 8.7501 Y | 131.25 |
| 2 | 8.00 | 8.00 | 0.00 | (002) F1037 | HSC-BOARD MATTING 3 X 12 X 48 | EA | 27.0000 Y | 216.00 |
| 3 | 1.00 | 1.00 | 0.00 | (003) MILEAGE | MILEAGE LABOR SVCS | EA | 75.0000 Y | 75.00 |

Total Lines:  3

| | |
|---|---|
| ***SUB-TOTAL:*** | 422.25 |
| ***SALES TAX:*** | 34.85 |
| ***AMOUNT DUE:*** | **457.10** |

  Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts
are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item
whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to
www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210–4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50552090 | |
| Invoice Date | Page |
| 8/12/2015 08:57:04 | 1 of 1 |
| ORDER NUMBER | |
| 10589235 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| PER JAY | Ordered By: Stefanie Forgey A/P BILLING | 9/11/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 7/27/2015 15:24:43 | 30572098 | Victoria Store | | MRIVERA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 7222021 | ARN-1734 OIL HYDRAULIC AW68 PURUS | 5G | 45.4900 Y | 90.98 |

Total Lines:  1

SUB-TOTAL:   90.98
SALES TAX:   7.50
AMOUNT DUE:   **98.48**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ¹ 12.4.219, 05/26/2010

Rev 4



# HSC

**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---------|---|
| 50552120 | |
| Invoice Date | Page |
| 8/12/2015 09:52:49 | 1 of 1 |
| ORDER NUMBER | |
| 10594494 | |
| | |

**Howard Supply Company, LLC**
**Branch:**  Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|-----------|-----------------------------------|--------------|
| RIG 114 / PO: 602-0694 | Ordered By: Stefanie Forgey A/P BILLING | 9/11/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|------------|----------------|----------------------|-------|
| 8/12/2015 09:37:14 | 30572127 | Victoria Store | PBARRIENTOS |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7219433 | DIC-R6363156 ROD PONY 3/4X4 | EA | 86.0392  Y | 86.04 |

Total Lines:  1

**SUB-TOTAL:** 86.04
**SALES TAX:** 7.10
**AMOUNT DUE:** 93.14

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**HSC**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

| INVOICE | |
|---|---|
| 50552396 | |
| Invoice Date | Page |
| 8/13/2015 09:03:20 | 1 of 1 |
| ORDER NUMBER | |
| 10594770 | |
| | |

**Customer ID:** 131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0681 \ RIG 114 | Ordered By: Stefanie Forgey A/P BILLING | 9/12/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/13/2015 06:01:00 | 30572419 | Victoria Store | PBARRIENTOS |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | |
| | | Carrier: | | | Tracking #: | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 7193586 | PAC-EYE WASH STATION SKIN | EA | 22.1739 Y | 44.35 |
| 2 | 10.00 | 10.00 | 0.00 | (002) 7200256 | MCC-DECAL CONFINED SPACE $ | EA | 3.5903 Y | 35.90 |
| 3 | 1.00 | 1.00 | 0.00 | (003) 7112610 | MSA-HAT V-GARD WHITE RATCHET SUSP | EA | 19.1531 Y | 19.15 |
| 4 | 2.00 | 2.00 | 0.00 | (004) 7180356 | HOU-RUBBER STRIPPER HSSR-20 2-3/8 | EA | 101.0699 Y | 202.14 |
| 5 | 2.00 | 2.00 | 0.00 | (005) 7181868 | HOU-RUBBER STRIPPER HSSR-25 2-7/8 | EA | 101.0676 Y | 202.14 |
| 6 | 10.00 | 10.00 | 0.00 | (006) 7140594 | CHE-RC815 WHEEL CHOCK RUBBER | EA | 16.8082 Y | 168.08 |

**Total Lines:** 6

**SUB-TOTAL:** 671.76
**SALES TAX:** 55.42
**AMOUNT DUE:** 727.18

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

**INVOICE**

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50552398 | |
| Invoice Date | Page |
| 8/13/2015 09:04:49 | 1 of 1 |
| ORDER NUMBER | |
| 10594807 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

UPS (R30202) BAKERSFIELD
LOCKBOX 577
CAROL STREAM, IL 60132-0577
USA

**Customer ID:**   131792

**Ship To ID:** 131972

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020696 YARD | Ordered By: Stefanie Forgey A/P BILLING | 9/12/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/13/2015 07:13:30 | 30572421 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 6.00 | 6.00 | 0.00 | (001) 7182247 | ZEP-WASP & HORNET KILLER PESTICIDE | EA | 11.3826  Y | 68.30 |

Total Lines:   1

**SUB-TOTAL:** 68.30
**SALES TAX:** 5.63
**AMOUNT DUE:** **73.93**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts
are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item
whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to
www.howard-supply.com for complete Terms and Conditions.

Rev 4



# HSC

# INVOICE

**Howard Supply Company, LLC**
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

| INVOICE | |
|---|---|
| 50552546 | |
| Invoice Date | Page |
| 8/13/2015 11:34:23 | 1 of 1 |
| ORDER NUMBER | |
| 10594958 | |
| | |

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0682 RIG 114 | Ordered By: Stefanie Forgey A/P BILLING | 9/12/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/13/2015 08:38:53 | 30572574 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7210865 | BAG-GAUGE STICK 15 FOLDING | EA | 18.0000 Y | 18.00 |
| 2 | 2.00 | 2.00 | 0.00 | (002) 513739 | KRY-K01501 PAINT SPRAY GLOSSY WHITE | EA | 4.3143 Y | 8.63 |
| 3 | 2.00 | 2.00 | 0.00 | (003) 143568 | KRY-K01813 PAINT SPRAY SAFTY YELLOW OSHA | EA | 5.6248 Y | 11.25 |

Total Lines:   3

| | |
|---|---|
| **SUB-TOTAL:** | 37.88 |
| **SALES TAX:** | 3.13 |
| **AMOUNT DUE:** | 41.01 |

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**HSC**

**INVOICE**

| INVOICE | |
|---|---|
| 50553323 | |
| Invoice Date | Page |
| 8/17/2015 10:02:07 | 1 of 1 |
| ORDER NUMBER | |
| 10595754 | |

Please remit to:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

Customer ID:   131792

Ship To ID: 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0716 SHOP | Ordered By: Stefanie Forgey A/P BILLING | 9/16/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/17/2015 09:03:56 | 30573362 | Victoria Store | JDAVILA |

| Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | | | | **Carrier:** | **Tracking #:** | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 7204153 | JAC-GLASSES NEMESIS BLK/SMKMIR | PR | 4.1521 Y | 8.30 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7112610 | MSA-HAT V-GARD WHITE RATCHET SUSP | EA | 19.1284 Y | 19.13 |
| 3 | 1.00 | 1.00 | 0.00 | (003) 7183123 | MSA-HAT V-GARD GRAY RATCHET SUSP | EA | 17.8857 Y | 17.89 |
| 4 | 1.00 | 1.00 | 0.00 | (004) 7163687 | RUB-LID REPL 7-10GAL | EA | 37.2857 Y | 37.29 |

Total Lines:   4

**SUB-TOTAL:**      82.61

**SALES TAX:**      6.83

**AMOUNT DUE:**      89.44

Unofficial Copy Office of the Gayle Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**HSC**

Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50553388 | |
| Invoice Date | Page |
| 8/17/2015 11:10:36 | 1 of 1 |
| ORDER NUMBER | |
| 10594334 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Oklahoma City
10344 W. Reno, Oklahoma City OK 73127-7154

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| | Ordered By: Stefanie Forgey A/P BILLING | 9/16/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/11/2015 21:11:41 | 30572051 | Oklahoma City Store | CBERRYHILL |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | | (001) 7117911 | RID-31045 WRENCH PIPE 60 C-IRON | EA | 329.9350 Y | 329.94 |
| 2 | 2.00 | 2.00 | 0.00 | | (002) 7117981 | RID-31750 HEEL JAW 48 W/PIN | EA | 50.9200 Y | 101.84 |
| 3 | 2.00 | 2.00 | 0.00 | | (003) 7117980 | RID-31745 HOOK JAW 48 | EA | 120.6500 Y | 241.30 |
| 4 | 1.00 | 1.00 | 0.00 | | (004) 7117985 | RID-31770 HOOK JAW 60 | EA | 191.9950 Y | 192.00 |
| 5 | 1.00 | 1.00 | 0.00 | | (005) 7117986 | RID-31775 HEEL JAW 60 W/PIN | EA | 84.0275 Y | 84.03 |
| 6 | 1.00 | 1.00 | 0.00 | | (006) MILEAGE | MILEAGE LABOR SVCS | EA | 300.0000 Y | 300.00 |

**Order Line Notes:** AFTER HOUR MILEAGE CALCULATED
FROM HSC LOCATION TO FINAL
DESTINATION @ $1.00/MILE

*Total Lines:* 6

**SUB-TOTAL:**   1,249.11

**SALES TAX:**   103.06

**AMOUNT DUE:**   1,352.17

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50553689 | |
| Invoice Date | Page |
| 8/18/2015 09:56:53 | 1 of 1 |
| ORDER NUMBER | |
| 10595945 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0717 \ YARD-JAY | Ordered By: Stefanie Forgey A/P BILLING | 9/17/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/17/2015 14:22:41 | 30573756 | Victoria Store | PBARRIENTOS |

| Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | | | **Carrier:** | | **Tracking #:** | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7184179 | REC-RAGS PLY No.25BAG WHITE TURKISH | BG | 31.2877 Y | 31.29 |
| 2 | 2.00 | 2.00 | 0.00 | (002) 7204777 | PAC-FIRST AID KIT WHITE 3 SHELF | EA | 135.2239 Y | 270.45 |

Total Lines:  2

**SUB-TOTAL:**   301.74
**SALES TAX:**   24.90
**AMOUNT DUE:**   326.64

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please remit to:
**Howard Supply Company, LLC**
**Dept 312**
**PO BOX 4869**
**Houston, TX 77210-4869**
**A/R Dept: (307) 265-8539**

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50553837 | |
| Invoice Date | Page |
| 8/18/2015 13:59:22 | 1 of 1 |
| ORDER NUMBER | |
| 10595789 | |
| | |

**Howard Supply Company, LLC**

**Branch:**   Howard Supply - Victoria

3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 114/ PO: 602-0727 | Ordered By: Stefanie Forgey A/P BILLING | 9/17/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/17/2015 09:41:33 | 30573910 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 7217001 | IMP NIPPLE STD. 4 X 6 | EA | 10.6721 Y | 21.34 |
| 2 | 12.00 | 12.00 | 0.00 | (002) 7222020 | ARN-3712 OIL DELO 15-40W 1 GAL | GL | 16.6857 Y | 200.23 |
| 3 | 3.00 | 3.00 | 0.00 | (003) 7204936 | JET-34212 LUBRICANT 15LB CURAL METAL FRE | EA | 38.4285 Y | 115.29 |
| 4 | 2.00 | 2.00 | 0.00 | (004) 7204797 | OIL-GREASE MYSTIC JT6 10 PK/14oz STICKS | PK | 33.1450 Y | 66.29 |
| 5 | 10.00 | 10.00 | 0.00 | (005) 739060 | MAN-TAPE ELECTRICAL 3/4X60 | RL | 0.6000 Y | 6.00 |
| 6 | 7.00 | 7.00 | 0.00 | (006) 7193980 | HOU-WIPER PIPE FW-9025  2-7/8in $ | EA | 12.8571 Y | 90.00 |
| 7 | 25.00 | 25.00 | 0.00 | (007) 7204964 | SAF-GLOVE COTTON ORNGE DOT 10oz ORG CUFF | DZ | 10.9460 Y | 273.65 |
| 8 | 4.00 | 4.00 | 0.00 | (008) 7222360 | SAF-GLOVE LRG IMPACT ORANGE DOT | PR | 13.2143 Y | 52.86 |
| 9 | 1.00 | 1.00 | 0.00 | (009) 7117976 | RID-31725 HEEL JAW 36 W/PIN | EA | 34.6143 Y | 34.61 |
| 10 | 1.00 | 1.00 | 0.00 | (010) 7117975 | RID-31720 HOOK JAW 36 | EA | 87.0245 Y | 87.02 |
| 11 | 1.00 | 1.00 | 0.00 | (011) 7117925 | RID-31335 WRENCH STRAP 1 | EA | 29.5450 Y | 29.55 |
| 12 | 2.00 | 2.00 | 0.00 | (012) 7203017 | WES-27900 JAW ROD TONG 5/8-3/4-7/8 | EA | 65.4400 Y | 130.88 |
| 13 | 2.00 | 2.00 | 0.00 | (013) 7200465 | WES-32967 JAW ROD TONG 1 | EA | 66.7300 Y | 133.46 |

Total Lines:   13

**SUB-TOTAL:**    1,241.18

**SALES TAX:**    102.38

**AMOUNT DUE:**    1,343.56

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

\* ¹ 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

| INVOICE | |
|---|---|
| 50554060 | |
| Invoice Date | Page |
| 8/19/2015 10:58:14 | 1 of 1 |
| ORDER NUMBER | |
| 10593221 | |
| | |

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020679 RIG 119 | Ordered By: Stefanie Forgey A/P BILLING | 9/18/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 8/7/2015 13:50:29 | 30574139 | Victoria Store | | JDAVILA |

| Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (025) 7206325 | UNI-SHOVEL RAZORBACK RP | EA | 30.9286 Y | 30.93 |

Total Lines:  1

**SUB-TOTAL:**      30.93
**SALES TAX:**        2.54
**AMOUNT DUE:**      **33.47**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010                                                                                                                                Rev 4



# INVOICE

**Howard Supply Company, LLC**
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50555303 | |
| Invoice Date | Page |
| 8/24/2015 12:17:40 | 1 of 1 |
| ORDER NUMBER | |
| 10597962 | |
| | |

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0788 RIG 119 | Ordered By: Stefanie Forgey A/P BILLING | 9/23/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/24/2015 09:42:23 | 30575404 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7204797 | OIL-GREASE MYSTIC JT6 10 PK/14oz STICKS | PK | 33.1441 Y | 33.14 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7136509 | ALE-2365-1 FITTING ASST HYD 48PC W/BOX | EA | 37.7319 Y | 37.73 |
| 3 | 6.00 | 6.00 | 0.00 | (003) 647752 | WATER PURE BOTTLED 24-PK 1/2 LITRE | PK | 5.0031 Y | 30.02 |
| 4 | 4.00 | 4.00 | 0.00 | (004) 7154192 | GAR-TAPE TEFLON 1/2X520 THREAD | RL | 1.4217 Y | 5.69 |
| 5 | 1.00 | 1.00 | 0.00 | (005) 7106751 | CWC-ROPE MANILA 1/2X600 PACIFIC | SP | 128.0400 Y | 128.04 |
| 6 | 3.00 | 3.00 | 0.00 | (006) 7189498 | SAM-SASH CORD 3/8X100 SILVERLAKE | HK | 19.3500 Y | 58.05 |
| 7 | 4.00 | 4.00 | 0.00 | (007) 7222021 | ARN-1734 OIL HYDRAULIC AW68 PURUS | 5G | 47.4429 Y | 189.77 |
| 8 | 2.00 | 2.00 | 0.00 | (008) 7222019 | ARN-3714 OIL 15W-40 DELO 400 5 GAL | 5GL | 100.6914 Y | 201.38 |
| 9 | 6.00 | 6.00 | 0.00 | (009) 7182156 | HOR-FLAGGING SANDLINE F5010 YELLOW | BG | 3.4286 Y | 20.57 |

Total Lines: 9

**SUB-TOTAL:** 704.39

**SALES TAX:** 58.15

**AMOUNT DUE:** 762.54

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**HSC**

# INVOICE

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50555879 | |
| Invoice Date | Page |
| 8/25/2015 13:43:28 | 1 of 1 |
| ORDER NUMBER | |
| 10598647 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020690 | Ordered By: Stefanie Forgey A/P BILLING | 9/24/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/25/2015 12:37:20 | 30576013 | Victoria Store | MRIVERA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7217093 | IMP NIPPLE XH 2 X 6 | EA | 6.5409 Y | 6.54 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7216638 | IMP VALVE CS BALL 2 | EA | 31.8809 Y | 31.88 |
| 3 | 1.00 | 1.00 | 0.00 | (003) 7181824 | ANV-SWAGE   3   8VX21/2UP8RD   STD   J55   NIPPLE | EA | 180.5040 Y | 180.50 |
| 4 | 2.00 | 2.00 | 0.00 | (004) 7212537 | FLUID DIESEL EXHAUST 2.5 GAL | EA | 11.2108 Y | 22.42 |

Total Lines:   4

| | |
|---|---|
| **SUB-TOTAL:** | 241.34 |
| **SALES TAX:** | 19.91 |
| **AMOUNT DUE:** | **261.25** |

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ¹ 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50556422 | |
| Invoice Date | Page |
| 8/26/2015 15:35:16 | 1 of 1 |
| ORDER NUMBER | |
| 10598342 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020790 SHOP ROBERT | Ordered By: Stefanie Forgey A/P BILLING | 9/25/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/25/2015 07:04:20 | 30576552 | Victoria Store | JDAVILA |

| | Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | *Carrier:* | | | *Tracking #:* | | | |
| 1 | 1.00 | 1.00 | 0.00 | | (001) 7112610 | MSA-HAT V-GARD WHITE RATCHET SUSP | EA | 19.1284 Y | 19.13 |
| 2 | 1.00 | 1.00 | 0.00 | | (002) 513853 | KRY-K01901 PAINT SPRAY REGAL BLUE GLOSS | EA | 4.3143 Y | 4.31 |
| 3 | 5.00 | 5.00 | 0.00 | | (003) 7223178 | AME-RIG WASH F-24 DEGREASER PER GALLON | EA | 6.9629 Y | 34.81 |
| | | | | | *Ordered As:* | RIGWASH1 | | | |

*Total Lines: 3*

**SUB-TOTAL:** 58.25
**SALES TAX:** 4.81
**AMOUNT DUE:** 63.06

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ¹ 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50556430 | |
| Invoice Date | Page |
| 8/26/2015 15:38:22 | 1 of 1 |
| ORDER NUMBER | |
| 10598870 | |
| | |

**Howard Supply Company, LLC**
**Branch:**  Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 6020693 | Ordered By: Stefanie Forgey A/P BILLING | 9/25/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 8/26/2015 07:54:06 | 30576562 | Victoria Store | | JDAVILA |

| Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1.00 | 1.00 | 0.00 | | (001) F1742 | HSC-RIGWASH F-24 DEGREASER 5-GALLON | EA | 41.7801 Y | 41.78 |

1

Total Lines:  1

**SUB-TOTAL:**       41.78
**SALES TAX:**        3.45
**AMOUNT DUE:**     **45.23**

    Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50557611 | |
| Invoice Date | Page |
| 8/31/2015 11:19:19 | 1 of 1 |
| ORDER NUMBER | |
| 10599326 | |
| | |

**Howard Supply Company, LLC**

**Branch:**   Howard Supply - Victoria

3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| PERSAL YARD BERT\ 602-0801 | Ordered By: Stefanie Forgey A/P BILLING | 9/30/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 8/27/2015 07:44:33 | 30577688 | Victoria Store | | JDAVILA |

| Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 2.00 | 2.00 | 0.00 | | (001) | WAR-NATION. 1 GALLON NATIONAL BLUE PAINT | EA | 37.5882  Y | 75.18 |

*Total Lines:  1*

| | |
|---|---|
| **SUB-TOTAL:** | 75.18 |
| **SALES TAX:** | 6.21 |
| **AMOUNT DUE:** | **81.39** |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ¹ 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50557626 | |
| Invoice Date | Page |
| 8/31/2015 11:30:23 | 1 of 1 |
| ORDER NUMBER | |
| 10600261 | |

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 114 ARTHUR \6020792 | Ordered By: Stefanie Forgey A/P BILLING | 9/30/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/31/2015 09:14:11 | 30577703 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 3.00 | 3.00 | 0.00 | (001) 7119219 | REC-RAGS CMP No.25 POLY COLOR TERRY/TURK | BG | 28.2429 Y | 84.73 |
| 2 | 2.00 | 2.00 | 0.00 | (002) 7117970 | RID-31695 HOOK JAW 24 | EA | 41.4281 Y | 82.86 |
| 3 | 2.00 | 2.00 | 0.00 | (003) 7117971 | RID-31700 HEEL JAW 24 W/PIN | EA | 20.6570 Y | 41.31 |
| 4 | 2.00 | 2.00 | 0.00 | (004) 7117976 | RID-31725 HEEL JAW 36 W/PIN | EA | 34.6143 Y | 69.23 |
| 5 | 2.00 | 2.00 | 0.00 | (005) 7117975 | RID-31720 HOOK JAW 36 | EA | 81.2250 Y | 162.45 |
| 6 | 1.00 | 1.00 | 0.00 | (006) 101584 | TRU-HAMMER SLEDGE 8 WOOD | EA | 24.2857 Y | 24.29 |
| 7 | 1.00 | 1.00 | 0.00 | (007) 730393 | TRU-HAMMER SLEDGE 16 WOOD | EA | 43.3839 Y | 43.38 |
| 8 | 3.00 | 3.00 | 0.00 | (008) 7204936 | JET-34212 LUBRICANT 15LB CURAL METAL FRE | EA | 38.4286 Y | 115.29 |
| 9 | 7.00 | 7.00 | 0.00 | (009) 7193980 | HOU-WIPER PIPE FW-9025 2-7/8in $ | EA | 12.8571 Y | 90.00 |
| 10 | 2.00 | 2.00 | 0.00 | (010) 122476 | GOJ-HAND CLEANER ORG PUMICE 1GAL | GL | 13.4142 Y | 26.83 |
| 11 | 2.00 | 2.00 | 0.00 | (011) 551715 | DAW-DISH SOAP DAWN LIQUID 38oz | EA | 7.2143 Y | 14.43 |
| 12 | 2.00 | 2.00 | 0.00 | (012) 544005 | ITW-TOWEL SCRUBS IN A BUCKET 72CT | EA | 13.1714 Y | 26.34 |
| 13 | 4.00 | 4.00 | 0.00 | (013) 7204565 | ZEP-LUBRICANT PENETRANT 45 PTFE 24OZ | EA | 19.2501 Y | 77.00 |
| 14 | 2.00 | 2.00 | 0.00 | (014) 7189498 | SAM-SASH CORD 3/8X100 SILVERLAKE | HK | 19.3500 Y | 38.70 |
| 15 | 1.00 | 1.00 | 0.00 | (015) 7106312 | LUF-OC2276D REFILL 1/4X100 DERRICK CHROM | EA | 180.0921 Y | 180.09 |

**Total Lines:** 15

**SUB-TOTAL:** 1,076.93

**SALES TAX:** 88.87

**AMOUNT DUE:** 1,165.80

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**
**Dept 312**
**PO BOX 4869**
**Houston, TX 77210-4869**
**A/R Dept: (307) 265-8539**

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50557660 | |
| Invoice Date | Page |
| 8/31/2015 12:11:32 | 1 of 1 |
| ORDER NUMBER | |
| 10600382 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 115 ROBERT\ 6020791 | Ordered By: Stefanie Forgey A/P BILLING | 9/30/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/31/2015 11:11:38 | 30577738 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 7181868 | HOU-RUBBER STRIPPER HSSR-25 2-7/8 | EA | 100.9377 Y | 201.88 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7189498 | SAM-SASH CORD 3/8X100 SILVERLAKE | HK | 19.3500 Y | 19.35 |
| 3 | 4.00 | 4.00 | 0.00 | (003) 7204964 | SAF-GLOVE COTTON ORNGE DOT 10oz ORG CUFF | DZ | 10.9460 Y | 43.78 |
| 4 | 1.00 | 1.00 | 0.00 | (004) 7222019 | ARN-3714 OIL 15W-40 DELO 400 5 GAL | 5GL | 100.6914 Y | 100.69 |
| 5 | 1.00 | 1.00 | 0.00 | (005) 7119219 | REC-RAGS CMP No.25 POLY COLOR | BG | 28.2429 Y | 28.24 |
| 6 | 2.00 | 2.00 | 0.00 | (006) 7223100 | DEL-TAGLINE 5/8 X 30FT NYLON | EA | 35.7143 Y | 71.43 |
| 7 | 4.00 | 4.00 | 0.00 | (007) 7206481 | JAC-3000354 GLASSES NEMESIS BLK/CLR | PR | 3.8403 Y | 15.36 |
| 8 | 4.00 | 4.00 | 0.00 | (008) 7204153 | JAC-GLASSES NEMESIS BLK/SMKMIR | PR | 4.1529 Y | 16.61 |
| 9 | 1.00 | 1.00 | 0.00 | (009) 7205884 | SQW-SQWINCHER QUIK STIK PUNCH 50PK | PK | 19.3091 Y | 19.31 |
| 10 | 4.00 | 4.00 | 0.00 | (010) 647752 | WATER PURE BOTTLED 24-PK 1/2 LITRE | PK | 5.0015 Y | 20.01 |

*Total Lines:* 10

| | |
|---|---|
| **SUB-TOTAL:** | 536.66 |
| **SALES TAX:** | 44.29 |
| **AMOUNT DUE:** | **580.95** |

Unofficial Copy of Official Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

| INVOICE | |
|---|---|
| 50557818 | |
| Invoice Date | Page |
| 8/31/2015 14:36:23 | 1 of 1 |
| ORDER NUMBER | |
| 10599533 | |
| | |

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 63-1205 | Ordered By: Stefanie Forgey A/P BILLING | 9/30/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/27/2015 10:06:46 | 30577901 | Victoria Store | MRIVERA |

| Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | *Carrier:* | | | | *Tracking #:* | | | |
| 30.00 | 30.00 | 0.00 | | (001) F1012 | HSC-HOBBLE 2 5/8X3.5 SHACKLES 2 | EA | 89.9900 Y | 2,699.70 |

Total Lines: 1

**SUB-TOTAL:** 2,699.70
**SALES TAX:** 222.73
**AMOUNT DUE:** **2,922.43**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010                                                                                                                    Rev 4



# INVOICE

Please remit to:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

| INVOICE | |
|---|---|
| 50557928 | |
| Invoice Date | Page |
| 8/31/2015 15:37:11 | 1 of 1 |
| ORDER NUMBER | |
| 10595242 | |
| | |

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 116 / PO: 602- | Ordered By: Stefanie Forgey A/P BILLING | 9/30/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/14/2015 06:49:52 | 30578007 | Victoria Store | PBARRIENTOS |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | | Carrier: | | | Tracking #: | | | | |
| 1 | 1.00 | 1.00 | 0.00 | | (001) 7119209 | REC-RAGS CMP No.25 POLY PACK COLOR KNIT | BX | 15.7534 Y | 15.75 |
| 2 | 1.00 | 1.00 | 0.00 | | (002) 122476 | GOJ-HAND CLEANER ORG PUMICE 1GAL | GL | 12.8629 Y | 12.86 |
| 3 | 3.00 | 3.00 | 0.00 | | (003) 7189498 | SAM-SASH CORD 3/8X100 SILVERLAKE | HK | 18.5548 Y | 55.66 |

Total Lines:   3

|  |  |
|---|---|
| *SUB-TOTAL:* | 84.27 |
| *SALES TAX:* | 6.94 |
| *AMOUNT DUE:* | **91.21** |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50557930 | |
| Invoice Date | Page |
| 8/31/2015 15:38:37 | 1 of 2 |
| ORDER NUMBER | |
| 10599571 | |
| | |

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 119 PAUL PO #6020696 | Ordered By: Stefanie Forgey A/P BILLING | 9/30/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 8/27/2015 12:53:43 | 30578010 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | | Carrier: | | | Tracking #: | | | |
| 1 | 15.00 | 15.00 | 0.00 | (001) 7206664 | RIG-3020-0708P TONG DIE F58 PYRAMID2-3/8 | EA | 6.0000 Y | 90.00 |
| 2 | 10.00 | 10.00 | 0.00 | (002) 7193516 | GIL-BOLT LONG JAW F/ FOSTER | EA | 2.6500 Y | 26.50 |
| 3 | 10.00 | 10.00 | 0.00 | (003) 7194016 | GIL-SCREW DIE 3/8 X 1-1/8 FOSTER | EA | 2.1900 Y | 21.90 |
| 4 | 1.00 | 1.00 | 0.00 | (004) 601924 | COL-CABLE BOOSTER 20 4-GAUGE | EA | 36.1429 Y | 36.14 |
| 5 | 2.00 | 2.00 | 0.00 | (005) 7117976 | RID-31725 HEEL JAW 36 W/PIN | EA | 32.3000 Y | 64.60 |
| 6 | 2.00 | 2.00 | 0.00 | (006) 7117975 | RID-31720 HOOK JAW 36 | EA | 81.2250 Y | 162.45 |
| 7 | 3.00 | 3.00 | 0.00 | (007) 7185711 | CON-BUCKET METAL 5 GAL | EA | 6.8286 Y | 20.49 |
| 8 | 4.00 | 4.00 | 0.00 | (008) 579373 | WD4-LUBRICANT WD40 12OZ MP | EA | 6.5285 Y | 26.11 |
| 9 | 4.00 | 4.00 | 0.00 | (009) 7140553 | MAR-OIL MARVEL MYSTERY QUART | QT | 4.1455 Y | 16.58 |
| 10 | 3.00 | 3.00 | 0.00 | (010) 7193979 | HOU-WIPER PIPE FW-9020  2-3/8in $ | EA | 12.8571 Y | 38.57 |
| 11 | 1.00 | 1.00 | 0.00 | (011) 7222185 | SPI-WPB100GL ABSORB PAD 19X15 OIL ONLY W | BD | 25.7143 Y | 25.71 |
| 12 | 6.00 | 6.00 | 0.00 | (012) 7204964 | SAF-GLOVE COTTON ORNGE DOT 10oz ORG CUFF | DZ | 10.9460 Y | 65.68 |
| 13 | 1.00 | 1.00 | 0.00 | (013) 7162545 | CWC-ROPE MANILA 1/4X600 PACIFIC | SP | 23.7429 Y | 23.74 |
| 14 | 4.00 | 4.00 | 0.00 | (014) 131052 | CHH-TAPE FLAG ORANGE 300 | RL | 0.7857 Y | 3.14 |
| 15 | 2.00 | 2.00 | 0.00 | (015) 7211052 | IRW-PLIER LOCKING 10 CURVE JAW 10CR | EA | 11.4429 Y | 22.89 |
| 16 | 12.00 | 12.00 | 0.00 | (016) 7187697 | MAR-PAINT STICK PINK 80227 | EA | 1.1579 Y | 13.89 |
| 17 | 1.00 | 1.00 | 0.00 | (017) 7124975 | MAS-COTTER PIN KIT | EA | 26.3406 Y | 26.34 |
| 18 | 4.00 | 4.00 | 0.00 | (018) 7154912 | GEA-QBRSP1 HARDWARE KIT PETOL SCKROD WR | EA | 13.2000 Y | 52.80 |
| 19 | 2.00 | 2.00 | 0.00 | (019) 7176742 | GEA-QJ2 JAWREPL 3/4-7/8 QA2 PETOL SCKROD | EA | 36.4000 Y | 72.80 |
| 20 | 2.00 | 2.00 | 0.00 | (020) 7176981 | GEA-QJ412 JAWREP 1 F/QA4-19 PETOL SCKROD | EA | 55.3500 Y | 110.70 |
| 21 | 1.00 | 1.00 | 0.00 | (021) 122476 | GOJ-HAND CLEANER ORG PUMICE 1GAL | GL | 13.4142 Y | 13.41 |
| 22 | 2.00 | 2.00 | 0.00 | (022) 7205312 | ELK-13101 HOOK SNAP AUTO-LOCK | EA | 13.1418 Y | 26.28 |
| 23 | 2.00 | 2.00 | 0.00 | (023) 7124768 | CAM-HOOK GRAB 1/4 CLEVIS ALLOY | EA | 4.8286 Y | 9.66 |
| 24 | 2.00 | 2.00 | 0.00 | (024) 7124771 | CAM-HOOK GRAB 5/16 CLEVIS ALLOY | EA | 6.0857 Y | 12.17 |
| 25 | 1.00 | 1.00 | 0.00 | (025) 7119219 | REC-RAGS CMP No.25 POLY COLOR TERRY/TURK | BG | 28.2429 Y | 28.24 |
| 26 | 2.00 | 2.00 | 0.00 | (026) 288316 | WD4-APPLICATOR SPRAYER BOTTLE 16OZ | EA | 4.7840 Y | 9.57 |
| 27 | 10.00 | 10.00 | 0.00 | (027) 647752 | WATER PURE BOTTLED 24-PK 1/2 LITRE | PK | 5.0015 Y | 50.02 |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit. A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* † 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50557930 | |
| Invoice Date | Page |
| 8/31/2015 15:38:37 | 2 of 2 |
| ORDER NUMBER | |
| 10599571 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp. | | | | | |

*Total Lines:  27*

**SUB-TOTAL:** 1,070.38
**SALES TAX:** 88.32
**AMOUNT DUE:** **1,158.70**

   Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

Rev 4



# INVOICE

**HSC**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50558232 | |
| Invoice Date | Page |
| 9/1/2015 13:53:23 | 1 of 1 |
| ORDER NUMBER | |
| 10590874 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| Keith / 602-0660 | Ordered By: Stefanie Forgey A/P BILLING | 10/1/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 7/31/2015 09:32:07 | 30578335 | Victoria Store | KSPECK |

| Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | |
| | Carrier: | | | Tracking #: | | | |
| 7.00 | 6.00 | 0.00 | (004) GBS - 5/8 X 6 \GBS- 5 \8 \X6 YELLOW | | EA | 2.0737 Y | 12.44 |

*Total Lines:  1*

**SUB-TOTAL:**   12.44
**SALES TAX:**   1.03
**AMOUNT DUE:**   **13.47**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# HSC

**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50558253 | |
| Invoice Date | Page |
| 9/1/2015 14:51:35 | 1 of 1 |
| ORDER NUMBER | |
| 10601014 | |
| | |

**Howard Supply Company, LLC**

**Branch:**   Howard Supply - Victoria

3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 64-0025 | Ordered By: Stefanie Forgey A/P BILLING | 10/1/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 9/1/2015 14:36:40 | 30578366 | Victoria Store | MRIVERA |

| Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | | | | **Quantities** | | | | |
| | | | | *Carrier:* | *Tracking #:* | | | |
| 1.00 | 1.00 | 0.00 | | (001) 7206414 | M&M-VALVE 2-7/8 EUE 8R | EA | 1,856.2500 Y | 1,856.25 |
| | | | | *Serial Number:* 059979 | | | | |

Total Lines:   1

**SUB-TOTAL:**   1,856.25

**SALES TAX:**   153.14

**AMOUNT DUE:**   2,009.39

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# HSC

**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

| INVOICE | |
|---|---|
| 50558255 | |
| Invoice Date | Page |
| 9/1/2015 14:52:19 | 1 of 1 |
| ORDER NUMBER | |
| 10600797 | |
| | |

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 602-0802 | Ordered By: Stefanie Forgey A/P BILLING | 10/1/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 9/1/2015 09:22:31 | 30578368 | Victoria Store | | MRIVERA |

| Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | | Carrier: | | | Tracking #: | | | |
| 1.00 | 1.00 | 0.00 | | (001) 7206414 | M&M-VALVE 2-7/8 EUE 8R | EA | 1,856.2500 Y | 1,856.25 |
| | | | | Serial Number: 059980 | | | | |

Line 1

Total Lines:  1

**SUB-TOTAL:**     1,856.25
**SALES TAX:**     153.14
**AMOUNT DUE:**     **2,009.39**

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ¹ 12.4.219, 05/26/2010

Rev 4



# HSC

**Please Remit To:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

# INVOICE

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

| INVOICE | |
|---|---|
| 50559746 | |
| Invoice Date | Page |
| 9/9/2015 15:30:37 | 1 of 2 |
| ORDER NUMBER | |
| 10601890 | |
| | |

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| PAUL RIG 119 2W 0002 | Ordered By: Stefanie Forgey A/P BILLING | 10/9/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 9/3/2015 14:30:50 | 30579947 | Victoria Store | | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | | | | Carrier: | Tracking #: | | | |
| 1 | 20.00 | 20.00 | 0.00 | (001) 647752 | WATER PURE BOTTLED 24-PK 1/2 LITRE | PK | 5.0011 Y | 100.02 |
| 2 | 20.00 | 20.00 | 0.00 | (002) 7213571 | RIG-320-0708 TONG DIE FSR REGULAR 2-3/8 | EA | 6.0000 Y | 120.00 |
| 3 | 10.00 | 10.00 | 0.00 | (003) 7194016 | GIL-SCREW DIE 3/8 X 1-1/8 FOSTER | EA | 2.3393 Y | 23.39 |
| 4 | 10.00 | 10.00 | 0.00 | (004) 7193516 | GIL-BOLT LONG JAW F/ FOSTER | EA | 2.8275 Y | 28.28 |
| 5 | 5.00 | 5.00 | 0.00 | (005) 7186407 | GIL-PLUG DRAG F/ 500 TONG | EA | 1.2025 Y | 6.01 |
| 6 | 5.00 | 5.00 | 0.00 | (006) 7186406 | GIL-SPRING DRAG F/ 500 TONG | EA | 1.1571 Y | 5.79 |
| 7 | 1.00 | 1.00 | 0.00 | (007) 7201967 | PIP-COUPLER BUTTONHEAD GIANT 1/4F | EA | 52.7714 Y | 52.77 |
| 8 | 6.00 | 6.00 | 0.00 | (008) 7204964 | SAF-GLOVE COTTON ORNGE DOT 10oz ORG CUFF | DZ | 10.9460 Y | 65.68 |
| 9 | 6.00 | 6.00 | 0.00 | (009) 7182175 | DIX-DCP21 COUPLING PLUG END 1/4X1/4MNPT | EA | 1.1997 Y | 7.20 |
| 10 | 6.00 | 6.00 | 0.00 | (010) 7107672 | DIX-DC20 COUPLING AIR 1/4X1/4 INDUSTRIAL | EA | 4.8143 Y | 28.89 |
| 11 | 1.00 | 1.00 | 0.00 | (011) 7119219 | REC-RAGS CMP No.25 POLY COLOR TERRY/TURK | BG | 28.2429 Y | 28.24 |
| 12 | 1.00 | 1.00 | 0.00 | (012) 122476 | GOJ-HAND CLEANER ORG PUMICE 1GAL | GL | 13.4142 Y | 13.41 |
| 13 | 3.00 | 3.00 | 0.00 | (013) 7196467 | IMP VALVE BALL 3/4 BRASS H-400-12 | EA | 5.8140 Y | 17.44 |
| 14 | 3.00 | 3.00 | 0.00 | (014) 7217382 | IMP ELL BM 90 DEG. 3/4 | EA | 0.7826 Y | 2.35 |
| 15 | 6.00 | 6.00 | 0.00 | (015) 7217473 | IMP COUPLING MERCHANT 1/4 | EA | 0.6188 Y | 3.71 |
| 16 | 6.00 | 6.00 | 0.00 | (016) 7217447 | IMP NIPPLE STD. 1/4 X 3 | EA | 0.7644 Y | 4.59 |
| 17 | 9.00 | 9.00 | 0.00 | (017) 7222020 | ARN-3712 OIL DELO 15-40W 1 GAL | GL | 16.6857 Y | 150.17 |
| 18 | 1.00 | 1.00 | 0.00 | (018) 7204797 | OIL-GREASE MYSTIC JT6 10 PK/14oz STICKS | PK | 33.1439 Y | 33.14 |
| 19 | 1.00 | 1.00 | 0.00 | (019) 7118909 | ALE-500 GREASE GUN LEVER | EA | 34.0026 Y | 34.00 |
| 20 | 1.00 | 1.00 | 0.00 | (020) 7140553 | MAR-OIL MARVEL MYSTERY QUART | QT | 4.1455 Y | 4.15 |
| 21 | 1.00 | 1.00 | 0.00 | (021) 7215054 | AME-UNION ASSY 2 1502 STD SVS THREADED | EA | 88.5714 Y | 88.57 |
| 22 | 4.00 | 4.00 | 0.00 | (023) WAR-3/4 X 1 1 | 3/4 x 1 1/2 CLOSE NIPPLE STD | EA | 2.7143 Y | 10.86 |
| 23 | 1.00 | 1.00 | 0.00 | (024) 7206325 | UNI-SHOVEL RAZORBACK RP | EA | 30.0000 Y | 30.00 |
| 24 | 10.00 | 10.00 | 0.00 | (025) 179905 | DBL-PIN 5-1/16 SQUARE WIRE PIN 2PK | PK | 2.4640 Y | 24.64 |
| 25 | 4.00 | 4.00 | 0.00 | (026) 485565 | CAM-HITCH PIN 5/8X6 TAGGED | EA | 7.2975 Y | 29.19 |
| 26 | 2.00 | 2.00 | 0.00 | (027) 7181618 | BOL-PIN 5/8X4 HITCH SAFETY LOCK | EA | 7.7532 Y | 15.51 |
| 27 | 2.00 | 2.00 | 0.00 | (028) 169391 | CAM-HITCH PIN 5/8X4 TAGGED | EA | 6.5175 Y | 13.04 |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

\* ' 12.4.219, 05/26/2010

Rev 4



Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

# INVOICE

| INVOICE | |
|---|---|
| 50559746 | |
| Invoice Date | Page |
| 9/9/2015 15:30:37 | 2 of 2 |
| ORDER NUMBER | |
| 10601890 | |
| | |

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**    Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**    131792

**Ship To ID:** 131792

| Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp. | | | | | |

Total Lines:   27

| | |
|---|---|
| **SUB-TOTAL:** | 941.04 |
| **SALES TAX:** | 77.69 |
| **AMOUNT DUE:** | 1,018.73 |

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**HSC**

# INVOICE

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50559749 | |
| Invoice Date | Page |
| 9/9/2015 15:34:18 | 1 of 2 |
| ORDER NUMBER | |
| 10602146 | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| *PO Number* | Attn: Stefanie Forgey A/P BILLING | *Net Due Date* |
|---|---|---|
| 64-0028 | Ordered By: Stefanie Forgey A/P BILLING | 10/9/2015 |

| *Order Date* | *Pick Ticket No* | *Primary Salesrep Name* | *Taker* |
|---|---|---|---|
| 9/4/2015 11:02:14 | 30579949 | Victoria Store | MRIVERA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |

Carrier:          Tracking #:

| # | Ordered | Shipped | Remaining | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 2.00 | 2.00 | 0.00 | (001) 7212855 | RIG-259-1307-04 INSERT 3-1/2X2-3/8 TOP | ST | 131.2000 Y | 262.40 |
| 2 | 2.00 | 2.00 | 0.00 | (002) 7212856 | RIG-259-1308-04 INSERT 3-1/2X2-7/8 TOP | ST | 128.0000 Y | 256.00 |
| 3 | 1.00 | 1.00 | 0.00 | (003) 7141096 | LEW-ROPE TAIL TR-10-D-PC 10 DRNG | EA | 94.1760 Y | 94.18 |
| 4 | 12.00 | 12.00 | 0.00 | (004) 7222899 | CCG-STUD 1-3/8 X 6-3/4 W/ 1 NUT | EA | 9.1733 Y | 110.08 |
| 5 | 1.00 | 1.00 | 0.00 | (005) 7214933 | GOO-GASKET RING JOINT R46 OVAL LCS | EA | 8.1889 Y | 8.19 |
| 6 | 1.00 | 1.00 | 0.00 | (006) 7117907 | RID-31025 WRENCH PIPE 18 C-IRON | EA | 39.8470 Y | 39.85 |
| 7 | 1.00 | 1.00 | 0.00 | (007) 7117908 | RID-31030 WRENCH PIPE 24 C-IRON | EA | 63.0647 Y | 63.06 |
| 8 | 1.00 | 1.00 | 0.00 | (009) 7117909 | RID-31035 WRENCH PIPE 36 C-IRON | EA | 144.4533 Y | 144.45 |
| 9 | 2.00 | 2.00 | 0.00 | (010) 741066 | CHA-PLIER 9.5 T&G V-JAW 1.5 CAP | EA | 13.3435 Y | 26.69 |
| 10 | 2.00 | 2.00 | 0.00 | (011) 7211052 | IRW-PLIER LOCKING 10 CURVE JAW 10CR | EA | 10.6800 Y | 21.36 |
| 11 | 1.00 | 1.00 | 0.00 | (012) 7113922 | MOR-CABLE CUTTER MODEL-2 | EA | 248.0333 Y | 248.03 |
| 12 | 2.00 | 2.00 | 0.00 | (013) 441667 | TRU-HAMMER SLEDGE 4 WOOD 10104 | EA | 12.7467 Y | 25.49 |
| 13 | 2.00 | 2.00 | 0.00 | (014) 101592 | TRU-MD10HC HAMMER SLEDGE 10 WOOD | EA | 27.0423 Y | 54.08 |
| 14 | 1.00 | 1.00 | 0.00 | (015) 7135716 | CRE-CSD10    SCREWDRIVER    SET    10PC DURA-DRVR | ST | 19.5067 Y | 19.51 |
| 15 | 1.00 | 1.00 | 0.00 | (016) 7204728 | HEX KEY SET 18PC .028-5/8 SHORT | EA | 33.3067 Y | 33.31 |
| 16 | 1.00 | 1.00 | 0.00 | (017) 7106311 | LUF-C2276D    TAPE    MEASURE    DERRICK 1/4X100 | EA | 225.3589 Y | 225.36 |
| 17 | 1.00 | 1.00 | 0.00 | (018) 7222783 | CRE-CCWS4 WRENCH SET 14PC COMB SAE | ST | 42.8667 Y | 42.87 |
| 18 | 1.00 | 1.00 | 0.00 | (019) 7223110 | CRE-SOCKET  TOOL  SET  12PC  SAE  1/2DR 12PT | ST | 22.8667 Y | 22.87 |
| 19 | 1.00 | 1.00 | 0.00 | (020) 7195641 | HEX KEY L 9/16 LONG | EA | 6.1067 Y | 6.11 |
| 20 | 1.00 | 1.00 | 0.00 | (021) 7206381 | NIC-80952 FRAME HACKSAW 10 HD | EA | 14.1647 Y | 14.16 |
| 21 | 1.00 | 1.00 | 0.00 | (022) 7193514 | LIN-GUN GREASE PISTOL GRIP 1133 | EA | 46.5012 Y | 46.50 |
| 22 | 1.00 | 1.00 | 0.00 | (024) 7106350 | CRE-AC110 WRENCH ADJ 10 CHROME | EA | 20.6253 Y | 20.63 |
| 23 | 1.00 | 1.00 | 0.00 | (025) 7106353 | CRE-AC112 WRENCH ADJ 12 CHROME | EA | 29.9867 Y | 29.99 |
| 24 | 1.00 | 1.00 | 0.00 | (026) 252056 | CRE-AC115    WRENCH    ADJ    15    CHROME TAPER HDL | EA | 48.1133 Y | 48.11 |
| 25 | 6.00 | 6.00 | 0.00 | (027) DR-114X24TUI | TURNBUCKLE 1-1/4X24" | EA | 245.5556 Y | 1,473.33 |
| 26 | 1.00 | 1.00 | 0.00 | (028) 7204936 | JET-34212    LUBRICANT    15LB    CURAL METAL FRE | EA | 35.8667 Y | 35.87 |
| 27 | 1.00 | 1.00 | 0.00 | (029) 7150590 | MAG-BRUSH DOPE DRILL PIPE 2 | EA | 4.7281 Y | 4.73 |
| 28 | 2.00 | 2.00 | 0.00 | (030) 770909 | ABC-BRUSH WIRE SHOE HANDLE | EA | 1.5717 Y | 3.14 |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

\* \* 12.4.219, 05/26/2010                                                                                                Rev 4



# INVOICE

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50559749 | |
| Invoice Date | Page |
| 9/9/2015 15:34:18 | 2 of 2 |
| ORDER NUMBER | |
| 10602146 | |
| | |

**Howard Supply Company, LLC**

**Branch:**   Howard Supply - Victoria

3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

Customer ID:   131792

Ship To ID: 131792

| | Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp. | | | | | |
| 29 | 24.00 | 24.00 | 0.00 | | (031) 7204964 | SAF-GLOVE COTTON ORNGE DOT 10oz ORG CUFF | PR | 0.9122 Y | 21.89 |
| 30 | 1.00 | 1.00 | 0.00 | | (032) 7180289 | GIL-ARM TORQUE | EA | 363.4429 Y | 363.44 |
| 31 | 3.00 | 3.00 | 0.00 | | (033) 7223080 | IMP SWAGE 6 IN X 4 IN NPT STD | EA | 95.7829 Y | 287.35 |
| 32 | 6.00 | 6.00 | 0.00 | | (034) 7215054 | AME-UNION ASSY 2 1502 STD SVS THREADED | EA | 88.5714 Y | 531.43 |
| 33 | 2.00 | 2.00 | 0.00 | | (035) 7216885 | IMP NIPPLE STD. 4 X 8 | EA | 12.6014 Y | 25.20 |
| 34 | 1.00 | 1.00 | 0.00 | | (036) 7140922 | E&E-ROPE SOCKET 2X9/16 W/SWIVEL | EA | 99.0000 Y | 99.00 |
| 35 | 5.50 | 5.50 | 0.00 | | (037) 7162950 | BAB-BABBITT 4 GP HIGH NOTCHED STYLE | LB | 5.1657 Y | 28.41 |
| 36 | 3.00 | 3.00 | 0.00 | | (038) 7200054 | DIX-G400-A-BR ADAPTER 4 BRASS GLOBL FNPT | EA | 35.4857 Y | 106.46 |
| 37 | 3.00 | 3.00 | 0.00 | | (039) 7200064 | DIX-G400-D-BR COUPLING 4 BRASS GLOBAL | EA | 55.4857 Y | 166.46 |
| 38 | 6.00 | 6.00 | 0.00 | | (040) PERF-HOSEASSK | HOSE ASSY 2"X25'5K | EA | 925.1463 Y | 5,550.88 |
| 39 | 1.00 | 1.00 | 0.00 | | (041) 7218725 | EMP-LEVEL 9 HD MAGNETIC ALUM TORPEDO | EA | 11.1571 Y | 11.16 |
| 40 | 4.00 | 4.00 | 0.00 | | (042) 7222390 | DIX-DC204L COUPLER BRASS 1/4X3/8 BARB | EA | 6.3143 Y | 25.26 |
| 41 | 4.00 | 4.00 | 0.00 | | (043) 7132175 | DIX-BN32 FITTING 3/8X1/4NPTF MALE | EA | 1.3714 Y | 5.49 |
| 42 | 4.00 | 4.00 | 0.00 | | (044) 7182182 | DIX-56-800 COUPLING 1 HYD 5600 SERIES | EA | 42.6714 Y | 170.69 |
| 43 | 4.00 | 4.00 | 0.00 | | (045) 7182181 | DIX-57-800 PLUG 1 HYD 5600 SERIES | EA | 23.3429 Y | 93.37 |
| 44 | 50.00 | 50.00 | 0.00 | | (046) 7193744 | AUS-6LOLA-PLUS HOSE PUSH ON 3/8 | FT | 1.5429 Y | 77.15 |

*Total Lines:  44*

**SUB-TOTAL:**   10,943.99

**SALES TAX:**   902.94

**AMOUNT DUE:**   11,846.93

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ¹ 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**

**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50560018 | |
| Invoice Date | Page |
| 9/10/2015 09:55:10 | 1 of 1 |
| ORDER NUMBER | |
| 10602841 | |
| | |

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG# 113 | Ordered By: Stefanie Forgey A/P BILLING | 10/10/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 9/9/2015 07:24:03 | 30580226 | Victoria Store | KSPECK |

| Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1.00 | 1.00 | 0.00 | | (001) 7223022 | HON-BWC2-H MONITOR H2S 2YR CLIP | EA | 109.3750  Y | 109.38 |

Total Lines: 1

**SUB-TOTAL:** 109.38

**SALES TAX:** 9.03

**AMOUNT DUE:** **118.41**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**HSC**

# INVOICE

**Please Remit To:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50560019 | |
| Invoice Date | Page |
| 9/10/2015 09:56:09 | 1 of 1 |
| ORDER NUMBER | |
| 10602341 | |
| | |

**Howard Supply Company, LLC**
**Branch:**  Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 115 SCOTT\2W-0005 | Ordered By: Stefanie Forgey A/P BILLING | 10/10/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 9/8/2015 07:23:19 | 30580228 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7213837 | SQW-SQWINCHER QUIK STIK MTN BERRY 50PK | PK | 19.2857 Y | 19.29 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7205886 | SQW-SQWINCHER QUIK STIK LEMONADE 50PK | PK | 19.2846 Y | 19.28 |
| 3 | 2.00 | 2.00 | 0.00 | (003) 7222021 | ARN-1734 OIL HYDRAULIC AW68 PURUS | 5G | 47.4429 Y | 94.89 |
| 4 | 4.00 | 4.00 | 0.00 | (004) 7204964 | SAF-GLOVE COTTON ORNGE DOT 10oz ORG CUFF | PR | 0.9122 Y | 3.65 |
| 5 | 10.00 | 10.00 | 0.00 | (005) 647752 | WATER PURE BOTTLED 24-PK 1/2 LITRE | PK | 5.0011 Y | 50.01 |
| 6 | 1.00 | 1.00 | 0.00 | (006) 7181868 | HOU-RUBBER STRIPPER HSSR-25 2-7/8 | EA | 100.9387 Y | 100.94 |
| 7 | 1.00 | 1.00 | 0.00 | (007) 7180356 | HOU-RUBBER STRIPPER HSSR-20 2-3/8 | EA | 100.9400 Y | 100.94 |

Total Lines:   7

| | |
|---|---|
| **SUB-TOTAL:** | 389.00 |
| **SALES TAX:** | 32.09 |
| **AMOUNT DUE:** | 421.09 |

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**HSC**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

# INVOICE

| INVOICE | |
|---|---|
| 50560023 | |
| Invoice Date | Page |
| 9/10/2015 10:03:20 | 1 of 1 |
| ORDER NUMBER | |
| 10602339 | |
| | |

**Howard Supply Company, LLC**

**Branch:**   Howard Supply - Victoria

3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 113 SCOTT\2W-0004 | Ordered By: Stefanie Forgey A/P BILLING | 10/10/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 9/8/2015 07:19:41 | 30580229 | Victoria Store | | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 5.00 | 5.00 | 0.00 | (001) 7223022 | HON-BWC2-H MONITOR H2S 2YR CLIP | EA | 125.0000 Y | 625.00 |

Total Lines:   1

**SUB-TOTAL:**        625.00

**SALES TAX:**        51.57

**AMOUNT DUE:**        **676.57**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4

Unofficial Copy Office of Chris Daniel District Clerk



# INVOICE

**Howard Supply Company, LLC**
**Dept 312**
**PO BOX 4869**
**Houston, TX 77210-4869**
**A/R Dept: (307) 265-8539**

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50560025 | |
| Invoice Date | Page |
| 9/10/2015 10:05:40 | 1 of 1 |
| ORDER NUMBER | |
| 10602004 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 113 DAVID/2W-2003 | Ordered By: Stefanie Forgey A/P BILLING | 10/10/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 9/4/2015 07:20:11 | 30580230 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 10.00 | 10.00 | 0.00 | (001) 7194016 | GIL-SCREW DIE 3/8 X 1-1/8 FOSTER | EA | 2.1900 Y | 21.90 |
| 2 | 10.00 | 10.00 | 0.00 | (002) 7193516 | GIL-BOLT LONG JAW F/ FOSTER | EA | 2.6500 Y | 26.50 |
| 3 | 1.00 | 1.00 | 0.00 | (003) 7184179 | REC-RAGS PLY No.25BAG WHITE TURKISH | BG | 32.6286 Y | 32.63 |
| 4 | 3.00 | 3.00 | 0.00 | (004) 7204964 | SAF-GLOVE COTTON ORNGE DOT 10oz ORG CUFF | DZ | 10.9460 Y | 32.84 |
| 5 | 2.00 | 2.00 | 0.00 | (005) 579373 | WD4-LUBRICANT WD40 12OZ MP | EA | 6.5286 Y | 13.06 |
| 6 | 10.00 | 10.00 | 0.00 | (006) 9005158 | SEAL 3 HAMMER UNION 1502 HIGH SAT NITRIL | EA | 7.2108 Y | 72.11 |
| 7 | 5.00 | 5.00 | 0.00 | (007) 647752 | WATER PURE BOTTLED 24-PK 1/2 LITRE | PK | 5.0011 Y | 25.01 |

*Total Lines:*  7

| | |
|---|---|
| **SUB-TOTAL:** | 224.05 |
| **SALES TAX:** | 18.50 |
| **AMOUNT DUE:** | 242.55 |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.



# HSC

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

# INVOICE

| INVOICE | |
|---|---|
| 50562995 | |
| Invoice Date | Page |
| 9/22/2015 09:40:57 | 1 of 1 |
| ORDER NUMBER | |
| 10606751 | |
| | |

**Customer ID:** 131792

**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| YARD 3W-0009 PARSALL | Ordered By: Stefanie Forgey A/P BILLING | 10/22/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 9/22/2015 08:17:27 | 30583246 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 25.00 | 25.00 | 0.00 | (001) 7204964 | SAF-GLOVE COTTON ORNGE DOT 10oz ORG CUFF | DZ | 10.9525 Y | 273.81 |

Total Lines: 1

| | |
|---|---|
| **SUB-TOTAL:** | 273.81 |
| **SALES TAX:** | 22.59 |
| **AMOUNT DUE:** | **296.40** |

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# HSC

**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50563217 | |
| Invoice Date | Page |
| 9/22/2015 14:40:53 | 1 of 1 |
| ORDER NUMBER | |
| 10606612 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 116- 2W-0030 | Ordered By: Stefanie Forgey A/P BILLING | 10/22/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 9/21/2015 14:52:55 | 30583471 | Victoria Store | | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | | | Carrier: | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) | 7204797 | OIL-GREASE   MYSTIC   JT6   10   PK/14oz STICKS | PK | 33.1433 Y | 33.14 |
| 2 | 1.00 | 1.00 | 0.00 | (002) | 7184179 | REC-RAGS PLY No.25BAG WHITE TURKISH | BG | 32.6286 Y | 32.63 |
| 3 | 5.00 | 5.00 | 0.00 | (003) | 7180188 | SAF-GLASSES PYR-ZTEK GRY/GRY | PR | 1.5714 Y | 7.86 |
| 4 | 1.00 | 1.00 | 0.00 | (004) | 143671 | EAR MUFFS 3M BLUE | EA | 13.1857 Y | 13.19 |
| 5 | 1.00 | 1.00 | 0.00 | (005) | 579373 | WD4-LUBRICANT WD40 12OZ MP | EA | 6.5286 Y | 6.53 |
| 6 | 5.00 | 5.00 | 0.00 | (006) | 739060 | MAN-TAPE ELECTRICAL 3/4X60 | RL | 0.6000 Y | 3.00 |
| 7 | 1.00 | 1.00 | 0.00 | (007) | 7193980 | HOU-WIPER PIPE FW-9025  2-7/8in $ | EA | 12.8571 Y | 12.86 |
| 8 | 1.00 | 1.00 | 0.00 | (008) | 7193979 | HOU-WIPER PIPE FW-9020  2-3/8in $ | EA | 12.8571 Y | 12.86 |
| 9 | 12.00 | 12.00 | 0.00 | (009) | 7140111 | MAR-PAINT STICK YELLOW  80221 | EA | 1.0300 Y | 12.36 |
| 10 | 12.00 | 12.00 | 0.00 | (010) | 7182156 | HOR-FLAGGING SANDLINE F5010 YELLOW | BG | 3.4286 Y | 41.14 |
| 11 | 1.00 | 1.00 | 0.00 | (011) | 122476 | GOJ-HAND CLEANER ORG PUMICE 1GAL | GL | 13.4143 Y | 13.41 |

*Total Lines:   11*

**SUB-TOTAL:**   188.98

**SALES TAX:**   15.60

**AMOUNT DUE:**   204.58

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50564256 | |
| Invoice Date | Page |
| 9/25/2015 12:40:15 | 1 of 1 |
| ORDER NUMBER | |
| 10607829 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| DAVID/ RIG#14 / PO# 2W-0039 | Ordered By: Stefanie Forgey A/P BILLING | 10/25/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 9/24/2015 12:09:09 | 30584469 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | **Carrier:** | | | | **Tracking #:** | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) OWI-4BULLPI BULL PLUG 4" | | EA | 44.6429  Y | 44.64 |

Total Lines:  1

**SUB-TOTAL:**  44.64
**SALES TAX:**  3.68
**AMOUNT DUE:**  **48.32**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

\* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**

**Branch:** Howard Supply - Victoria

3603 Port Lavaca Drive, Victoria TX 77901-8758

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50564615 | |
| Invoice Date | Page |
| 9/28/2015 11:43:26 | 1 of 1 |
| ORDER NUMBER | |
| 10608216 | |
| | |

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 114  PO 2W-0037 | Ordered By: Stefanie Forgey A/P BILLING | 10/28/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 9/25/2015 13:06:23 | 30584825 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 7181868 | HOU-RUBBER STRIPPER HSSR-25 2-7/8 | EA | 100.9391 Y | 201.88 |

Total Lines:  1

| | |
|---|---|
| **SUB-TOTAL:** | 201.88 |
| **SALES TAX:** | 16.66 |
| **AMOUNT DUE:** | **218.54** |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4

Unofficial Copy Office of Chris Daniel District Clerk



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

Howard Supply Company, LLC

**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

| INVOICE | |
|---|---|
| 50564896 | |
| Invoice Date | Page |
| 9/29/2015 07:52:22 | 1 of 1 |
| ORDER NUMBER | |
| 10608358 | |
| | |

**Customer ID:** 131792

**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 2W-0042 - NICK | Ordered By: Stefanie Forgey A/P BILLING | 10/29/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 9/28/2015 07:00:22 | 30585104 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | *Carrier:* | | | | *Tracking #:* | | | |
| 1 | 21.00 | 21.00 | 0.00 | (001) 7222020 | ARN-3712 OIL DELO 15-40W 1 GAL | GL | 16.6857 Y | 350.40 |
| 2 | 4.00 | 4.00 | 0.00 | (002) 7222019 | ARN-3714 OIL 15W-40 DELO 400 5 GAL | 5GL | 100.9927 Y | 403.97 |
| 3 | 3.00 | 3.00 | 0.00 | (003) 7208901 | OIL-BUCKET PLASTIC 5GAL W/LID | EA | 7.0059 Y | 21.02 |
| 4 | 1.00 | 1.00 | 0.00 | (004) 7119219 | REC-RAGS CMP No.25 POLY COLOR TERRY/TURK | BG | 28.2429 Y | 28.24 |
| 5 | 1.00 | 1.00 | 0.00 | (005) 7140512 | LUF-QR1316 TAPE MEASURE 3/4X16 QUIKREAD | EA | 9.0323 Y | 9.03 |
| 6 | 1.00 | 1.00 | 0.00 | (006) 7222572 | NEB-6156 FLASHLIGHT SLYDE/WORKLIGHT | EA | 23.9286 Y | 23.93 |

*Total Lines:* 6

**SUB-TOTAL:** 836.59

**SALES TAX:** 69.04

**AMOUNT DUE:** 905.63

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

\* \* 12.4.219, 05/26/2010

Rev 4



# HSC

**Please Remit To:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

# INVOICE

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

| INVOICE | |
|---|---|
| 50564899 | |
| Invoice Date | Page |
| 9/29/2015 07:55:03 | 1 of 1 |
| ORDER NUMBER | |
| 10608364 | |
| | |

**Customer ID:** 131792

**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 113 DAVID PO 2W-0044 | Ordered By: Stefanie Forgey A/P BILLING | 10/29/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 9/28/2015 07:11:51 | 30585107 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | **Carrier:** | | | | **Tracking #:** | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7184179 | REC-RAGS PLY No.25BAG WHITE TURKISH | BG | 32.6286 Y | 32.63 |
| 2 | 2.00 | 2.00 | 0.00 | (002) 7212537 | FLUID DIESEL EXHAUST 2.5 GAL | EA | 12.1111 Y | 24.22 |
| 3 | 1.00 | 1.00 | 0.00 | (003) 122476 | GOJ-HAND CLEANER ORG PUMICE 1GAL | GL | 13.4143 Y | 13.41 |
| 4 | 1.00 | 1.00 | 0.00 | (004) 291302 | CLO-PROTECTANT ARMOR VINYL 16OZ | EA | 7.8143 Y | 7.81 |
| 5 | 3.00 | 3.00 | 0.00 | (005) 7204964 | SAF-GLOVE COTTON ORNGE DOT 10oz ORG CUFF | DZ | 10.9525 Y | 32.86 |
| 6 | 2.00 | 2.00 | 0.00 | (006) 7193979 | HOU-WIPER PIPE FW-9020 2-3/8in $ | EA | 12.8571 Y | 25.71 |

*Total Lines: 6*

**SUB-TOTAL:** 136.64
**SALES TAX:** 11.27
**AMOUNT DUE:** 147.91

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ¹ 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**
**Dept 312**
**PO BOX 4869**
**Houston, TX 77210–4869**
**A/R Dept: (307) 265-8539**

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50564903 | |
| Invoice Date | Page |
| 9/29/2015 07:55:57 | 1 of 1 |
| ORDER NUMBER | |
| 10608389 | |
| | |

**Howard Supply Company, LLC**
**Branch:**  Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 115 2W- 0045 | Ordered By: Stefanie Forgey A/P BILLING | 10/29/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 9/28/2015 08:02:54 | 30585110 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | | Carrier: | | | Tracking #: | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 7212537 | FLUID DIESEL EXHAUST 2.5 GAL | EA | 12.1100 Y | 24.22 |

*Total Lines:  1*

| | |
|---|---|
| **SUB-TOTAL:** | 24.22 |
| **SALES TAX:** | 1.99 |
| **AMOUNT DUE:** | **26.21** |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50564909 | |
| Invoice Date | Page |
| 9/29/2015 07:58:49 | 1 of 1 |
| ORDER NUMBER | |
| 10608638 | |
| | |

**Howard Supply Company, LLC**

**Branch:**   Howard Supply - Victoria

3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 3W-0013 RIG 203 | Ordered By: Stefanie Forgey A/P BILLING | 10/29/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 9/28/2015 14:02:12 | 30585116 | Victoria Store | JDAVILA |

| Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | | *Carrier:* | | | *Tracking #:* | | | |
| 1.00 | 1.00 | 0.00 | | (001) 7176817 | E&E-CYLINDER AIR FOSTER BACKUP 2X4F | EA | 150.0000 Y | 150.00 |

1

*Total Lines:   1*

**SUB-TOTAL:** 150.00

**SALES TAX:** 12.38

**AMOUNT DUE:** **162.38**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4

Unofficial Copy Office of Chris Daniel District Clerk



# INVOICE

**HSC**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

| INVOICE | |
|---|---|
| 50564910 | |
| Invoice Date | Page |
| 9/29/2015 07:59:50 | 1 of 1 |
| ORDER NUMBER | |
| 10608641 | |
| | |

**Customer ID:** 131792
**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 3W-0008 | Ordered By: Stefanie Forgey A/P BILLING | 10/29/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 9/28/2015 14:22:25 | 30585117 | Victoria Store | | JDAVILA |

| | Quantities | | | | | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | Item ID | Item Description | | |
| | | Carrier: | | | | Tracking #: | | |
| 1 | 10.00 | 10.00 | 0.00 | | (001) 7186406 | GIL-SPRING DRAG F/ 500 TONG | EA | 1.1571 Y | 11.57 |
| 2 | 10.00 | 10.00 | 0.00 | | (002) 7186407 | GIL-PLUG DRAG F/ 500 TONG | EA | 1.2025 Y | 12.03 |

Total Lines: 2

**SUB-TOTAL:** 23.60
**SALES TAX:** 1.94
**AMOUNT DUE:** 25.54

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**HSC**

Howard Supply Company, LLC

| INVOICE | |
|---|---|
| 50564911 | |
| Invoice Date | Page |
| 9/29/2015 08:00:58 | 1 of 1 |
| ORDER NUMBER | |
| 10608645 | |
| | |

Please remit to:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 3W-0007 RIG 117 | Ordered By: Stefanie Forgey A/P BILLING | 10/29/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 9/28/2015 14:25:24 | 30585118 | Victoria Store | JDAVILA |

| | Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | Carrier: | | | | Tracking #: | | | |
| 1 | 15.00 | 15.00 | 0.00 | | (001) 7213571 | RIG-320-0708 TONG DIE F58 REGULAR 2-3/8 | EA | 6.0000 Y | 90.00 |
| 2 | 10.00 | 10.00 | 0.00 | | (002) 7193516 | GIL-BOLT LONG JAW F/ FOSTER | EA | 2.8275 Y | 28.28 |
| 3 | 10.00 | 10.00 | 0.00 | | (003) 7194016 | GIL-SCREW DIE 3/8 X J-1/8 FOSTER | EA | 2.3393 Y | 23.39 |

Total Lines: 3

**SUB-TOTAL:** 141.67
**SALES TAX:** 11.69
**AMOUNT DUE:** **153.36**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

*•¹ 12.4.219, 05/26/2010

Rev 4



**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

Please remit to:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

# INVOICE

| INVOICE | |
|---|---|
| 50564913 | |
| Invoice Date | Page |
| 9/29/2015 08:01:54 | 1 of 1 |
| ORDER NUMBER | |
| 10608647 | |
| | |

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 3W-0012 RIG 200 | Ordered By: Stefanie Forgey A/P BILLING | 10/29/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 9/28/2015 14:30:09 | 30585120 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | |
| | | Carrier: | | | Tracking #: | | | |
| 1 | 10.00 | 10.00 | 0.00 | (001) 7213571 | RIG-320-0708 TONG DIE F58 REGULAR 2-3/8 | EA | 6.0000 Y | 60.00 |
| 2 | 10.00 | 10.00 | 0.00 | (002) 7193516 | GIL-BOLT LONG JAW F/ FOSTER | EA | 2.8275 Y | 28.28 |
| 3 | 10.00 | 10.00 | 0.00 | (003) 7194016 | GIL-SCREW DIE 3/8 X 1-1/8 FOSTER | EA | 2.3393 Y | 23.39 |

Total Lines:   3

| | |
|---|---|
| *SUB-TOTAL:* | 111.67 |
| *SALES TAX:* | 9.21 |
| *AMOUNT DUE:* | **120.88** |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

| INVOICE | |
|---|---|
| 50564915 | |
| Invoice Date | Page |
| 9/29/2015 08:05:07 | 1 of 1 |
| ORDER NUMBER | |
| 10608649 | |
| | |

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 3W-0014 PERSAL YARD | Ordered By: Stefanie Forgey A/P BILLING | 10/29/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 9/28/2015 14:33:13 | 30585122 | Victoria Store | JDAVILA |

| | Quantities | | | | | Pricing | Unit | Extended |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | Item ID | Item Description | UOM | Price | Price |
| | | Carrier: | | | | Tracking #: | | | |
| 1 | 21.00 | 21.00 | 0.00 | | (001) 7193979 | HOU-WIPER PIPE FW-9020 2-3/8in $ | EA | 12.8571 Y | 270.00 |
| 2 | 21.00 | 21.00 | 0.00 | | (002) 7193980 | HOU-WIPER PIPE FW-9025 2-7/8in $ | EA | 12.8571 Y | 270.00 |

Total Lines: 2

| | |
|---|---|
| **SUB-TOTAL:** | 540.00 |
| **SALES TAX:** | 44.56 |
| **AMOUNT DUE:** | **584.56** |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# HSC

**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210–4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50564918 | |
| Invoice Date | Page |
| 9/29/2015 08:10:08 | 1 of 1 |
| ORDER NUMBER | |
| 10608652 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 3W-0015 RIG 125 | Ordered By: Stefanie Forgey A/P BILLING | 10/29/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 9/28/2015 14:35:48 | 30585126 | Victoria Store | JDAVILA |

| | Quantities | | | | | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | Item ID | Item Description | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7194948 | JPR-212-2.5 PREVENTER BLOWOUT | EA | 542.8571 Y | 542.86 |
| 2 | 2.00 | 2.00 | 0.00 | (002) 7212856 | RIG-259-1308-04 INSERT 3-1/2X2-7/8 TOP | ST | 137.1429 Y | 274.29 |

Total Lines:   2

**SUB-TOTAL:**   817.15

**SALES TAX:**   67.40

**AMOUNT DUE:**   **884.55**

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50565523 | |
| Invoice Date | Page |
| 9/30/2015 09:39:10 | 1 of 2 |
| ORDER NUMBER | |
| 10602736 | |
| | |

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 131792

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 64-0029 | Ordered By: Stefanie Forgey A/P BILLING | 10/30/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 9/8/2015 11:24:27 | 30585725 | Victoria Store | | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | | | | | Carrier: | | Tracking #: | |
| 1 | 5.00 | 5.00 | 0.00 | (001) 7216998 | IMP CAP 3000# FS THRD 2 | EA | 7.1714 Y | 35.86 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7189899 | DBI-HARNESS DERRICK MED | EA | 393.0000 Y | 393.00 |
| 3 | 2.00 | 2.00 | 0.00 | (003) 7207554 | DIS-LANYARD 6 HOOK DOUBLE | EA | 105.3000 Y | 210.60 |
| 4 | 1.00 | 1.00 | 0.00 | (004) 7223100 | DEL-TAGLINE 5/8 X 30FT NYLON | EA | 35.7143 Y | 35.71 |
| 5 | 1.00 | 1.00 | 0.00 | (005) OWI-2-90-THR | ELL, 2 IN 90 THRD 6000K | EA | 55.5286 Y | 55.53 |
| 6 | 10.00 | 10.00 | 0.00 | (006) 739060 | MAN-TAPE ELECTRICAL 3/4X60 | RL | 0.8400 Y | 8.40 |
| 7 | 4.00 | 4.00 | 0.00 | (007) 7189498 | SAM-SASH CORD 3/8X100 SILVERLAKE | HK | 19.3500 Y | 77.40 |
| 8 | 1.00 | 1.00 | 0.00 | (008) 7204947 | MUR-UMBRELLA LAPCO 7 VINYL | EA | 180.0941 Y | 180.09 |
| 9 | 2.00 | 2.00 | 0.00 | (009) 164818 | IGL-COOLER 50QT MAXCOLD | EA | 72.0000 Y | 144.00 |
| 10 | 100.00 | 100.00 | 0.00 | (010) 7193744 | AUS-GLOLA-PLUS HOSE PUSH ON 3/8 | FT | 1.5429 Y | 154.29 |
| 11 | 7.00 | 7.00 | 0.00 | (011) 7193980 | HOU-WIPER PIPE FW-9025  2-7/8in $ | EA | 12.8571 Y | 90.00 |
| 12 | 7.00 | 7.00 | 0.00 | (012) 7193979 | HOU-WIPER PIPE FW-9020  2-3/8in $ | EA | 12.8571 Y | 90.00 |
| 13 | 2.00 | 2.00 | 0.00 | (013) 7181868 | HOU-RUBBER STRIPPER HSSR-25 2-7/8 | EA | 100.9387 Y | 201.88 |
| 14 | 2.00 | 2.00 | 0.00 | (014) 7180356 | HOU-RUBBER STRIPPER HSSR-20 2-3/8 | EA | 100.9400 Y | 201.88 |
| 15 | 3.00 | 3.00 | 0.00 | (015) 7204936 | JET-34212   LUBRICANT   15LB   CURAL METAL FRE | EA | 38.4286 Y | 115.29 |
| 16 | 1.00 | 1.00 | 0.00 | (016) 7181921 | ANV-SWAGE   2UP8RDX2LPX6   STD   J55 TUBE NIPP | EA | 26.6429 Y | 26.64 |
| 17 | 1.00 | 1.00 | 0.00 | (017) 7181922 | ANV-SWAGE   21/2UP8RDX2LP   STD   J55 NIPPLE | EA | 64.2857 Y | 64.29 |
| 18 | 1.00 | 1.00 | 0.00 | (018) 7140925 | OSI-MANDREL UPPER SJ2 2-3/8 SEG | EA | 93.0000 Y | 93.00 |
| 19 | 1.00 | 1.00 | 0.00 | (019) 7140926 | OSI-MANDREL LOWER SJ3 2-3/8 SEG | EA | 94.2857 Y | 94.29 |
| 20 | 1.00 | 1.00 | 0.00 | (020) 7165719 | OSI-MANDREL UPPER SJ4 2-7/8 SEG | EA | 97.3929 Y | 97.39 |
| 21 | 1.00 | 1.00 | 0.00 | (021) 7165720 | OSI-MANDREL LOWER SJ5 2-7/8 SEG | EA | 100.2857 Y | 100.29 |
| 22 | 2.00 | 2.00 | 0.00 | (022) 7215069 | GOO-GASKET RING JOINT R24 OVAL 316SS | EA | 12.0956 Y | 24.19 |
| 23 | 8.00 | 8.00 | 0.00 | (024) 7150493 | DAN-STUD 7/8X6 1/2 B7 ALLOY W/NUTS | EA | 1.7310 Y | 13.85 |
| 24 | 1.00 | 1.00 | 0.00 | (025) 7188267 | WFC-HITCH BALL TRIPLE MOUNT | EA | 63.9429 Y | 63.94 |
| 25 | 5.00 | 5.00 | 0.00 | (026) 7182156 | HOR-FLAGGING SANDLINE F5010 YELLOW | BG | 3.4286 Y | 17.14 |
| 26 | 1.00 | 1.00 | 0.00 | (028) 7204459 | QUA-GATORADE VARIETY 20OZ BOTTLES | CS | 18.5429 Y | 18.54 |
| 27 | 2.00 | 2.00 | 0.00 | (029) SIGNOVERSIZ | SIGN   OVERSIZE   LOAD   12X60 W/GROMMETS | EA | 28.5000 Y | 57.00 |
| 28 | 4.00 | 4.00 | 0.00 | (030) 7206334 | 24H-FIRE EXTINGUISHER ABC 20LB A | EA | 130.0000 Y | 520.00 |
| 29 | 4.00 | 4.00 | 0.00 | (031) SAM-WHTFOI | CHAIR WHITE FOLDING | EA | 28.5429 Y | 114.17 |
| 30 | 24.00 | 24.00 | 0.00 | (033) 7180673 | OSI-SWAB CUP 254-RTL-UAL 2-7/8 | EA | 21.4028 Y | 513.67 |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

12.4.219, 05/26/2010

Rev 4



**INVOICE**

Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50565523 | |
| Invoice Date | Page |
| 9/30/2015 09:39:10 | 2 of 2 |
| ORDER NUMBER | |
| 10602736 | |
| | |

Howard Supply Company, LLC
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 131792

| | Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp. | | | | | |
| 31 | 24.00 | 24.00 | 0.00 | | (034) 7180671 | OSI-SWAB CUP 204-RTL-UAL 2-3/8 | EA | 18.1125 Y | 434.70 |
| 32 | 12.00 | 12.00 | 0.00 | | (035) 7183814 | OSI-OIL SAVER RUBBER H BLUE GA-9/16-M | EA | 11.1429 Y | 133.71 |
| 33 | 1.00 | 1.00 | 0.00 | | (036) CON-SWABW | BAR WEIGHT SWAB 1-1/4X25 W/3/4 PINS | EA | 373.3333 Y | 373.33 |
| 34 | 2.00 | 2.00 | 0.00 | | (037) 647752 | WATER PURE BOTTLED 24-PK 1/2 LITRE | PK | 4.2692 Y | 8.54 |

*Total Lines:* **34**

**SUB-TOTAL:** 4,762.61
**SALES TAX:** 392.98
**AMOUNT DUE:** 5,155.59

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.



**Please Remit To:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

# CREDIT MEMO

| CREDIT MEMO | |
|---|---|
| 50565593 | |
| Invoice Date | Page |
| 9/30/2015 11:16:07 | 1 of 3 |
| ORDER NUMBER | |
| 10609425 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 64-0029-9/30/2015 10:52:12 | Ordered By: Stefanie Forgey A/P BILLING | |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 9/30/2015 10:30:43 | 30585795 | Victoria Store | KSPECK |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |

Order Note:  CREDITING, INVOICED INCORRECTLY, REBILLING BUYOUT AT THIS TIME SAME P.O.

| # | Ordered | Shipped | Remaining | Item ID | Item Description | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | | *Carrier:* | | | *Tracking #:* | | | |
| 1 | -5.00 | -5.00 | 0.00 | (001) 7216998 | IMP CAP 3000# FS THRD 2 | EA | 7.1714 Y | -35.86 |
| | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 2 | -1.00 | -1.00 | 0.00 | (002) 7189899 | DBI-HARNESS DERRICK MED | EA | 393.0000 Y | -393.00 |
| | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 3 | -2.00 | -2.00 | 0.00 | (003) 7207554 | DIS-LANYARD 6 HOOK DOUBLE | EA | 105.3000 Y | -210.60 |
| | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 4 | -1.00 | -1.00 | 0.00 | (004) 7223100 | DEL-TAGLINE 5/8 X 30FT NYLON | EA | 35.7143 Y | -35.71 |
| | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 5 | -1.00 | -1.00 | 0.00 | (005) OWI-2-90-THRELL, 2 IN 90 THRD 6000K | | EA | 55.5286 Y | -55.53 |
| | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 6 | -10.00 | -10.00 | 0.00 | (006) 739060 | MAN-TAPE ELECTRICAL 3/4X60 | RL | 0.8400 Y | -8.40 |
| | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 7 | -4.00 | -4.00 | 0.00 | (007) 7189498 | SAM-SASH CORD 3/8X100 SILVERLAKE | HK | 19.3500 Y | -77.40 |
| | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 8 | -1.00 | -1.00 | 0.00 | (008) 7204947 | MUR-UMBRELLA LAPCO 7 VINYL | EA | 180.0941 Y | -180.09 |
| | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 9 | -2.00 | -2.00 | 0.00 | (009) 164818 | IGL-COOLER 50QT MAXCOLD | EA | 72.0000 Y | -144.00 |
| | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 10 | -100.00 | -100.00 | 0.00 | (010) 7193744 | AUS-6LOLA-PLUS HOSE PUSH ON 3/8 | FT | 1.5429 Y | -154.29 |
| | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 11 | -7.00 | -7.00 | 0.00 | (011) 7193980 | HOU-WIPER PIPE FW-9025  2-7/8in $ | EA | 12.8571 Y | -90.00 |
| | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 12 | -7.00 | -7.00 | 0.00 | (012) 7193979 | HOU-WIPER PIPE FW-9020  2-3/8in $ | EA | 12.8571 Y | -90.00 |
| | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 13 | -2.00 | -2.00 | 0.00 | (013) 7181868 | HOU-RUBBER STRIPPER HSSR-25 2-7/8 | EA | 100.9387 Y | -201.88 |
| | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 14 | -2.00 | -2.00 | 0.00 | (014) 7180356 | HOU-RUBBER STRIPPER HSSR-20 2-3/8 | EA | 100.9400 Y | -201.88 |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

*' 12.4.219, 05/26/2010

Rev 4

Case 16-03180   Document 1-3   Filed in TXSB on 08/17/16   Page 157 of 202



**CREDIT MEMO**

Please Remit To:
**Howard Supply Company, LLC**
**Dept 312**
**PO BOX 4869**
**Houston, TX 77210-4869**
**A/R Dept: (307) 265-8539**

Terms and Conditions:
www.howard-supply.com

| CREDIT MEMO | |
|---|---|
| 50565593 | |
| Invoice Date | Page |
| 9/30/2015 11:16:07 | 2 of 3 |
| ORDER NUMBER | |
| 10609425 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| | Ordered | Shipped | Remaining | Disp. | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 15 | -3.00 | -3.00 | 0.00 | | (015) 7204936 | JET-34212 LUBRICANT 15LB CUR AL METAL FRE | EA | 38.4286 Y | -115.29 |
| | | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 16 | -1.00 | -1.00 | 0.00 | | (016) 7181921 | ANV-SWAGE 2UP8RDX2LPX6 STD J55 TUBE NIPP | EA | 26.6429 Y | -26.64 |
| | | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 17 | -1.00 | -1.00 | 0.00 | | (017) 7181922 | ANV-SWAGE 21/2UP8RDX2LP STD J55 NIPPLE | EA | 64.2857 Y | -64.29 |
| | | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 18 | -1.00 | -1.00 | 0.00 | | (018) 7140925 | OSI-MANDREL UPPER SJ2 2-3/8 SEG | EA | 93.0000 Y | -93.00 |
| | | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 19 | -1.00 | -1.00 | 0.00 | | (019) 7140926 | OSI-MANDREL LOWER SJ3 2-3/8 SEG | EA | 94.2857 Y | -94.29 |
| | | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 20 | -1.00 | -1.00 | 0.00 | | (020) 7165719 | OSI-MANDREL UPPER SJ4 2-7/8 SEG | EA | 97.3929 Y | -97.39 |
| | | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 21 | -1.00 | -1.00 | 0.00 | | (021) 7165720 | OSI-MANDREL LOWER SJ5 2-7/8 SEG | EA | 100.2857 Y | -100.29 |
| | | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 22 | -2.00 | -2.00 | 0.00 | | (022) 7215069 | GOO-GASKET RING JOINT R24 OVAL 316SS | EA | 12.0956 Y | -24.19 |
| | | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 23 | -8.00 | -8.00 | 0.00 | | (023) 7150493 | DAN-STUD 7/8X6 1/2 B7 ALLOY W/NUTS | EA | 1.7310 Y | -13.85 |
| | | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 24 | -1.00 | -1.00 | 0.00 | | (024) 7188267 | WFC-HITCH BALL TRIPLE MOUNT | EA | 63.9429 Y | -63.94 |
| | | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 25 | -5.00 | -5.00 | 0.00 | | (025) 7182156 | HOR-FLAGGING SANDLINE F5010 YELLOW | BG | 3.4286 Y | -17.14 |
| | | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 26 | -1.00 | -1.00 | 0.00 | | (026) 7204459 | QUA-GATORADE VARIETY 20OZ BOTTLES | CS | 18.5429 Y | -18.54 |
| | | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 27 | -2.00 | -2.00 | 0.00 | | (027) SIGNOVERSIZ | SIGN OVERSIZE LOAD 12X60 W/GROMMETS | EA | 28.5000 Y | -57.00 |
| | | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 28 | -4.00 | -4.00 | 0.00 | | (028) 7206334 | 24H-FIRE EXTINGUISHER ABC 20LB A | EA | 130.0000 Y | -520.00 |
| | | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 29 | -4.00 | -4.00 | 0.00 | | (029) SAM-WHTFOI | CHAIR WHITE FOLDING | EA | 28.5429 Y | -114.17 |
| | | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 30 | -24.00 | -24.00 | 0.00 | | (030) 7180673 | OSI-SWAB CUP 254-RTL-UAL 2-7/8 | EA | 21.4028 Y | -513.67 |
| | | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 31 | -24.00 | -24.00 | 0.00 | | (031) 7180671 | OSI-SWAB CUP 204-RTL-UAL 2-3/8 | EA | 18.1125 Y | -434.70 |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* 12.4.219, 05/26/2010

Rev 4



# HSC

**CREDIT MEMO**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

Howard Supply Company, LLC
**Branch:**  Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

| CREDIT MEMO | |
|---|---|
| 50565593 | |
| Invoice Date | Page |
| 9/30/2015 11:16:07 | 3 of 3 |
| ORDER NUMBER | |
| 10609425 | |
| | |

**Customer ID:**   131792

**Ship To ID:**   132070

| | Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp. | | | | | |
| | | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 32 | -12.00 | -12.00 | 0.00 | | (032) 7183814 | OSI-OIL SAVER RUBBER H BLUE GA-9/16-M | EA | 11.1429  Y | -133.71 |
| | | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 33 | -1.00 | -1.00 | 0.00 | | (033) CON-SWABW BAR WEIGHT SWAB 1-1/4X25 W/3/4 PINS | | EA | 373.3333  Y | -373.33 |
| | | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |
| 34 | -2.00 | -2.00 | 0.00 | | (034) 647752 | WATER PURE BOTTLED 24-PK 1/2 LITRE | PK | 4.2692  Y | -8.54 |
| | | | | | *Original:* 50565523 | 9/30/2015 09:39:10 | | | |

*Total Lines:  34*

**SUB-TOTAL:**  -4,762.61
**SALES TAX:**  -392.98
**AMOUNT DUE:**  -5,155.59

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**HSC**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

# INVOICE

| INVOICE | |
|---|---|
| 50565863 | |
| Invoice Date | Page |
| 9/30/2015 15:15:37 | 1 of 1 |
| ORDER NUMBER | |
| 10606173 | |
| | |

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 114 200-0029 | Ordered By: Stefanie Forgey A/P BILLING | 10/30/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 9/18/2015 15:29:20 | 30586064 | Victoria Store | MRIVERA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | | Carrier: | | | | Tracking #: | | | |
| 1 | 3.00 | 3.00 | 0.00 | | (001) 7222020 | ARN-3712 OIL DELO 15-40W 1 GAL | GL | 16.6857 Y | 50.06 |
| 2 | 2.00 | 2.00 | 0.00 | | (004) 7117976 | RID-31725 HEEL JAW 36 W/PIN | EA | 32.3000 Y | 64.60 |

Total Lines: 2

**SUB-TOTAL:** 114.66

**SALES TAX:** 9.46

**AMOUNT DUE:** 124.12

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

Please Remit To:
**Howard Supply Company, LLC**
**Dept 312**
**PO BOX 4869**
**Houston, TX 77210-4869**
**A/R Dept: (307) 265-8539**

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50565935 | |
| Invoice Date | Page |
| 9/30/2015 15:56:17 | 1 of 1 |
| ORDER NUMBER | |
| 10609462 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 64-0029-9/30/2015 11:25:05 | Ordered By: Stefanie Forgey A/P BILLING | 10/30/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 9/30/2015 11:24:21 | 30586129 | Victoria Store | KSPECK |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | |
| | **Carrier:** | | | | **Tracking #:** | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) OWI-2-90-THR ELL, 2 IN 90 THRD 6000K | | EA | 55.5286 Y | 55.53 |
| 2 | 1.00 | 1.00 | 0.00 | (002) VALVEGATE2 VALVE GATE 5K FLANGE 2-1/16 5K | | EA | 650.0000 Y | 650.00 |
| 3 | 2.00 | 2.00 | 0.00 | (003) SIGNOVERSIZ SIGN  OVERSIZE  LOAD  12 X 60 W/GROMMETS | | EA | 28.5000 Y | 57.00 |
| 4 | 4.00 | 4.00 | 0.00 | (004) SAM-WHTFOI CHAIR WHITE FOLDING | | EA | 28.5429 Y | 114.17 |
| 5 | 1.00 | 1.00 | 0.00 | (006) CON-SWABW BAR WEIGHT SWAB 1-1/4X25 W/3/4 PINS | | EA | 373.3330 Y | 373.33 |

*Total Lines:   5*

**SUB-TOTAL:**   1,250.03

**SALES TAX:**   103.14

**AMOUNT DUE:**   1,353.17

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**HSC**

**INVOICE**

Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50565936 | |
| Invoice Date | Page |
| 9/30/2015 15:57:03 | 1 of 1 |
| ORDER NUMBER | |
| 10608958 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| YARD 2W-0049 | Ordered By: Stefanie Forgey A/P BILLING | 10/30/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 9/29/2015 10:56:35 | 30586131 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 7212537 | FLUID DIESEL EXHAUST 2.5 GAL | EA | 12.1111 Y | 24.22 |

*Total Lines:  1*

| | |
|---|---|
| **SUB-TOTAL:** | 24.22 |
| **SALES TAX:** | 1.99 |
| **AMOUNT DUE:** | **26.21** |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4

Unofficial Copy Office of Chris Daniel District Clerk



Please remit to:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

# INVOICE

| INVOICE | |
|---|---|
| 50565937 | |
| Invoice Date | Page |
| 9/30/2015 15:57:24 | 1 of 1 |
| ORDER NUMBER | |
| 10608667 | |
| | |

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| rig 114 2W-0047 | Ordered By: Stefanie Forgey A/P BILLING | 10/30/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 9/28/2015 13:43:23 | 30586133 | Victoria Store | JDAVILA |

| | Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | | (001) 7117909 | RID-31035 WRENCH PIPE 36 C-IRON | EA | 154.7714 Y | 154.77 |
| 2 | 1.00 | 1.00 | 0.00 | | (002) 7106353 | CRE-AC112 WRENCH ADJ 12 CHROME | EA | 32.1286 Y | 32.13 |
| 3 | 1.00 | 1.00 | 0.00 | | (003) 252056 | CRE-AC115 WRENCH ADJ 15 CHROME TAPER HDL | EA | 51.5559 Y | 51.56 |
| 4 | 2.00 | 2.00 | 0.00 | | (005) 7222019 | ARN-3714 OIL 15W-40 DELO 400 5 GAL | 5GL | 100.9927 Y | 201.99 |
| 5 | 2.00 | 1.00 | 0.00 | | (006) 441667 | TRU-HAMMER SLEDGE 4 WOOD 10104 | EA | 13.6571 Y | 13.66 |
| 6 | 1.00 | 1.00 | 0.00 | | (007) 7204936 | JET-34212 LUBRICANT 15LB CURAL METAL FRE | EA | 38.4286 Y | 38.43 |
| 7 | 5.00 | 5.00 | 0.00 | | (008) 739060 | MAN-TAPE ELECTRICAL 3/4X60 | RL | 0.6000 Y | 3.00 |
| 8 | 24.00 | 24.00 | 0.00 | | (009) 7140290 | MAR-PAINT STICK WHITE 80220 | EA | 0.9857 Y | 23.66 |
| 9 | 2.00 | 2.00 | 0.00 | | (010) 7117971 | RID-31700 HEEL JAW 24 W/PIN | EA | 20.6570 Y | 41.31 |
| 10 | 2.00 | 2.00 | 0.00 | | (011) 7117970 | RID-31695 HOOK JAW 24 | EA | 41.4282 Y | 82.86 |
| 11 | 12.00 | 12.00 | 0.00 | | (013) 7180187 | SAF-GLASSES ZTEK PYR CLR/CLR | PR | 1.4000 Y | 16.80 |
| 12 | 2.00 | 2.00 | 0.00 | | (014) 7154917 | GEA-QA4-19 WRENCH SUCKEROD 1 PETOL | EA | 184.2857 Y | 368.57 |
| 13 | 2.00 | 2.00 | 0.00 | | (015) 7154914 | GEA-QA2-19 WRENCH SUCKEROD 3/4-7/8 PETOL | EA | 160.7143 Y | 321.43 |
| 14 | 2.00 | 2.00 | 0.00 | | (017) 7181868 | HOU-RUBBER STRIPPER HSSR-25 2-7/8 | EA | 100.9391 Y | 201.88 |
| 15 | 2.00 | 2.00 | 0.00 | | (018) 7189498 | SAM-SASH CORD 3/8X100 SILVERLAKE | HK | 19.3500 Y | 38.70 |

*Total Lines:*   15

| | |
|---|---|
| **SUB-TOTAL:** | 1,590.75 |
| **SALES TAX:** | 131.22 |
| **AMOUNT DUE:** | 1,721.97 |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

**HSC**

Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50565938 | |
| Invoice Date | Page |
| 9/30/2015 15:59:27 | 1 of 1 |
| ORDER NUMBER | |
| 10608927 | |

**Howard Supply Company, LLC**
**Branch:**  Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| *PO Number* | Attn: Stefanie Forgey A/P BILLING | *Net Due Date* |
|---|---|---|
| RIG 119 2W-0048 | Ordered By: Stefanie Forgey A/P BILLING | 10/30/2015 |

| *Order Date* | *Pick Ticket No* | *Primary Salesrep Name* | *Taker* |
|---|---|---|---|
| 9/29/2015 10:26:39 | 30586134 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 4.00 | 4.00 | 0.00 | (001) 7205101 | ALA-BAG TRASH 55GAL BLACK 30x60 | CS | 52.4873 Y | 209.95 |
| 2 | 2.00 | 2.00 | 0.00 | (002) 7205105 | TRI-RAM RUBBER 7-1/16X2-3/8 T-WD | EA | 50.8537 Y | 101.71 |
| 3 | 2.00 | 2.00 | 0.00 | (003) 7205106 | TRI-RAM RUBBER 7-1/16X2-78 T-WD | EA | 48.1338 Y | 96.27 |
| 4 | 4.00 | 4.00 | 0.00 | (004) 7205108 | TRI-SEAL 7-1/16 225023 TOP T-WD | EA | 41.7048 Y | 166.82 |
| 5 | 6.00 | 6.00 | 0.00 | (005) 7177032 | OSI-OIL SAVER RUBBER TYPE H GA-9/16 | EA | 11.8714 Y | 71.23 |
| 6 | 1.00 | 1.00 | 0.00 | (006) 7140925 | OSI-MANDREL UPPER SJ2 2-3/8 SEG | EA | 93.0000 Y | 93.00 |
| 7 | 6.00 | 6.00 | 0.00 | (007) 7204964 | SAF-GLOVE COTTON ORNGE DOT 10oz ORG CUFF | DZ | 10.9525 Y | 65.72 |
| 8 | 5.00 | 5.00 | 0.00 | (008) 739060 | MAN-TAPE ELECTRICAL 3/4X60 | RL | 0.6000 Y | 3.00 |
| 9 | 5.00 | 5.00 | 0.00 | (009) 7222491 | GRE-TAPE TEFLON 1X520 THREAD DOMESTIC | RL | 2.3571 Y | 11.79 |
| 10 | 1.00 | 1.00 | 0.00 | (010) 122476 | GOJ-HAND CLEANER ORG PUMICE 1GAL | GL | 13.4143 Y | 13.41 |
| 11 | 1.00 | 1.00 | 0.00 | (011) 7119219 | REC-RAGS CMP No.25 POLY COLOR TERRY/TURK | BG | 28.2429 Y | 28.24 |
| 12 | 1.00 | 1.00 | 0.00 | (012) 7222021 | ARN-1734 OIL HYDRAULIC AW68 PURUS | 5G | 47.4429 Y | 47.44 |
| 13 | 7.00 | 7.00 | 0.00 | (013) 7193979 | HOU-WIPER PIPE FW-9020 2-3/8in $ | EA | 12.8571 Y | 90.00 |
| 14 | 5.00 | 5.00 | 0.00 | (014) 647752 | WATER PURE BOTTLED 24-PK 1/2 LITRE | PK | 5.0006 Y | 25.00 |

*Total Lines:  14*

| | |
|---|---|
| **SUB-TOTAL:** | 1,023.58 |
| **SALES TAX:** | 84.51 |
| **AMOUNT DUE:** | **1,108.09** |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

| INVOICE | |
|---|---|
| 50566719 | |
| Invoice Date | Page |
| 10/5/2015 11:46:11 | 1 of 1 |
| ORDER NUMBER | |
| 10608667 | |
| | |

Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| rig 114 2W-0047 | Ordered By: Stefanie Forgey A/P BILLING | 11/4/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 9/28/2015 13:43:23 | 30586934 | Victoria Store | JDAVILA |

| Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | | Carrier: | | | Tracking #: | | | |
| 1 | 2.00 | 1.00 | 0.00 | (006) 441667 | TRU-HAMMER SLEDGE 4 WOOD 10104 | EA | 13.6571 Y | 13.66 |

Total Lines: 1

**SUB-TOTAL:** 13.66
**SALES TAX:** 1.12
**AMOUNT DUE:** 14.78

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50567344 | |
| Invoice Date | Page |
| 10/7/2015 13:00:07 | 1 of 1 |
| ORDER NUMBER | |
| 10611077 | |

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 2W-0054 | Ordered By: Stefanie Forgey A/P BILLING | 11/6/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 3/20/2000 | 30587613 | Victoria Store | KSPECK |

| | Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | Carrier: | | | | | Tracking #: | | | |
| 1 | 12.00 | 12.00 | 0.00 | | (001) 179905 | DBL-PIN 5-1/16 SQUARE WIRE PIN 2PK | PK | 1.7600 Y | 21.12 |
| 2 | 1.00 | 1.00 | 0.00 | | (002) 7222019 | ARN-3714 OIL 15W-40 DELO 400 5 GAL | 5GL | 128.7286 Y | 128.73 |
| 3 | 1.00 | 1.00 | 0.00 | | (003) 7204153 | JAC-GLASSES NEMESIS BLK/SMKMIR | PR | 5.2962 Y | 5.30 |

Total Lines: 3

**SUB-TOTAL:** 155.15
**SALES TAX:** 12.81
**AMOUNT DUE:** 167.96

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

\* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Please Remit To:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50567669 | |
| Invoice Date | Page |
| 10/8/2015 12:10:38 | 1 of 1 |
| ORDER NUMBER | |
| 10610351 | |

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 2W-0052 | Ordered By: Stefanie Forgey A/P BILLING | 11/7/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 10/5/2015 07:17:17 | 30587922 | Victoria Store | CTILLEY |

| | Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | | (001) 7204560 | ZEP-WASH TRUCK & TRAILER 5-GAL | EA | 133.7143 Y | 133.71 |
| 2 | 2.00 | 2.00 | 0.00 | | (002) 7214962 | SQW-SQWINCHER QUIK STIK LEMON LIME 50PK | PK | 19.4071 Y | 38.81 |
| 3 | 1.00 | 1.00 | 0.00 | | (003) 7205886 | SQW-SQWINCHER QUIK STIK LEMONADE 50PK | PK | 19.2846 Y | 19.28 |
| 4 | 3.00 | 3.00 | 0.00 | | (004) 7205887 | SQW-SQWINCHER QUIK STIK GRAPE 50PK | PK | 19.4095 Y | 58.23 |
| 5 | 1.00 | 1.00 | 0.00 | | (005) 7204559 | ZEP-WASH FORMULA 4358 CAR&TRUCK | EA | 186.9286 Y | 186.93 |

Total Lines: 5

**SUB-TOTAL:** 436.96
**SALES TAX:** 36.05
**AMOUNT DUE:** 473.01

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50570579 | |
| Invoice Date | Page |
| 10/20/2015 15:14:47 | 1 of 1 |
| ORDER NUMBER | |
| 10615225 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 2W-1050 \ RIG 113 | Ordered By: Stefanie Forgey A/P BILLING | 11/19/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 10/20/2015 09:23:27 | 30590901 | Victoria Store | MRIVERA |

| | Quantities | | | | | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | Item ID | Item Description | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 3.00 | 3.00 | 0.00 | (001) 2IN5KHOSEAS | HOSE, 5K 2" | EA | 665.8400 Y | 1,997.52 |
| 2 | 3.00 | 3.00 | 0.00 | (002) 7215054 | AME-UNION   ASSY   2   1502   STD   SVS THREADED | EA | 89.0000 Y | 267.00 |
| 3 | 3.00 | 3.00 | 0.00 | (003) 7216754 | IMP UNION HAMMER FIG. 100 4 | EA | 64.6100 Y | 193.83 |

Total Lines:   3

**SUB-TOTAL:**   2,458.35

**SALES TAX:**   202.83

**AMOUNT DUE:**   2,661.18

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**
**Dept 312**
**PO BOX 4869**
**Houston, TX 77210-4869**
**A/R Dept: (307) 265-8539**

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50570598 | |
| Invoice Date | Page |
| 10/20/2015 15:29:29 | 1 of 1 |
| ORDER NUMBER | |
| 10615271 | |
| | |

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 2W-1054 \ 113 | Ordered By: Stefanie Forgey A/P BILLING | 11/19/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 10/20/2015 13:01:53 | 30590919 | Victoria Store | JDAVILA |

| | Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.00 | 1.00 | 0.00 | | (001) 7212537 | FLUID DIESEL EXHAUST 2.5 GAL | EA | 12.1100 Y | 12.11 |
| 2 | 1.00 | 1.00 | 0.00 | | (002) 7119209 | REC-RAGS CMP No.25 POLY PACK COLOR KNIT | BX | 15.7400 Y | 15.74 |
| 3 | 1.00 | 1.00 | 0.00 | | (003) 7204936 | JET-34212 LUBRICANT 15LB CURAL METAL FRE | EA | 38.4200 Y | 38.42 |
| 4 | 1.00 | 1.00 | 0.00 | | (004) 7180356 | HOU-RUBBER STRIPPER HSSR-20 2-3/8 | EA | 100.9400 Y | 100.94 |
| 5 | 3.00 | 3.00 | 0.00 | | (005) 739060 | MAN-TAPE ELECTRICAL 3/4X60 | RL | 0.6000 Y | 1.80 |
| 6 | 1.00 | 1.00 | 0.00 | | (006) 7222020 | ARN-3712 OIL DELO 15-40W 1 GAL | CS | 46.7200 Y | 46.72 |
| 7 | 1.00 | 1.00 | 0.00 | | (007) 7217001 | IMP NIPPLE STD. 4 X 6 | EA | 10.6721 Y | 10.67 |

Total Lines: 7

**SUB-TOTAL:** 226.40
**SALES TAX:** 18.67
**AMOUNT DUE:** 245.07

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# HSC

# INVOICE

**Howard Supply Company, LLC**
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50570605 | |
| Invoice Date | Page |
| 10/20/2015 15:39:33 | 1 of 1 |
| ORDER NUMBER | |
| 10614201 | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|---|
| Rig # 115 \ 2W-0074 | | Ordered By: Stefanie Forgey A/P BILLING | 11/19/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 10/16/2015 07:21:46 | 30590926 | Victoria Store | | KSPECK |

| | Quantities | | | | | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | Item ID | Item Description | | |
| | | **Carrier:** | | | | **Tracking #:** | | |
| 1 | 25.00 | 25.00 | 0.00 | | (001) 7204964 | SAF-GLOVE  COTTON  ORNGE  DOT  10oz  ORG CUFF | DZ | 15.3600 Y | 384.00 |
| 2 | 1.00 | 1.00 | 0.00 | | (002) 7205101 | ALA-BAG TRASH 55GAL BLACK 30x60 | CS | 52.4873 Y | 52.49 |
| 3 | 5.00 | 5.00 | 0.00 | | (003) 647752 | WATER PURE BOTTLED 24-PK 1/2 LITRE | PK | 5.0060 Y | 25.03 |

*Total Lines:   3*

**SUB-TOTAL:**   461.52
**SALES TAX:**   38.08
**AMOUNT DUE:**   499.60

*Unofficial Copy Office of Chris Daniel District Clerk*

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

\* ' 12.4.219, 05/26/2010

Rev 4



**HSC**

Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

# INVOICE

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50570607 | |
| Invoice Date | Page |
| 10/20/2015 15:40:27 | 1 of 1 |
| ORDER NUMBER | |
| 10613467 | |
| | |

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| WS-1028 | Ordered By: Stefanie Forgey A/P BILLING | 11/19/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 10/14/2015 06:54:22 | 30590928 | Victoria Store | | KSPECK |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |

| | Carrier: | | | | Tracking #: | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 1.00 | 1.00 | 0.00 | (001) 7204936 | JET-34212 LUBRICANT 15LB CURAL METAL FRE | EA | 38.4286 Y | 38.43 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7119219 | REC-RAGS CMP No.25 POLY COLOR TERRY/TURK | BG | 28.2429 Y | 28.24 |
| 3 | 60.00 | 60.00 | 0.00 | (003) SSI - 3/4 IN NY | SSI- 3/4 IN NYLON ROPE | EA | 0.9800 Y | 58.80 |
| 4 | 1.00 | 1.00 | 0.00 | (004) 7189498 | SAM-SASH CORD 3/8X100 SILVERLAKE | HK | 19.3500 Y | 19.35 |
| 5 | 1.00 | 1.00 | 0.00 | (005) 7154917 | GEA-QA4-19 WRENCH SUCKEROD 1 PETOL | EA | 184.2857 Y | 184.29 |
| 6 | 3.00 | 3.00 | 0.00 | (006) 7106815 | CRO-G429 7/16-1/2 FIST CLIP 1010532 | EA | 13.7000 Y | 41.10 |
| 7 | 3.00 | 3.00 | 0.00 | (007) 7106816 | CRO-G429 9/16-5/8 FIST CLIP 1010550 | EA | 18.7800 Y | 56.34 |
| 8 | 4.00 | 4.00 | 0.00 | (008) 7106870 | CRO-A1337 3/8 W 10MM LOK-A-LOY 1015122 | EA | 32.5704 Y | 130.28 |
| 9 | 3.00 | 3.00 | 0.00 | (009) 7126652 | CAM-CHAIN BINDER 3/8X20 GR70 3/8 HOOKS | EA | 59.9231 Y | 179.77 |
| 10 | 15.00 | 15.00 | 0.00 | (010) 7206664 | RJG-3020-0708P TONG DIE F58 PYRAMID2-3/8 | EA | 6.0077 Y | 90.12 |
| 11 | 10.00 | 10.00 | 0.00 | (011) 7193576 | GIL-BOLT LONG JAW F/ FOSTER | EA | 2.8275 Y | 28.28 |
| 12 | 10.00 | 10.00 | 0.00 | (012) 7194016 | GIL-SCREW DIE 3/8 X 1-1/8 FOSTER | EA | 2.3393 Y | 23.39 |

Total Lines: 12

**SUB-TOTAL:** 878.39

**SALES TAX:** 72.47

**AMOUNT DUE:** 950.86

Unofficial copy Wrench Charts Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

\* ' 12.4.219, 05/26/2010

Rev 4



Please remit to:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

**INVOICE**

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

| INVOICE | |
|---|---|
| 50570612 | |
| Invoice Date | Page |
| 10/20/2015 15:41:54 | 1 of 1 |
| ORDER NUMBER | |
| 10613680 | |
| | |

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| Y1033 | Ordered By: Stefanie Forgey A/P BILLING | 11/19/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 10/14/2015 12:19:02 | 30590931 | Victoria Store | KSPECK |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7184179 | REC-RAGS PLY No.25BAG WHITE TURKISH | BG | 32.8268 Y | 32.83 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7204936 | JET-34212 LUBRICANT 15LB CURAL METAL FRE | EA | 38.4286 Y | 38.43 |
| 3 | 24.00 | 24.00 | 0.00 | (003) 579373 | WD4-LUBRICANT WD40.12OZ MP | EA | 6.5285 Y | 156.68 |
| 4 | 1.00 | 1.00 | 0.00 | (004) 7150590 | MAG-BRUSH DOPE DRILL PIPE 2 | EA | 4.4126 Y | 4.41 |
| 5 | 1.00 | 1.00 | 0.00 | (005) 7204797 | OIL-GREASE MYSTIC JT6 10 PK/14oz STICKS | PK | 33.1441 Y | 33.14 |
| 6 | 2.00 | 2.00 | 0.00 | (007) 770909 | ABC-BRUSH WIRE SHOE HANDLE | EA | 1.5728 Y | 3.15 |
| 7 | 6.00 | 6.00 | 0.00 | (008) 826750 | KRY-K02410 PAINT SPRAY SAFTY ORANGE OSHA | EA | 6.5520 Y | 39.31 |
| 8 | 12.00 | 12.00 | 0.00 | (009) 7202779 | SAF-PIN SAFETY 1-1/2WX6L X-SMALL ZINC | EA | 3.2252 Y | 38.70 |
| 9 | 1.00 | 1.00 | 0.00 | (010) 122476 | GOJ-HAND CLEANER ORG PUMICE 1GAL | GL | 13.4143 Y | 13.41 |
| 10 | 2.00 | 2.00 | 0.00 | (011) 7205101 | ALA-BAG TRASH 55GAL BLACK 30x60 | CS | 52.4800 Y | 104.96 |
| 11 | 24.00 | 24.00 | 0.00 | (012) 7106816 | CRO-G429 9/16-5/8 FIST CLIP 1010550 | EA | 18.7800 Y | 450.72 |
| 12 | 1.00 | 1.00 | 0.00 | (013) 7222021 | ARN-1734 OIL HYDRAULIC AW68 PURUS | 5G | 47.4400 Y | 47.44 |
| 13 | 2.00 | 2.00 | 0.00 | (014) 7133175 | LUF-P2312D TAPE MEASURE 3/4X12 ENG | EA | 10.1143 Y | 20.23 |

Total Lines:  13

**SUB-TOTAL:**   983.41

**SALES TAX:**   81.13

**AMOUNT DUE:**   1,064.54

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

\* \* 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**
**Dept 312**
**PO BOX 4869**
**Houston, TX 77210-4869**
**A/R Dept: (307) 265-8539**

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50570614 | |
| Invoice Date | Page |
| 10/20/2015 15:43:13 | 1 of 1 |
| ORDER NUMBER | |
| 10613690 | |
| | |

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| WS 1032 | Ordered By: Stefanie Forgey A/P BILLING | 11/19/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 10/14/2015 15:17:21 | 30590933 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 6.00 | 6.00 | 0.00 | (001) 7184179 | REC-RAGS PLY No.25BAG WHITE TURKISH | BG | 32.6286 Y | 195.77 |
| 2 | 6.00 | 6.00 | 0.00 | (002) 122476 | GOJ-HAND CLEANER ORG PUMICE 1GAL | GL | 13.4143 Y | 80.49 |
| 3 | 30.00 | 30.00 | 0.00 | (003) 7204964 | SAF-GLOVE COTTON ORNGE DOT 10oz ORG CUFF | DZ | 10.9586 Y | 328.76 |
| 4 | 4.00 | 4.00 | 0.00 | (004) 7180188 | SAF-GLASSES PYR ZTEK GRY/GRY | BX | 18.8571 Y | 75.43 |
| 5 | 2.00 | 2.00 | 0.00 | (005) 7152983 | ABC-HAMMER SLEDGE 4LB BRASS WOOD HDLE | EA | 63.8714 Y | 127.74 |
| 6 | 6.00 | 6.00 | 0.00 | (006) 7204936 | JET-34212 LUBRICANT 15LB CURAL METAL FRE | EA | 38.4286 Y | 230.57 |
| 7 | 6.00 | 6.00 | 0.00 | (007) 7150590 | MAG-BRUSH DOPE DRILL PIPE 2 | EA | 4.7283 Y | 28.37 |
| 8 | 24.00 | 24.00 | 0.00 | (008) 770909 | ABC-BRUSH WIRE SHOE HANDLE | EA | 1.5715 Y | 37.72 |
| 9 | 1.00 | 1.00 | 0.00 | (009) 7135716 | CRE-CSD10 SCREWDRIVER SET 10PC DURA-DRVR | ST | 20.9000 Y | 20.90 |
| 10 | 2.00 | 2.00 | 0.00 | (010) 7117975 | RID-31720 HOOK JAW 36 | EA | 87.0258 Y | 174.05 |
| 11 | 2.00 | 2.00 | 0.00 | (011) 7117976 | RID-31725 HEEL JAW 36 W/PIN | EA | 34.6143 Y | 69.23 |
| 12 | 2.00 | 2.00 | 0.00 | (012) 7117970 | RID-31695 HOOK JAW 24 | EA | 41.4282 Y | 82.86 |
| 13 | 2.00 | 2.00 | 0.00 | (013) 7117971 | RID-31700 HEEL JAW 24 W/PIN | EA | 20.6570 Y | 41.31 |
| 14 | 2.00 | 2.00 | 0.00 | (014) 7117965 | RID-31670 HOOK JAW 18 | EA | 26.5332 Y | 53.07 |
| 15 | 2.00 | 2.00 | 0.00 | (015) 7117966 | RID-31675 HEEL JAW 18 W/PIN | EA | 13.4072 Y | 26.81 |

*Total Lines: 15*

**SUB-TOTAL:** 1,573.08

**SALES TAX:** 129.80

**AMOUNT DUE:** 1,702.88

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* * 12.4.219, 05/26/2010

Rev 4



**HSC**

# INVOICE

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50570616 | |
| Invoice Date | Page |
| 10/20/2015 15:44:38 | 1 of 1 |
| ORDER NUMBER | |
| 10613940 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 2W-0072 RIG 114 | Ordered By: Stefanie Forgey A/P BILLING | 11/19/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 10/15/2015 10:09:09 | 30590935 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | | | Carrier: | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | | (001) 7217369 | IMP COUPLING MERCHANTE | EA | 3.1904 Y | 3.19 |
| 2 | 1.00 | 1.00 | 0.00 | | (002) 7180641 | ANV-NIPPLE 2X1 STD TBE SWAGE | EA | 13.9286 Y | 13.93 |
| 3 | 2.00 | 2.00 | 0.00 | | (003) 7222019 | ARN-3714 OIL 15W-40 DELO 400 5 GAL | 5GL | 101.0303 Y | 202.06 |
| 4 | 2.00 | 2.00 | 0.00 | | (004) 344606 | MAS-175DLH PADLOCK SET-UR-OWN COMB BRASS | EA | 18.3144 Y | 36.63 |
| 5 | 1.00 | 1.00 | 0.00 | | (005) 7119219 | REC-RAGS CMP No.25 POLY COLOR TERRY/TURK | BG | 28.2429 Y | 28.24 |
| 6 | 2.00 | 2.00 | 0.00 | | (006) 551715 | DAW-DISH SOAP DAWN LIQUID 38oz | EA | 7.2143 Y | 14.43 |
| 7 | 1.00 | 1.00 | 0.00 | | (007) HTC-1 IN HOS 1 IN X 10 | HOSE W/MALE CAMLOCK ENDS | EA | 118.1429 Y | 118.14 |
| 8 | 1.00 | 1.00 | 0.00 | | (008) HTC-A-1 IN M A 1 IN | MALE/ FEMALE THREAD CAMLOCK | EA | 3.5429 Y | 3.54 |
| 9 | 1.00 | 1.00 | 0.00 | | (009) HTC-B-1 IN FE B | 1 IN FEMALE/FEMALE THREAD CAMLOCK | EA | 7.5857 Y | 7.59 |

Total Lines:   9

**SUB-TOTAL:**   427.75
**SALES TAX:**   35.28
**AMOUNT DUE:**   463.03

Unofficial Copy of the Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# HSC

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

# INVOICE

| INVOICE | |
|---|---|
| 50570680 | |
| Invoice Date | Page |
| 10/21/2015 08:04:30 | 1 of 1 |
| ORDER NUMBER | |
| 10615366 | |

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 2W 1055 | Ordered By: Stefanie Forgey A/P BILLING | 11/20/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 10/20/2015 15:45:22 | 30591006 | Victoria Store | KSPECK |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 60.00 | 60.00 | 0.00 | (001) 7204964 | SAF-GLOVE COTTON ORNGE DOT 10oz ORG CUFF | PR | 15.3600 Y | 921.60 |
| 2 | 2.00 | 2.00 | 0.00 | (002) 7119219 | REC-RAGS CMP No.25 POLY COLOR TERRY/TURK | BG | 28.2400 Y | 56.48 |
| 3 | 2.00 | 2.00 | 0.00 | (003) 7222020 | ARN-3712 OIL DELO 15-40W 1 GAL | CS | 46.7200 Y | 93.44 |
| 4 | 2.00 | 2.00 | 0.00 | (004) 7140290 | MAR-PAINT STICK WHITE 80220 | BX | 11.8000 Y | 23.60 |
| 5 | 4.00 | 4.00 | 0.00 | (005) 7140840 | MAR-OIL MARVEL MYSTERY AIR TOOL 1QT | QT | 7.9660 Y | 31.86 |
| 6 | 1.00 | 1.00 | 0.00 | (006) 7189498 | SAM-SASH CORD 3/8X100 SILVERLAKE | HK | 19.3500 Y | 19.35 |
| 7 | 1.00 | 1.00 | 0.00 | (007) 7180356 | HOU-RUBBER STRIPPER HSSR-20 2-3/8 | EA | 100.9400 Y | 100.94 |
| 8 | 6.00 | 6.00 | 0.00 | (008) 7180187 | SAF-GLASSES ZTEK PYR CLR/CLR | PR | 1.4000 Y | 8.40 |
| 9 | 6.00 | 6.00 | 0.00 | (009) 7180188 | SAF-GLASSES PYR ZTEK GRY/GRY | PR | 2.2000 Y | 13.20 |
| 10 | 3.00 | 3.00 | 0.00 | (010) 7212537 | FLUID DIESEL EXHAUST 2.5 GAL | EA | 16.9600 Y | 50.88 |

Total Lines: 10

**SUB-TOTAL:** 1,319.75

**SALES TAX:** 108.89

**AMOUNT DUE:** 1,428.64

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50571090 | |
| Invoice Date | Page |
| 10/22/2015 07:47:17 | 1 of 1 |
| ORDER NUMBER | |
| 10615815 | |
| | |

**Howard Supply Company, LLC**

**Branch:**    Howard Supply - Victoria

3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**    131792

**Ship To ID:** 132070

| *PO Number* | | Attn: Stefanie Forgey A/P BILLING | *Net Due Date* |
|---|---|---|---|
| ASSET #16251 PO 2W-1067 | | Ordered By: Stefanie Forgey A/P BILLING | 11/21/2015 |

| *Order Date* | *Pick Ticket No* | *Primary Salesrep Name* | | *Taker* |
|---|---|---|---|---|
| 10/21/2015 13:45:40 | 30591388 | Victoria Store | | JDAVILA |

| Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 7212537 | FLUID DIESEL EXHAUST 2.5 GAL | EA | 16.9600 Y | 33.92 |

*Total Lines:  1*

| | |
|---|---|
| *SUB-TOTAL:* | 33.92 |
| *SALES TAX:* | 2.80 |
| *AMOUNT DUE:* | **36.72** |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ¹ 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

| INVOICE | |
|---|---|
| 50571179 | |
| Invoice Date | Page |
| 10/22/2015 08:44:27 | 1 of 1 |
| ORDER NUMBER | |
| 10615597 | |
|  | |

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 2w-1066 RIG 126 | Ordered By: Stefanie Forgey A/P BILLING | 11/21/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 10/21/2015 10:10:46 | 30591475 | Victoria Store | | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 10.00 | 10.00 | 0.00 | (001) 7222021 | ARN-1734 OIL HYDRAULIC AW68 PURUS | 5G | 47.4429 Y | 474.43 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7223133 | ARN-OIL GEAR 80W-90 PURUS API 5GAL | EA | 56.0857 Y | 56.09 |

Total Lines:  2

**SUB-TOTAL:**   530.52

**SALES TAX:**   43.77

**AMOUNT DUE:**   **574.29**

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50571291 | |
| Invoice Date | Page |
| 10/22/2015 10:50:33 | 1 of 1 |
| ORDER NUMBER | |
| 10614501 | |
| | |

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|---|
| WS-1069 | | Ordered By: Stefanie Forgey A/P BILLING | 11/21/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 10/17/2015 08:57:01 | 30591591 | Victoria Store | | CTILLEY |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7216998 | IMP CAP 3000# FS THRD 2 | EA | 7.1714 Y | 7.17 |
| 2 | 6.00 | 6.00 | 0.00 | (002) 222851 | WIL-TAPE TEFLON 1X520'.003" PTFE | RL | 1.1878 Y | 7.13 |
| 3 | 1.00 | 1.00 | 0.00 | (003) 7217040 | IMP NIPPLE STD. 4 X 4 | EA | 8.7080 Y | 8.71 |
| 4 | 1.00 | 1.00 | 0.00 | (004) 7216754 | IMP UNION HAMMER FIG. 100 4 | EA | 50.7147 Y | 50.71 |
| 5 | 1.00 | 1.00 | 0.00 | (005) 7215054 | AME-UNION ASSY 2 1502 STD SVS THREADED | EA | 88.5714 Y | 88.57 |
| 6 | 1.00 | 1.00 | 0.00 | (006) 7216970 | IMP PLUG XH BULL 2 | EA | 10.7143 Y | 10.71 |
| 7 | 2.00 | 2.00 | 0.00 | (007) 7210202 | ANV-NIPPLE 2X3 XXH BLK STL SMLS | EA | 21.3910 Y | 42.78 |

Total Lines:   7

| | |
|---|---|
| **SUB-TOTAL:** | 215.78 |
| **SALES TAX:** | 17.80 |
| **AMOUNT DUE:** | **233.58** |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

**·** 12.4.219, 05/26/2010

Rev 4



# INVOICE

**HSC**

**Please remit to:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50571292 | |
| Invoice Date | Page |
| 10/22/2015 10:54:41 | 1 of 1 |
| ORDER NUMBER | |
| 10615885 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 201 \ 2W-1072 | Ordered By: Stefanie Forgey A/P BILLING | 11/21/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 10/22/2015 07:05:43 | 30591592 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7210328 | MAG-INDICATOR WEIGHT | EA | 4,000.0000 Y | 4,000.00 |
| | | | | Serial Number: 1441 | | | | |

Total Lines:  1

**SUB-TOTAL:**   4,000.00
**SALES TAX:**   330.00
**AMOUNT DUE:**   4,330.00

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4

**HSC**

**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50571307 | |
| Invoice Date | Page |
| 10/22/2015 11:27:22 | 1 of 1 |
| ORDER NUMBER | |
| 10612945 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

Customer ID:   131792

Ship To ID:   132070

| PO Number | | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|---|
| 2-W 0067 | | Ordered By: Stefanie Forgey A/P BILLING | 11/21/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 10/13/2015 07:44:12 | 30591607 | Victoria Store | | KSPECK |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 23.00 | 23.00 | 0.00 | (001) 179905 | DBL-PIN 5-1/16 SQUARE WIRE PIN 2PK | PK | 1.7600  Y | 40.48 |

Total Lines:  1

SUB-TOTAL:          40.48
SALES TAX:           3.34
AMOUNT DUE:         43.82

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50571308 | |
| Invoice Date | Page |
| 10/22/2015 11:30:18 | 1 of 1 |
| ORDER NUMBER | |
| 10614420 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 2W- 0077  RIG 126 | Ordered By: Stefanie Forgey A/P BILLING | 11/21/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 10/16/2015 13:47:58 | 30591608 | Victoria Store | | MRIVERA |

| Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | **Carrier:** | | | | **Tracking #:** | | | |
| 1 | 6.00 | 6.00 | 0.00 | (001) 7222021 | ARN-1734 OIL HYDRAULIC AW68 PURUS | 5G | 47.4400 Y | 284.64 |

Total Lines:  1

SUB-TOTAL: 284.64
SALES TAX: 23.48
AMOUNT DUE: 308.12

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# HSC

**INVOICE**

Please remit to:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50571310 | |
| Invoice Date | Page |
| 10/22/2015 11:31:50 | 1 of 1 |
| ORDER NUMBER | |
| 10614542 | |
| | |

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 2W-0078 | Ordered By: Stefanie Forgey A/P BILLING | 11/21/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 10/19/2015 07:00:08 | 30591609 | Victoria Store | | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | *Carrier:* | | | | *Tracking #:* | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 7217429 | IMP ELL BM 90 STREET 3/8 | EA | 1.0347 Y | 2.07 |
| 2 | 4.00 | 4.00 | 0.00 | (002) 7193744 | AUS-6LOLA-PLUS HOSE PUSH ON 3/8 | FT | 1.5429 Y | 6.17 |
| 3 | 2.00 | 2.00 | 0.00 | (003) 647752 | WATER PURE BOTTLED 24-PK 1/2 LITRE | PK | 5.0003 Y | 10.00 |
| 4 | 2.00 | 2.00 | 0.00 | (004) 7189498 | SAM-SASH CORD 3/8X100 SILVERLAKE | HK | 19.3500 Y | 38.70 |
| 5 | 1.00 | 1.00 | 0.00 | (005) 7212857 | RIG-259-1313-04 INSERT 3-1/2X3-1/2 TOP | ST | 137.1429 Y | 137.14 |
| 6 | 2.00 | 2.00 | 0.00 | (006) 7140941 | ANV-NIPPLE 2X6 XXH BLK STL SMLS | EA | 36.9806 Y | 73.96 |
| 7 | 2.00 | 2.00 | 0.00 | (007) 9010178 | KEM-150200 2FIG 1502 SC UNION KEMPER | EA | 152.2143 Y | 304.43 |
| 8 | 2.00 | 2.00 | 0.00 | (008) 7132175 | DIX-BPN32 FITTING 3/8X1/4NPTF MALE | EA | 1.3714 Y | 2.74 |
| 9 | 2.00 | 2.00 | 0.00 | (009) 7217442 | IMP BUSHING FS 3/8 X 1/4 | EA | 0.7691 Y | 1.54 |
| 10 | 1.00 | 1.00 | 0.00 | (010) 7222390 | DIX-DC2044L COUPLER BRASS 1/4X3/8 BARB | EA | 6.3143 Y | 6.31 |
| 11 | 1.00 | 1.00 | 0.00 | (011) 7222391 | DIX-DCP2144L PLUG 1/4 COUP X 3/8 BARB | EA | 2.2429 Y | 2.24 |
| 12 | 1.00 | 1.00 | 0.00 | (012) 7204797 | OIL-GREASE MYSTIC JT6 10 PK/14oz STICKS | PK | 33.1431 Y | 33.14 |

*Total Lines:* 12

**SUB-TOTAL:** 618.44
**SALES TAX:** 51.02
**AMOUNT DUE:** 669.46

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* * ' 12.4.219, 05/26/2010

Rev 4

Unofficial Copy Maricela Rodriguez Daniel District Clerk



**HSC**

Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**INVOICE**

| INVOICE | |
|---|---|
| 50571311 | |
| Invoice Date | Page |
| 10/22/2015 11:33:21 | 1 of 1 |
| ORDER NUMBER | |
| 10614584 | |
| | |

**Howard Supply Company, LLC**

**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 132070

| *PO Number* | Attn: Stefanie Forgey A/P BILLING | *Net Due Date* |
|---|---|---|
| 2W-0077 | Ordered By: Stefanie Forgey A/P BILLING | 11/21/2015 |

| *Order Date* | *Pick Ticket No* | *Primary Salesrep Name* | | *Taker* |
|---|---|---|---|---|
| 10/19/2015 08:19:08 | 30591610 | Victoria Store | | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7119219 | REC-RAGS CMP No.25 POLY COLOR TERRY/TURK | BG | 28.2429 Y | 28.24 |
| 2 | 5.00 | 5.00 | 0.00 | (002) 7204964 | SAF-GLOVE COTTON ORNGE DOT 10oz ORG CUFF | PR | 0.9133 Y | 4.57 |
| 3 | 3.00 | 3.00 | 0.00 | (003) 7117970 | RID-31695 HOOK JAW 24 | EA | 41.4282 Y | 124.28 |
| 4 | 3.00 | 3.00 | 0.00 | (004) 7117971 | RID-31700 HEEL JAW 24 W/PIN | EA | 20.6570 Y | 61.97 |
| 5 | 3.00 | 3.00 | 0.00 | (005) 7117975 | RID-31720 HOOK JAW 36 | EA | 87.0258 Y | 261.08 |
| 6 | 3.00 | 3.00 | 0.00 | (006) 7117976 | RID-31725 HEEL JAW 36 W/PIN | EA | 34.6143 Y | 103.84 |
| 7 | 6.00 | 6.00 | 0.00 | (007) 131052 | CHH-TAPE FLAG ORANGE 300 | RL | 0.7857 Y | 4.71 |
| 8 | 10.00 | 10.00 | 0.00 | (008) 647752 | WATER PURE BOTTLED 24-PK 1/2 LITRE | PK | 5.0003 Y | 50.00 |

*Total Lines:  8*

**SUB-TOTAL:** 638.69

**SALES TAX:** 52.70

**AMOUNT DUE:** 691.39

*Unofficial Copy Office of Chris Daniel District Clerk*

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# HSC

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**INVOICE**

| INVOICE | |
|---|---|
| 50571312 | |
| Invoice Date | Page |
| 10/22/2015 11:34:13 | 1 of 1 |
| ORDER NUMBER | |
| 10614859 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 119 2W-1049 | Ordered By: Stefanie Forgey A/P BILLING | 11/21/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 10/19/2015 12:18:15 | 30591611 | Victoria Store | | JDAVILA |

| | Quantities | | | | | | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | Item ID | Item Description | | | | |
| | **Carrier:** | | | | **Tracking #:** | | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 7200256 | MCC-DECAL CONFINED SPACE $ | | EA | 3.5857 Y | 7.17 |

Total Lines:  1

**SUB-TOTAL:**   7.17
**SALES TAX:**   0.60
**AMOUNT DUE:**   **7.77**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

**Please Remit To:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

| INVOICE | |
|---|---|
| 50571313 | |
| Invoice Date | Page |
| 10/22/2015 11:35:20 | 1 of 1 |
| ORDER NUMBER | |
| 10614729 | |
| | |

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 201 2W-0080 | Ordered By: Stefanie Forgey A/P BILLING | 11/21/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 10/19/2015 11:18:41 | 30591612 | Victoria Store | | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7217419 | IMP BUSHING CI 3/4 X 1/2 | EA | 0.6571 Y | 0.66 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7217479 | IMP NIPPLE XH 1/2 X CL | EA | 0.9815 Y | 0.98 |
| 3 | 1.00 | 1.00 | 0.00 | (003) 7221999 | DIX-56-400 COUPLING 1/2 HYD 5600 SERIES | EA | 21.7571 Y | 21.76 |
| 4 | 1.00 | 1.00 | 0.00 | (004) 7222000 | DIX-57-400 PLUG 1/2 HYD 5600 SERIES | EA | 9.2143 Y | 9.21 |
| 5 | 1.00 | 1.00 | 0.00 | (005) 7217449 | IMP BUSHING CI 1/2 X 3/8 | EA | 0.6143 Y | 0.61 |
| 6 | 1.00 | 1.00 | 0.00 | (006) 7217481 | IMP BUSHING CI 3/8 X 1/4 | EA | 0.6143 Y | 0.61 |
| 7 | 1.00 | 1.00 | 0.00 | (007) 7154192 | GAR-TAPE TEFLON 1/2X520 THREAD | RL | 1.4160 Y | 1.42 |

Total Lines:   7

**SUB-TOTAL:**   35.25

**SALES TAX:**   2.91

**AMOUNT DUE:**   38.16

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50571315 | |
| Invoice Date | Page |
| 10/22/2015 11:36:29 | 1 of 1 |
| ORDER NUMBER | |
| 10615016 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 2W-0079 | Ordered By: Stefanie Forgey A/P BILLING | 11/21/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 10/20/2015 07:31:27 | 30591614 | Victoria Store | | JDAVILA |

| Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | | Carrier: | | | Tracking #: | | | |
| 2.00 | 2.00 | 0.00 | | (001) 7204560 | ZEP-WASH TRUCK & TRAILER 5-GAL | EA | 133.7143 Y | 267.43 |

(row numbered 1)

Total Lines:  1

| | |
|---|---|
| **SUB-TOTAL:** | 267.43 |
| **SALES TAX:** | 22.06 |
| **AMOUNT DUE:** | **289.49** |

*Unofficial Copy Office of Chris Daniel District Clerk*

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**Please Remit To:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

# INVOICE

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50571317 | |
| Invoice Date | Page |
| 10/22/2015 11:38:58 | 1 of 1 |
| ORDER NUMBER | |
| 10614873 | |
| | |

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

Customer ID: 131792

Ship To ID: 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 2W-1051 | Ordered By: Stefanie Forgey A/P BILLING | 11/21/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 10/19/2015 14:31:32 | 30591616 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 5.00 | 5.00 | 0.00 | (001) MAV-147-14 | 3/16-4 1/2 BACKUP JAW | EA | 91.0714 Y | 455.36 |
| 2 | 5.00 | 5.00 | 0.00 | (002) 7206664 | R1G-3020-0708P TONG DIE F58 PYRAMID2-3/8 | EA | 6.0000 Y | 30.00 |
| 3 | 10.00 | 10.00 | 0.00 | (003) 7194016 | GIL-SCREW DIE 3/8 X 1-1/8 FOSTER | EA | 2.3393 Y | 23.39 |

Total Lines: 3

SUB-TOTAL: 508.75
SALES TAX: 41.98
AMOUNT DUE: **550.73**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50571319 | |
| Invoice Date | Page |
| 10/22/2015 11:40:51 | 1 of 1 |
| ORDER NUMBER | |
| 10612185 | |
| | |

**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| YARD -2W0065 | Ordered By: Stefanie Forgey A/P BILLING | 11/21/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 10/9/2015 08:57:37 | 30591619 | Victoria Store | MRIVERA |

| | Quantities | | | | | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | Item ID | Item Description | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 3.00 | 3.00 | 0.00 | (001) 7206275 | AME-PAINT SAFETY YELLOW 1GAL | GL | 38.1733 Y | 114.52 |

Total Lines:   1

| | |
|---|---|
| **SUB-TOTAL:** | 114.52 |
| **SALES TAX:** | 9.45 |
| **AMOUNT DUE:** | **123.97** |

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

| INVOICE | |
|---|---|
| 50571321 | |
| Invoice Date | Page |
| 10/22/2015 11:43:29 | 1 of 1 |
| ORDER NUMBER | |
| 10612305 | |

**Howard Supply Company, LLC**
Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 2W-0061 | Ordered By: Stefanie Forgey A/P BILLING | 11/21/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 10/9/2015 10:28:33 | 30591620 | Victoria Store | CTILLEY |

| | Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | | (001) 7204797 | OIL-GREASE MYSTIC JT6 10 PK/14oz STICKS | PK | 33.1431 Y | 33.14 |
| 2 | 1.00 | 1.00 | 0.00 | | (002) 7188789 | DIX-G400-D-AL ADAPTER CAMLOCK 4 ALUM | EA | 14.5714 Y | 14.57 |
| 3 | 1.00 | 1.00 | 0.00 | | (003) 291302 | CLO-PROTECTANT ARMOR VINYL 16OZ | EA | 7.8143 Y | 7.81 |
| 4 | 24.00 | 24.00 | 0.00 | | (004) 7204964 | SAF-GLOVE COTTON ORNGE DOT 10oz ORG CUFF | PR | 0.9132 Y | 21.92 |
| 5 | 1.00 | 1.00 | 0.00 | | (005) 579373 | WD4-LUBRICANT WD40 12OZ MP | EA | 6.5286 Y | 6.53 |

Total Lines: 5

**SUB-TOTAL:** 83.97
**SALES TAX:** 6.94
**AMOUNT DUE:** 90.91

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50571382 | |
| Invoice Date | Page |
| 10/22/2015 14:14:29 | 1 of 1 |
| ORDER NUMBER | |
| 10614578 | |

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Oklahoma City
10344 W. Reno, Oklahoma City OK 73127-7154

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| WAITING | Ordered By: Stefanie Forgey A/P BILLING | 11/21/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 10/19/2015 07:56:18 | 30590799 | Victoria Store | CBERRYHILL |

| | Ordered | Shipped | Remaining | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| | Carrier: | | | | | Tracking #: | | | |
| 1 | 2.00 | 2.00 | 0.00 | | (001) HOR SL1-9\16" | HOR 9\16 X 100FT TEOE | EA | 180.0000 Y | 360.00 |
| 2 | 8.00 | 8.00 | 0.00 | | (002) 7106816 | CRO-G429 9/16-5/8 FIST CLIP 1010550 | EA | 22.4900 Y | 179.92 |
| 3 | 2.00 | 2.00 | 0.00 | | (003) 7125520 | CAM-SHACKLE 5/8 BOLT TYPE CS GALV | EA | 16.9997 Y | 34.00 |

Total Lines: 3

**SUB-TOTAL:** 573.92
**SALES TAX:** 47.36
**AMOUNT DUE:** 621.28

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50571428 | |
| Invoice Date | Page |
| 10/22/2015 15:17:52 | 1 of 1 |
| ORDER NUMBER | |
| 10615908 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 2W- 1073 | Ordered By: Stefanie Forgey A/P BILLING | 11/21/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 2/1/2000 | 30591730 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | **Carrier:** | | | | **Tracking #:** | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 7181868 | HOU-RUBBER STRIPPER HSSR-25 2-7/8 | EA | 100.9394 Y | 201.88 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7205101 | ALA-BAG TRASH 55GAL BLACK 30x60 | CS | 53.1180 Y | 53.12 |
| 3 | 1.00 | 1.00 | 0.00 | (003) 7204797 | OIL-GREASE  MYSTIC  JT6  10  PK/14oz STICKS | PK | 33.1430 Y | 33.14 |
| 4 | 5.00 | 5.00 | 0.00 | (004) 7182156 | HOR-FLAGGING SANDLINE F5010 YELLOW | BG | 3.4286 Y | 17.14 |
| 5 | 5.00 | 5.00 | 0.00 | (005) 7204964 | SAF-GLOVE  COTTON  ORNGE  DOT  10oz ORG CUFF | DZ | 10.9592 Y | 54.80 |
| 6 | 1.00 | 1.00 | 0.00 | (006) 7212856 | RIG-259-1308-04 INSERT 3-1/2X2-7/8 TOP | ST | 137.1400 Y | 137.14 |

Total Lines:  6

**SUB-TOTAL:**   497.22

**SALES TAX:**   41.05

**AMOUNT DUE:**   **538.27**

Unofficial Copy Office of the Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

\* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50571440 | |
| Invoice Date | Page |
| 10/22/2015 15:20:49 | 1 of 1 |
| ORDER NUMBER | |
| 10615654 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| PEARSALL YARD - Y-1068 | Ordered By: Stefanie Forgey A/P BILLING | 11/21/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 10/21/2015 10:47:16 | 30591742 | Victoria Store | | JDAVILA |

| Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 6.00 | 6.00 | 0.00 | (001) F1012 | HSC-HOBBLE 2 5/8X3.5 SHACKLES 2 | EA | 97.7288 Y | 586.37 |

Total Lines:  1

**SUB-TOTAL:**    586.37
**SALES TAX:**    48.38
**AMOUNT DUE:**    634.75

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

**HSC**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

| INVOICE | |
|---|---|
| 50571650 | |
| Invoice Date | Page |
| 10/23/2015 11:39:59 | 1 of 1 |
| ORDER NUMBER | |
| 10616251 | |
| | |

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 126 \2W-1083 | Ordered By: Stefanie Forgey A/P BILLING | 11/22/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 10/23/2015 07:25:39 | 30591955 | Victoria Store | | JDAVILA |

| Quantities | | | Disp | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 10.00 | 10.00 | 0.00 | (001) 7222021 | ARN-1734 OIL HYDRAULIC AW68 PURUS | 5G | 47.4429 Y | 474.43 |

Total Lines:  1

**SUB-TOTAL:**   474.43

**SALES TAX:**   39.14

**AMOUNT DUE:**   **513.57**

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**Please Remit To:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

# INVOICE

Terms and Conditions:
www.howard-supply.com

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

| INVOICE | |
|---|---|
| 50571652 | |
| Invoice Date | Page |
| 10/23/2015 11:41:48 | 1 of 1 |
| ORDER NUMBER | |
| 10615050 | |
| | |

**Customer ID:**   131792

**Ship To ID:**  132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| CHASE\2W-1082 | Ordered By: Stefanie Forgey A/P BILLING | 11/22/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 10/20/2015 08:17:27 | 30591957 | Victoria Store | | MRIVERA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | | (001) LIFELINEREP/ REPAIR OF LIFE LINES | EA | 1,250.7683  Y | 1,250.77 |

Total Lines:  1

**SUB-TOTAL:**  1,250.77

**SALES TAX:**  103.18

**AMOUNT DUE:**   **1,353.95**

Unofficial Copy Office of Chris Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



# HSC

**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50571854 | |
| Invoice Date | Page |
| 10/26/2015 08:07:49 | 1 of 1 |
| ORDER NUMBER | |
| 10616484 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 200-10/23/2015 16:46:59 | Ordered By: Chase Hardeman | 11/25/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 10/23/2015 16:46:15 | 30592136 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | | | Carrier: | | | Tracking #: | | | |
| 1 | 5.00 | 5.00 | 0.00 | (001) 7112610 | MSA-HAT V-GARD WHITE RATCHET SUSP | EA | 19.1284 Y | 95.64 |
| 2 | 14.00 | 14.00 | 0.00 | (002) 7193979 | HOU-WIPER PIPE FW-9020- 2-3/8in $ | EA | 12.8571 Y | 180.00 |
| 3 | 14.00 | 14.00 | 0.00 | (003) 7193980 | HOU-WIPER PIPE FW-9025- 2-7/8in $ | EA | 12.8571 Y | 180.00 |
| 4 | 12.00 | 12.00 | 0.00 | (004) 7180187 | SAF-GLASSES ZTEK PYR CLR/CLR | PR | 1.4000 Y | 16.80 |
| 5 | 1.00 | 1.00 | 0.00 | (005) 7222572 | NEB-6156 FLASHLIGHT SLYDE/WORKLIGHT | EA | 23.9286 Y | 23.93 |

*Total Lines:*   5

**SUB-TOTAL:**   496.37

**SALES TAX:**   40.95

**AMOUNT DUE:**   537.32

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**HSC**

# INVOICE

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50571927 | |
| Invoice Date | Page |
| 10/26/2015 10:39:42 | 1 of 1 |
| ORDER NUMBER | |
| 10616537 | |
| | |

**Howard Supply Company, LLC**
**Branch:**  Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**  132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 201 /2W -1090 | Ordered By: JAY . | 11/25/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 10/26/2015 07:39:04 | 30592218 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 6.00 | 6.00 | 0.00 | (001) 7189498 | SAM-SASH CORD 3/8X100 SILVERLAKE | HK | 19.3500 Y | 116.10 |
| 2 | 12.00 | 12.00 | 0.00 | (002) 7140111 | MAR-PAINT STICK YELLOW-80221 | EA | 2.3671 Y | 28.41 |

Total Lines:  2

**SUB-TOTAL:**  144.51

**SALES TAX:**  11.93

**AMOUNT DUE:**  **156.44**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



Case 16-03180   Document 1-3   Filed in TXSB on 08/17/16   Page 196 of 202

**INVOICE**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50571971 | |
| Invoice Date | Page |
| 10/26/2015 12:14:56 | 1 of 2 |
| ORDER NUMBER | |
| 10616417 | |
| | |

**Howard Supply Company, LLC**

**Branch:**   Howard Supply - Victoria

3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 123 2W-1085 | Ordered By: Stefanie Forgey A/P BILLING | 11/25/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 10/23/2015 07:08:33 | 30592266 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | | | | **Carrier:** | | **Tracking #:** | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 730393 | TRU-HAMMER SLEDGE 16 WOOD | EA | 43.3839 Y | 43.38 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7117909 | RID-31035 WRENCH PIPE 36 C-IRON | EA | 154.7714 Y | 154.77 |
| 3 | 3.00 | 3.00 | 0.00 | (003) 7182182 | DIX-56-800 COUPLING HYD 5600 SERIES | EA | 42.6714 Y | 128.01 |
| 4 | 1.00 | 1.00 | 0.00 | (005) 7181921 | ANV-SWAGE    2UP8RDX2LPX6    STD    J55 TUBE NIPP | EA | 26.6429 Y | 26.64 |
| 5 | 1.00 | 1.00 | 0.00 | (006) 7181922 | ANV-SWAGE    2J/2UP8RDX2LP    STD    J55 NIPPLE | EA | 64.2857 Y | 64.29 |
| 6 | 3.00 | 3.00 | 0.00 | (007) 7219233 | BIG-API3 COUPLING | EA | 28.5031 Y | 85.51 |
| 7 | 1.00 | 1.00 | 0.00 | (008) 9010038 | C&C-HAMMER UNION 2 100 SE | EA | 13.2778 Y | 13.28 |
| 8 | 1.00 | 1.00 | 0.00 | (009) 9010007 | HAMMER UNION 2 FIG 200 LPT | EA | 13.2143 Y | 13.21 |
| 9 | 4.00 | 4.00 | 0.00 | (011) 7223133 | ARN-OIL GEAR 80W-90 PURUS API 5GAL | EA | 56.0857 Y | 224.34 |
| 10 | 2.00 | 2.00 | 0.00 | (012) 7204813 | OSI-STRIPPER RUBBER ROD RS5350 | EA | 48.0000 Y | 96.00 |
| 11 | 2.00 | 2.00 | 0.00 | (013) 7222020 | ARN-3712 OIL DELO 15-40W 1 GAL | GL | 16.6857 Y | 33.37 |
| 12 | 12.00 | 2.00 | 0.00 | C | (014) 7106816 | CRO-G429 9/16-5/8 FIST CLIP 1010550 | EA | 19.0372 Y | 38.07 |
| 13 | 5.00 | 5.00 | 0.00 | (015) 7193979 | HOU-WIPER PIPE FW-9020  2-3/8in $ | EA | 12.8571 Y | 64.29 |
| 14 | 1.00 | 1.00 | 0.00 | (016) 7189496 | SAM-SASH CORD 1/4X100 SILVERLAKE | HK | 8.4687 Y | 8.47 |
| 15 | 1.00 | 1.00 | 0.00 | (017) 7106311 | LUF-C2276D    TAPE    MEASURE    DERRICK 1/4X100 | EA | 241.4714 Y | 241.47 |
| 16 | 24.00 | 24.00 | 0.00 | (019) 7204964 | SAF-GLOVE    COTTON    ORNGE    DOT    10oz ORG CUFF | PR | 0.9133 Y | 21.92 |
| 17 | 8.00 | 8.00 | 0.00 | (020) 7106814 | CRO-G429 3/8 FIST CLIP 1010514 | EA | 10.7577 Y | 86.06 |
| 18 | 2.00 | 2.00 | 0.00 | (021) 7179135 | CRO-G2130    1.00T    ABT    SHACKLE    3/8 1019470 | EA | 10.4857 Y | 20.97 |
| 19 | 1.00 | 1.00 | 0.00 | (023) 7133913 | CRO-G2130    4.75T    ABT    SHACKLE    3/4 1019515 | EA | 41.9143 Y | 41.91 |
| 20 | 3.00 | 3.00 | 0.00 | (024) 770909 | ABC-BRUSH WIRE SHOE HANDLE | EA | 1.5715 Y | 4.71 |
| 21 | 4.00 | 4.00 | 0.00 | (025) 344606 | MAS-175DLH    PADLOCK    SET-UR-OWN COMB BRASS | EA | 18.3144 Y | 73.26 |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50571971 | |
| Invoice Date | Page |
| 10/26/2015 12:14:56 | 2 of 2 |
| ORDER NUMBER | |
| 10616417 | |
| | |

Howard Supply Company, LLC
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:** 132070

| Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp. | | | | | |

Total Lines:  21

**SUB-TOTAL:** 1,483.93

**SALES TAX:** 122.42

**AMOUNT DUE:** **1,606.35**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ¹ 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Howard Supply Company, LLC**

**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50572022 | |
| Invoice Date | Page |
| 10/26/2015 14:13:06 | 1 of 1 |
| ORDER NUMBER | |
| 10615479 | |

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 116 2W-1057 | Ordered By: Stefanie Forgey A/P BILLING | 11/25/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 10/21/2015 08:30:27 | 30592320 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |

Carrier:    Tracking #:

| # | Ordered | Shipped | Remaining | Item ID | Item Description | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 1.00 | 1.00 | 0.00 | (001) 7119219 | REC-RAGS CMP No.25 POLY COLOR TERRY/TURK | BG | 28.2429 Y | 28.24 |
| 2 | 2.00 | 2.00 | 0.00 | (002) 131177 | CHH-TAPE FLAG BLUE 300 | RL | 0.7857 Y | 1.57 |
| 3 | 2.00 | 2.00 | 0.00 | (004) 131227 | CHH-TAPE FLAG YELLOW 300 | RL | 0.7857 Y | 1.57 |
| 4 | 10.00 | 10.00 | 0.00 | (005) 739060 | MAN-TAPE ELECTRICAL 3/4X60 | RL | 0.6000 Y | 6.00 |
| 5 | 1.00 | 1.00 | 0.00 | (006) 7140834 | JOE-105-HSC HAND CLEANER AP 15OZ | TB | 3.2797 Y | 3.28 |
| 6 | 2.00 | 2.00 | 0.00 | (007) 579373 | WD4-LUBRICANT WD40 12OZ MP | EA | 5.9067 Y | 11.81 |
| 7 | 10.00 | 10.00 | 0.00 | (008) 7204964 | SAF-GLOVE COTTON ORNGE DOT 10oz ORG CUFF | DZ | 10.9596 Y | 109.60 |
| 8 | 2.00 | 2.00 | 0.00 | (009) 770909 | ABC-BRUSH WIRE SHOE HANDLE | EA | 1.5715 Y | 3.14 |
| 9 | 1.00 | 1.00 | 0.00 | (010) 7140483 | JOE-101P-HSC HAND CLEANER AP 4.5LB | EA | 9.9667 Y | 9.97 |
| 10 | 1.00 | 1.00 | 0.00 | (011) 7189496 | SAM-SASH CORD 1/4X100 SILVERLAKE | HK | 8.4687 Y | 8.47 |
| 11 | 1.00 | 1.00 | 0.00 | (012) 7189497 | SAM-SASH CORD 5/16X100 SILVERLAKE | HK | 14.0914 Y | 14.09 |

Total Lines: 11

**SUB-TOTAL:** 197.74
**SALES TAX:** 16.34
**AMOUNT DUE:** 214.08

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

*\* ¹ 12.4.219, 05/26/2010

Rev 4



# HSC

**INVOICE**

Please remit to:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50572263 | |
| Invoice Date | Page |
| 10/27/2015 10:40:17 | 1 of 1 |
| ORDER NUMBER | |
| 10616495 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Oklahoma City
10344  W. Reno, Oklahoma City OK 73127-7154

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| 1095 | Ordered By: Stefanie Forgey A/P BILLING | 11/26/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 10/24/2015 13:16:10 | 30592577 | Victoria Store | | JMARTINSKY |

| Quantities | | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | | | | | |

**Delivery Instructions:**  SATURDAY DELIVERY

**Carrier:**      **Tracking #:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.00 | 1.00 | 0.00 | | (001) 7210407 | GEA-TEA100-278U ELEVATOR 2-7/8 TITAN | EA | 2,928.6250  Y | 2,928.63 |
| | | | | | **Serial Number:** 42079-8 | | | | |
| 2 | 2.00 | 2.00 | 0.00 | | (002) HOR 3/8 X 25 I HOR- CHAIN 3/8 X 25FT HXH W/TAG | EA | 197.0625  Y | 394.13 |

**Total Lines:**  2

| | |
|---|---|
| **SUB-TOTAL:** | 3,322.76 |
| **SALES TAX:** | 274.12 |
| **AMOUNT DUE:** | **3,596.88** |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**HSC**

# INVOICE

**Please Remit To:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50573239 | |
| Invoice Date | Page |
| 10/29/2015 14:13:07 | 1 of 1 |
| ORDER NUMBER | |
| 10616438 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| *PO Number* | Attn: Stefanie Forgey A/P BILLING | *Net Due Date* |
|---|---|---|
| .Chase | Ordered By: Chase Hardeman | 11/28/2015 |

| *Order Date* | *Pick Ticket No* | *Primary Salesrep Name* | *Taker* |
|---|---|---|---|
| 10/23/2015 13:20:46 | 30593588 | Victoria Store | KSPECK |

| | Quantities | | | | | | Pricing | Unit | Extended |
|---|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | Item ID | Item Description | UOM | Price | Price |
| | | *Carrier:* | | | | *Tracking #:* | | | |
| 1 | 7.00 | 4.00 | 0.00 | C | (001) 7205022 | ONG-BOOT RUBBER SIZE 10 | PR | 29.7286 Y | 118.91 |
| 2 | 1.00 | 1.00 | 0.00 | C | (002) 7205020 | ONG-BOOT RUBBER SIZE 8 | PR | 27.0143 Y | 27.01 |
| 3 | 1.00 | 1.00 | 0.00 | C | (003) 7205023 | ONG-BOOT RUBBER SIZE 11 | PR | 29.7286 Y | 29.73 |
| 4 | 1.00 | 1.00 | 0.00 | C | (004) 7205021 | ONG-BOOT RUBBER SIZE 9 | PR | 29.7286 Y | 29.73 |
| 5 | 4.00 | 2.00 | 0.00 | C | (005) 7212794 | TIN-RAINSUIT DURASCRIM FR LG 56307 | EA | 29.0000 Y | 58.00 |
| 6 | 4.00 | 4.00 | 0.00 | C | (006) 7212792 | TIN-RAINSUIT DURASCRIM FR 2XL 56307 | EA | 22.8712 Y | 91.48 |
| 7 | 4.00 | 3.00 | 0.00 | C | (007) 7212795 | TIN- RAINSUIT DURASCRIM FR XL | EA | 27.5000 Y | 82.50 |
| 8 | 4.00 | 3.00 | 0.00 | C | (008) 7212796 | TIN-RAINSUIT DURASCRIM FR 3XL 56307 | EA | 29.0000 Y | 87.00 |
| 9 | 12.00 | 12.00 | 0.00 | C | (009) 7202209 | ANC-GLOVE 14 BLACK PVC FINISH JERSEY LIN | PR | 3.2756 Y | 39.31 |
| 10 | 12.00 | 6.00 | 0.00 | C | (010) 7193938 | BOU-GOGGLE INDIRECT VENTED SOFT SIDE CLR | EA | 13.3700 Y | 80.22 |
| 11 | 12.00 | 12.00 | 0.00 | C | (011) 7205236 | SAF-VISOR POLY CLEAR .04 | EA | 1.4143 Y | 16.97 |

*Total Lines:   11*

| | |
|---|---|
| *SUB-TOTAL:* | 660.86 |
| *SALES TAX:* | 54.55 |
| *AMOUNT DUE:* | **715.41** |

Unofficial Copy of the IRS Daniel District Clerk

Invoice Due 30 Days from Date of Invoice. Parts returned for credit:  A copy of the original invoice must accompany parts returned for credit . All parts
are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item
whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to
www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4



**INVOICE**

**HSC**

Please Remit To:
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50573282 | |
| Invoice Date | Page |
| 10/29/2015 14:39:20 | 1 of 1 |
| ORDER NUMBER | |
| 10606175 | |
| | |

**Howard Supply Company, LLC**
**Branch:**   Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:**   131792

**Ship To ID:**   132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 203 | Ordered By: Stefanie Forgey A/P BILLING | 11/28/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 9/18/2015 15:34:46 | 30593629 | Victoria Store | | MRIVERA |

| Quantities | | | | | | Pricing | Unit | Extended |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Remaining | Disp | Item ID | Item Description | UOM | Price | Price |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 2.00 | 2.00 | 0.00 | (001) 7141096 | LEW-ROPE TAIL TR-10-D-PC-10 DRNG | EA | 100.9029 Y | 201.81 |

Total Lines:  1

| | |
|---|---|
| SUB-TOTAL: | 201.81 |
| SALES TAX: | 16.65 |
| AMOUNT DUE: | **218.46** |

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit . All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

\* ¹ 12.4.219, 05/26/2010

Rev 4



# INVOICE

**Please Remit To:**
Howard Supply Company, LLC
Dept 312
PO BOX 4869
Houston, TX 77210-4869
A/R Dept: (307) 265-8539

Terms and Conditions:
www.howard-supply.com

| INVOICE | |
|---|---|
| 50573286 | |
| Invoice Date | Page |
| 10/29/2015 14:40:22 | 1 of 1 |
| ORDER NUMBER | |
| 10614984 | |
| | |

**Howard Supply Company, LLC**
**Branch:** Howard Supply - Victoria
3603 Port Lavaca Drive, Victoria TX 77901-8758

**Bill To:**

HAMILTON WELL SERVICE LLC
4849 GREENVILLE, STE 1250
DALLAS, TX 75206-4188
USA

**Ship To:**

HAMILTON WELL SERVICE LLC
7506 US HWY 59 N
VICTORIA, TX 77905-5508
USA

**Customer ID:** 131792

**Ship To ID:** 132070

| PO Number | Attn: Stefanie Forgey A/P BILLING | Net Due Date |
|---|---|---|
| RIG 201 | Ordered By: Stefanie Forgey A/P BILLING | 11/28/2015 |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 10/20/2015 06:39:39 | 30593633 | Victoria Store | JDAVILA |

| | Quantities | | | Item ID | Item Description | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | Ordered | Shipped | Remaining | Disp | | | | | |
| | Carrier: | | | | Tracking #: | | | |
| 1 | 1.00 | 1.00 | 0.00 | (001) 7216920 | IMP NIPPLE XH 4 X 4 | EA | 19.4719 Y | 19.47 |
| 2 | 1.00 | 1.00 | 0.00 | (002) 7188769 | DIX-G400-A-AL ADAPTER CAMLOCK 4 FNPTXM | EA | 8.3857 Y | 8.39 |
| 3 | 1.00 | 1.00 | 0.00 | (003) 9010178 | KEM-150200 2FIG 1502 SC UNION KEMPER | EA | 152.2143 Y | 152.21 |
| 4 | 3.00 | 3.00 | 0.00 | (004) 7222020 | ARN-3712 OIL DELO 15-40W 1 GAL | GL | 16.6857 Y | 50.06 |
| 5 | 12.00 | 12.00 | 0.00 | (005) 579373 | WD4-LUBRICANT WD40 12OZ MP | EA | 5.9067 Y | 70.88 |
| 6 | 2.00 | 2.00 | 0.00 | (006) 7217451 | IMP BUSHING FS 1/4 X 1/8 | EA | 0.7714 Y | 1.54 |
| 7 | 2.00 | 2.00 | 0.00 | (007) 7217388 | IMP COUPLING 3000# 1/4 | EA | 1.2857 Y | 2.57 |
| 8 | 1.00 | 1.00 | 0.00 | (008) 7217427 | IMP TEE BM 1/4 | EA | 1.0142 Y | 1.01 |
| 9 | 3.00 | 3.00 | 0.00 | (009) 7132175 | DIX-BPN32 FITTING 3/8X1/4NPTF MALE | EA | 1.3714 Y | 4.11 |

**Total Lines:** 9

**SUB-TOTAL:** 310.24

**SALES TAX:** 25.59

**AMOUNT DUE:** **335.83**

Invoice Due 30 Days from Date of Invoice. Parts returned for credit: A copy of the original invoice must accompany parts returned for credit. All parts are subject to inspection and a restocking fee up to 15% may apply. Credit will not be issued for parts non returnable to the manufacturer or any item whose extended value is less than five dollars. Freight is non-refundable. Wire Rope and Special Orders are non-refundable. Refer to www.howard-supply.com for complete Terms and Conditions.

* ' 12.4.219, 05/26/2010

Rev 4