# Exhibit F

6/20/2016 9:57:26 AM
Chris Daniel - District Clerk Harris County
Envelope No. 11220756
By: TERESA KIRBY
Filed: 6/20/2016 9:57:26 AM

## CAUSE NO. 2016-23016

| | | |
|---|---|---|
| **HOWARD SUPPLY COMPANY, LLC** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **HAMILTON WELL SERVICE, LLC,** | § | |
| and **BRETT JENSEN** | § | |
| | § | |
| Defendants. | § | **61st JUDICIAL DISTRICT** |

### DEFENDANTS' SUGGESTION OF BANKRUPTCY

On June 16, 2016, Hamilton Well Service, LLC filed a voluntary petition in the United States Bankruptcy Court for the Southern District of Texas for liquidation under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the case styled *In re Hamilton Well Service, LLC*, Case No. 4:16-bk-33058. A copy of the voluntary petition is attached as Exhibit A.

Pursuant to Section 362(a) of the Bankruptcy Code, the commencement of the bankruptcy case operates as a stay, applicable to all individuals and entities, of, among other things: (1) the commencement or continuation of all judicial, administrative, or other actions or proceedings against the debtor (a) that were or could have been commenced before the filing of the bankruptcy petition or (b) to recover any claims against the debtor that arose before the filing of the bankruptcy petition; (2) any act to collect, assess, or recover a claim against the debtor that arose before the filing of the bankruptcy petition; (3) any act to obtain possession of property of the debtor's bankruptcy estate or of property from the estate or to exercise control over property of the estate; and (4) any act to create, perfect, or enforce any lien against property of the estate.

571109.1

Respectfully submitted,

*/s/ Jarod R. Stewart*
Jarod R. Stewart
Texas Bar No. 24066147
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana Street, Suite 2300
Houston, Texas 77002-2700
713-221-2300
713-221-2320 (facsimile)
jstewart@skv.com

**ATTORNEYS FOR DEFENDANTS
HAMILTON WELL SERVICE LLC
AND BRETT JENSEN**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record pursuant to the Texas Rules of Civil Procedure, on this 17th day of June, 2016.

Hilary G Reagin
Reagin Law
PO Box 431801
Houston, TX  77243

*/s/ Jarod R. Stewart*
Jarod R. Stewart

571109.1

# EXHIBIT A

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____ Chapter  7 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Hamilton Well Service LLC |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA  Hamilton Energy Group |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 61-1582580 |

| | | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| **4.** | **Debtor's address** | 16 Waterway Court<br>The Woodlands, TX 77380<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | Montgomery<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | hamiltoneg.com |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 1

Debtor  Hamilton Well Service LLC                      Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   2111

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:
   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                           Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor   Hamilton Well Service LLC                                    Case number (*if known*)
         Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ■ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

| Debtor | Hamilton Well Service LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  June 16, 2016
MM / DD / YYYY

X  /s/ 
Signature of authorized representative of debtor

Brett Jensen
Printed name

Title  Manager

**18. Signature of attorney**

X  /s/ Eric M. English
Signature of attorney for debtor

Date  June 16, 2016
MM / DD / YYYY

Eric M. English
Printed name

Porter Hedges LLP
Firm name

1000 Main Street, 36th Floor
Houston, TX 77002
Number, Street, City, State & ZIP Code

Contact phone  (713) 226-6000    Email address

240627144
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Print this page

# Case # 201623016 - HOWARD SUPPLY COMPANY LLC v HAMILTON WELL SERVICE LLC

**Case Information**

| | |
|---|---|
| Location | Harris County - 61st Civil District Court |
| Date Filed | 06/17/2016 10:31:27 AM |
| Case Number | 201623016 |
| Case Description | HOWARD SUPPLY COMPANY LLC v HAMILTON WELL SERVICE LLC |
| Assigned to Judge | |
| Attorney | Jarod Stewart |
| Firm Name | Smyser Kaplan & Veselka |
| Filed By | Christina Brient |
| Filer Type | Attorney |

**Fees**

| | |
|---|---|
| Convenience Fee | $0.06 |
| Total Court Case Fees | $0.00 |
| Total Court Party Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $2.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $2.06 |

**Payment**

| | |
|---|---|
| Account Name | Court File America |
| Transaction Amount | $2.06 |
| Transaction Response | |
| Transaction ID | 18011296 |
| Order # | 011199138-0 |

**No Fee Documents**

| | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Code | No Fee Documents |
| Filing Description | Defendants' Suggestion of Bankruptcy |
| Reference Number | 98805 |
| Comments | |

|  |  |
|---|---|
| Courtesy Copies | If you have any questions regarding this filing, please contact Christina Brient at (713) 221-2313. hilary@reaginlaw.com |
| Status | Submitting |

**Fees**

| | |
|---|---|
| Court Fee | $0.00 |
| Service Fee | $0.00 |

**Documents**

| | | |
|---|---|---|
| *Lead Document* | 2016-06-17 Howard Supply v HW - Sugg of Bankruptcy.pdf | [Original] |

**eService Details**

| Name/Email | Firm | Service Type | Status | Served | Date/Time Opened |
|---|---|---|---|---|---|
| Jarod R. Stewart jstewart@skv.com | Smyser, Kaplan & Veselka, L.L.P. | EServe | Not Sent | No | Not Opened |
| Adrian Lira adrianl@proactivelegal.com | | EServe | Not Sent | No | Not Opened |