# Exhibit P

| HCDistrictclerk.com | HOWARD SUPPLY COMPANY LLC vs. HAMILTON WELL SERVICE LLC | 8/15/2016 |
|---|---|---|
| | Cause: 201623016    CDI: 7    Court: 061 | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 71378997 | Notice of Nonsuit without Prejudice | | 08/05/2016 | 1 |
| 71379426 | NONSUIT/DISMISSAL, PARTIAL (RULE 162) | | 08/05/2016 | 1 |
| 71127901 | Proposed Order on Plaintiff's Motion to Sever as to Defendant Hamilton Well Service LLC | | 07/19/2016 | 2 |
| 71127913 | Notice of Submission | | 07/19/2016 | 1 |
| 70934530 | Defendant Brett Jensens Answer to Plaintiffs First Supplemental Original Petition | | 07/05/2016 | 2 |
| 70800718 | Citation | | 06/23/2016 | 2 |
| 70789232 | Plaintiff's Motion to Sever as to Defendant Hamilton Well Service | | 06/22/2016 | 2 |
| 70789233 | Proposed Order on Plaintiff's Motion to Sever as to Defendant Hamilton Well Service, LLC | | 06/22/2016 | 1 |
| 70774452 | DCA Generic Letter | | 06/21/2016 | 1 |
| 70750013 | Defendants Suggestion of Bankruptcy | | 06/20/2016 | 2 |
| -> 70750014 | Exhibit A | | 06/20/2016 | 5 |
| 70523876 | Civil Process Pick-Up Form | | 06/02/2016 | 1 |
| 70483250 | Civil Process Request | | 05/31/2016 | 2 |
| 70345217 | Plaintiff's First Supplemental Original Petition and Request For Disclosure | | 05/20/2016 | 3 |
| -> 70345218 | Civil Process Request Form | | 05/20/2016 | 2 |
| 69812018 | Citation | | 04/14/2016 | 2 |
| 69766835 | Plaintiff's Original Petition and Request for Disclosure | | 04/11/2016 | 4 |
| -> 69766838 | Civil Case Information Sheet | | 04/11/2016 | 2 |
| -> 69766839 | Civil Process Request Form | | 04/11/2016 | 2 |
| -> 69766836 | Exhibit A | | 04/11/2016 | 2 |
| -> 69766837 | Exhibit A-1 | | 04/11/2016 | 191 |
| 69793087 | Civil Process Pick-Up Form | | 04/11/2016 | 1 |